1  JUDITH DROZ KEYES (CA State Bar No. 66408)
   STUART W. MILLER (CA State Bar No. 127766)
2  KATHLEEN D. POOLE (CA State Bar No. 228815)
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California  94111-6533
4  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
5  jkeyes@dwt.com
   stuartmiller@dwt.com
6

7

8  Attorneys for Defendant
   US BANK NATIONAL ASSOCIATION

9

10                IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  ANN ROSS, DENNIS RAMOS, MAURITA          ) Case No.
    PRASAD, and KELLY SMITH, individually and )
14  on behalf of all others similarly situated,  ) **DEFENDANT US BANK NATIONAL**
                                                ) **ASSOCIATION'S NOTICE OF**
15                Plaintiff,                    ) **REMOVAL UNDER 28 U.S.C. §1441(b)**
                                                ) **(Federal Question Jurisdiction), 28**
16         v.                                   ) **U.S.C. §1332(d) (Class Action Diversity),**
                                                ) **and 28 U.S.C. §1441(c) (Supplemental**
17                                              ) **Jurisdiction);**
    US BANK NATIONAL ASSOCIATION, dba          )
18  US BANK,                                    ) **DECLARATION OF STUART W.**
                                                ) **MILLER IN SUPPORT THEREOF**
19                                              )
                  Defendants.                   ) **(Related to Case No. C071485, assigned**
20                                              ) **to Judge Susan Illiston)**
                                                )
21                                              ) **(Notice of Related Case and Certificate**
                                                ) **of Interested Parties filed concurrently**
22                                              ) **herewith)**
                                                )
23                                              )

24         **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE**

25  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION:**

26         **PLEASE TAKE NOTICE** that Defendant US BANK NATIONAL ASSOCIATION

27  ("U.S. Bank"), hereby removes the above-entitled action to this Court from the Superior Court of

28

DAVIS WRIGHT TREMAINE LLP

ORIGINAL
FILED

JUN - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

C 07    2951

CRB

DAVIS WRIGHT TREMAINE LLP

1   the State of California for the County of Alameda, pursuant to 28 U.S.C. sections 1441(b) and (c)

2   and 28 U.S.C. section 1332(d). The grounds for removal are as follows:

3       1.      On or about March 14, 2007, Plaintiffs ANN ROSS, DENNIS RAMOS,

4   MAURITA PRASAD and KELLY SMITH ("Plaintiffs") filed a Class Action Complaint in the

5   Northern District of California, entitled Prasad, et al., v. U.S. Bank National Association, Case No

6   C071485, asserting the following claims: Failure to Pay Wages; Failure to Pay Minimum Wages;

7   Failure to Pay Overtime Wages; Failure to Provide Meal Periods; Failure to Provide Rest Periods;

8   Breach of Contract; Conversion; Failure to Provide Itemized Wage Statements; and violation of

9   California's Unfair Competition law, under the federal Fair Labor Standards Act ("FLSA") and

10   California, Washington, and Oregon law ("Federal Complaint"). A true and correct copy of

11   Plaintiffs' Federal Complaint is attached to the Declaration of Stuart W. Miller ("Miller Decl.") as

12   Exhibit A.

13       2.      The court assigned the case to the Honorable Susan B. Illston.

14       3.      On or about March 15, 2007, Plaintiffs then filed a Notice of Voluntary Dismissal

15   of the Federal Complaint ("Dismissal"). A true and correct copy of the Dismissal is attached to

16   the Miller Decl. as Exhibit B.

17       4.      On or about April 4, 2007, Plaintiffs then filed a Class Action Complaint in the

18   Superior Court of the State of California for the County of Alameda, entitled Ross, et al., v. U.S.

19   Bank National Association, Case No. RG07319452 ("State Complaint"). Like the Federal

20   Complaint, the State Complaint asserted claims for Failure to Pay Wages; Failure to Pay

21   Minimum Wages; Failure to Pay Overtime Wages; Failure to Provide Meal and Rest Periods;

22   Breach of Contract; Conversion; Failure to Provide Itemized Wage Statements; and violation of

23   California's Unfair Competition law, under the FLSA, California, Washington, and Oregon law.

24   A true and correct copy of the State Complaint is attached to the Miller Decl. as Exhibit C.

25       5.      On April 26, 2007, Plaintiffs filed a First Amended Class Action complaint in Case

26   No. RG07319452 ("Amended State Complaint"). The Amended State Complaint asserts identical

27   claims to the State Complaint, but also includes a claim for Improper Wage Deductions, and is the

28

DEFENDANT US BANK NATIONAL ASSOCIATION'S
NOTICE OF REMOVAL
SFO 360716v3 0023784-000227

operative complaint in the state court action. A true and correct copy of Plaintiffs' Amended State Complaint is attached to the Miller Decl. as Exhibit D.

