JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
US BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, dba US BANK, and DOES One through TWENTY-FIVE inclusive,<br><br>Defendants. | Case No. 07-2951<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>(Related to Case No. C071485, assigned to Judge Susan Illiston)<br><br>(Notice of Related Case and Notice of Removal filed concurrently herewith) |

**TO THE COURT AND PLAINTIFFS ANN ROSS, ET AL., AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for defendant U.S. Bank National Association, a wholly owned subsidiary of USB Holdings, Inc., which is a wholly-owned subsidiary of U.S. Bancorp ("U.S. Bank") certifies that there are no persons, associations of persons, firms, partnerships, corporations, or other entities other than the parties themselves known by U.S. Bank to have either a financial interest in the subject matter in controversy or in a

party to the proceeding, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED this 7th day of June 2007.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ *[signature]*
Stuart W. Miller
Attorneys for Defendant
US BANK NATIONAL ASSOCIATION