JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
US BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, dba US BANK,<br><br>Defendants. | Case No. 2951<br><br>NOTICE OF RELATED CASES (Related to Case No. C071485, assigned to Judge Susan Illston and subsequently dismissed)<br><br>(Notice of Removal and Certificate of Interested Parties filed concurrently herewith)<br><br>(Local Rules 3-3(a), 3-12(a), and 7-11) |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION:

PLEASE TAKE NOTICE, in accordance with Local Rules 3-3(a), 3-12(a), and 7-11, that

the above-captioned action is related to Prasad v. U.S. Bank National Association, Case No. C07

1485, filed with this Court on March 14, 2007 and assigned to Judge Susan Illston, and dismissed

1

NOTICE OF RELATED CASES
SFO 362582v3 0023784-000227

without prejudice the following day.

DATED this 7th day of June 2007.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Stuart W. Miller
Stuart W. Miller
Attorneys for Defendant
US BANK NATIONAL ASSOCIATION

NOTICE OF RELATED CASES
SFO 362582v3 0023784-000227

2