| | |
|---|---|
| 1 | JUDITH DROZ KEYES (CA State Bar No. 66408) |
| 2 | STUART W. MILLER (CA State Bar No. 127766) |
|   | KATHLEEN D. POOLE (CA State Bar No. 228815) |
| 3 | DAVIS WRIGHT TREMAINE LLP |
|   | 505 Montgomery Street, Suite 800 |
| 4 | San Francisco, California 94111-6533 |
|   | Telephone:   (415) 276-6500 |
| 5 | Facsimile:   (415) 276-6599 |
|   | jkeyes@dwt.com |
| 6 | stuartmiller@dwt.com |

Attorneys for Defendant
US BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated, | Case No. 07-2951CRB |
| Plaintiff, | **PROOF OF SERVICE VIA MAIL RE NOTICE OF REMOVAL** |
| v. | |
| US BANK NATIONAL ASSOCIATION, dba US BANK, and DOES One through TWENTY-FIVE inclusive, | |
| Defendants. | |

1

PROOF OF SERVICE
SFO 363207v1 0023784-00022SFO

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE

I, Pamela S. Baron, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 505 Montgomery St, Suite 800, San Francisco, California 94111-6533.

On June 7th, 2007, I served the documents listed below by the following means:

☒ I enclosed a true and correct copy of said documents in an envelope and placed them for collection and mailing with the United States Post Office on June 7th, 2007 following the ordinary business practice. *(Indicated on the attached address list by an* [M] *next to the address)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for delivery by Federal Express on June , 2007.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

**DEFENDANT US BANK NATIONAL ASSOCIATION'S NOTICE OF REMOVAL; DECLARATION OF STUART W. MILLER IN SUPPORT THEREOF**

**NOTICE OF RELATED CASE**

**CERTIFICATE OF INTERESTED PARTIES**

**ADR PACKET PROVIDED BY USDC-SAN FRANCISCO**

Executed on June 7th, 2007, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_____
Pamela S. Baron

PROOF OF SERVICE
SFO 363207v1 0023784-00022SFO

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## SERVICE LIST

| Key: | [M] **Delivery by Mail** | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|------|--------------------------|----------------------------------|----------------------|
|      | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | |

**[M]**   Shelby Clark                                         Attorneys for Plaintiff
Lisa Sloman
Bailey, Pinney PC
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683

Tele: (360) 567-2551
Fax: (360) 567-3331

PROOF OF SERVICE
SFO 363207v1 0023784-00022SFO

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899