6.    The State Complaint has not been served. On May 10, 2007, Plaintiffs served the Amended State Complaint on U.S. Bank through personal service ("Summons"). A true and correct copy of the Summons is attached to the Miller Decl. as Exhibit E.

7.    On June 6, 2007, U.S. Bank filed and served an Answer to the Amended Complaint ("Answer"). A true and correct copy of the Answer is attached to the Miller Decl. as Exhibit F.

8.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. sections 1331 and 1332(d)(2) and supplemental jurisdiction under 28 U.S.C. section 1367 and is one which may be removed to this Court, pursuant to 28 U.S.C. sections 1441(a)-(c).

9.    Pursuant to 28 U.S.C. section 1331, this Court has original jurisdiction over claims asserted under the FLSA. 28 U.S.C. section 216(b) explicitly states that actions under the FLSA may be "maintained" in federal court, and Plaintiffs' Amended State Complaint asserts claims under the FLSA. (*See, e.g.*, Amended State Complaint at ¶¶ 10, 12, 23, 24, 25, 26, 27, 28, 31, 32, 36, 38, 44, 57, 62, 64, 68, 69, 71, 78, 79, 82, 90, 92, 100, 109, 115; Prayer at ¶¶ 1, 2, 3, 10.) Indeed, Plaintiffs' Amended State Complaint alleges five causes of action under the FLSA: the Second Cause of Action for failure to pay minimum wages; the Third Cause of Action for failure to pay overtime; the Fourth Cause of Action for failure to pay overtime; the Fifth Cause of Action for lost time deductions; and the Seventh Cause of Action for failure to provide meal periods.

10.    Pursuant to 28 U.S.C. section 1367, this Court is also vested with the authority to exercise supplemental jurisdiction over the remaining claims in Plaintiffs' Amended State Complaint. Plaintiffs' state law claims form "part of the same case or controversy under Article III of the United States Constitution." Like Plaintiffs' FLSA claims, each of Plaintiffs' state law wage and hour claims, and Plaintiffs' claims for breach of contract and conversion, depend on Defendant's purported failure to classify its employees appropriately and/or pay overtime or other wages due. Resolution of the facts underlying Plaintiffs' FLSA claims would dispose of Amended State Complaint in its entirety. Accordingly, as Plaintiffs argue in their Federal Complaint, this Court has the authority to exercise supplemental jurisdiction over the remainder of the Amended

3

DEFENDANT US BANK NATIONAL ASSOCIATION'S
NOTICE OF REMOVAL
SFO 360716v3 0023784-000227

DAVIS WRIGHT TREMAINE LLP

1  State Complaint, as Plaintiffs' state law claims arise out of the same common nucleus of operative

2  facts as their FLSA claims. *See* Exhibit A at ¶ 13.

3       11.    In the alternative, pursuant to 28 U.S.C. section 1332(d)(2), the Court has original

4  jurisdiction over any civil action in which the matter in controversy exceeds the sum or value of

5  $5,000,000, exclusive of interest and costs and is a class action in which any member of a class of

6  plaintiffs is a citizen of a state different from any defendant.

7       12.    As alleged in the Federal Complaint and the Amended State Complaint, this Action

8  constitutes a "class action," as defined in 28 U.S.C. section 1332(d)(1)(B) and the Class Action

9  Fairness Act of 2005, Pub. L. No. 109-2. This Action is filed under a state judicial procedure,

10  California Code of Civil Procedure section 382, authorizing an action to be brought by one or

11  more representative persons as a class action.

12       13.    Plaintiffs allege in the Amended State Complaint that they estimate the members of

13  all proposed plaintiffs in the asserted classes in the aggregate is greater than 10,000. Exhibit D at

14  ¶39.

15       14.    U.S. Bank is the only defendant in this Action, and U.S. Bank is not a citizen of the

16  state in which the Action was filed. U.S. Bank is not a State, State official, or other governmental

17  agency against whom the Court may be foreclosed from ordering relief.

18       15.    As of the date of filing of the Amended State Complaint and from such date

19  through the date of filing of this Notice of Removal, U.S. Bank is and all relevant times has been a

20  national banking association organized and existing under the National Bank Act. U.S. Bank's

21  main office, as designated in its Articles of Association, is Cincinnati, Ohio.

22       16.    As of the date of filing of the Amended State Complaint and from such date

23  through the date of filing of this Notice of Removal, at least one member of the class of plaintiffs

24  in this Action is a citizen of and domiciled in a state different than U.S. Bank. For example,

25  plaintiff Ann Ross is a citizen of and domiciled in California both at the time of the filing of the

26  Amended State Complaint and at the time of the filing of this Notice of Removal.

27       17.    On information and belief, the matter in controversy for the aggregated claims of

28  the Plaintiffs and putative class members, exclusive of interest and costs, exceeds the sum or value

4

DAVIS WRIGHT TREMAINE LLP

1 of $5,000,000. As alleged in Plaintiffs' Federal Complaint, "Aggregate Claims Exceed $5 Million

2 Dollars." *See* Exhibit A at ¶ 11, and Caption. In addition, on information and belief, U.S. Bank

3 expects Plaintiffs will seek in excess of $1,000,000 in attorney fees and costs.

4    18.    Removal of this action is proper pursuant to 28 U.S.C. section 1441 (a)-(c), and this

5 Notice of Removal is timely filed under 28 U.S.C. section 1446(b) in that fewer than 30 days have

6 elapsed since a copy of the Summons and Amended State Complaint was first provided to U.S.

7 Bank.

8    19.    In accordance with 28 U.S.C. section 1446(a), a true copy of all pleadings, process,

9 and orders served on U.S. Bank in this action, as well as of U.S. Bank's acceptance of service, are

10 attached to the Miller Decl. as Exhibits A-E, and the Answer on file in this action is attached to the

11 Miller Decl. as Exhibit F.

12    20.    U.S. Bank has good and sufficient defenses to this Action and does not waive any

13 defenses, jurisdictional or otherwise, by the filing of this Notice.

14    21.    Venue lies in the United States District Court for the Northern District of

15 California, San Francisco Division, pursuant to 28 U.S.C. sections 1391(b) and 1441(a), and Civil

16 L.R. 3.2(d) because the state action was filed in this District and this is the judicial district in

17 which the action arose, and Plaintiffs filed the Amended State Complaint in the Alameda County

18 Superior Court. In addition, venue lies in the San Francisco Division, as Plaintiffs filed the related

19 Federal Complaint in the San Francisco Division and the Federal Complaint was assigned to the

20 Honorable Susan B. Illston in that Division before it was dismissed.

21    22.    Pursuant to 28 U.S.C. section 1446(d), contemporaneous with the filing of this

22 Notice of Removal, U.S. Bank will file with the State Court a Notice of Filing of Notice of

23 Removal with a copy of this Notice of Removal attached hereto. Furthermore, U.S. Bank will

24 serve counsel for Plaintiffs with a copy of both this Notice of Removal and the Notice of Filing of

25 Notice of Removal, and file this Notice to Plaintiffs with the State Court.

26 //

27 //

28 //

5

DEFENDANT US BANK NATIONAL ASSOCIATION'S
NOTICE OF REMOVAL
SFO 360716v3 0023784-000227

DAVIS WRIGHT TREMAINE LLP

1   Pursuant to Civil L.R. 3-3(a) and 12-3(a), Defendant has filed concurrently herewith a Notice of

2   Related Cases to notify the Court that the above-captioned matter is related to the Federal

3   Complaint previously assigned to Judge Illston.

4

5   DATED this 7th day of June 2007.

6                                                      Respectfully submitted,

7                                                      DAVIS WRIGHT TREMAINE LLP

8

9   By: _____

                                                       Stuart W. Miller
                                                       Attorneys for Defendant
10                                                     US BANK NATIONAL ASSOCIATION

DAVIS WRIGHT TREMAINE LLP

6

DEFENDANT US BANK NATIONAL ASSOCIATION'S
NOTICE OF REMOVAL
SFO 360716v3 0023784-000227

1

## DECLARATION OF STUART W. MILLER

2       I, STUART W. MILLER, declare as follows:

3       1.      I am an attorney licensed to practice before all of the courts of this State, and I am a

4   partner with the law firm of Davis Wright Tremaine LLP, counsel for defendant U.S. Bank in this

5   action.  I make this declaration based upon my own personal knowledge.

6       2.      Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Complaint,

7   Case No. C 071485, filed in the Northern District of California on March 14, 2007.

8       3.      Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Motion for

9   Dismissal, Case No. C 071485, filed in the Northern District of California on March 15, 2007.

10      4.      Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Class Action

11  Complaint, Case No. RG07319452, filed in Alameda County Superior Court on April 6, 2007.

12      5.      Attached hereto as Exhibit D is a true and correct copy of Plaintiffs' First Amended

13  Class Action Complaint, Case No. RG07319452, filed in Alameda County Superior Court on

14  April 26, 2007.

15      6.      Attached hereto as Exhibit E is a true and correct copy of the Summons served on

16  U.S. Bank on May 10, 2007.

17      7.      Attached hereto as Exhibit F is a true and correct copy of the Answer filed by U.S.

18  Bank on June 6, 2007.

19      I declare under penalty of perjury under the laws of the United States that the foregoing is

20  true and correct.

21      Executed this 7th day of June, 2007, at San Francisco, California.

22

23      Stuart W. Miller

24

25

26

27

28

7

DAVIS WRIGHT TREMAINE LLP