JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
US BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, dba US BANK, and DOES One through TWENTY-FIVE inclusive,<br><br>Defendants. | Case No. 07-2951CRB<br><br>**PROOF OF SERVICE** |

1

PROOF OF SERVICE
SFO 363207v1 0023784-00022SFO

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE

I, Farshid Arjam, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 505 Montgomery St, Suite 800, San Francisco, California 94111-6533.

On June 7th, 2007, I served the documents listed below by the following means:

☒ I enclosed a true and correct copy of said documents in an envelope and placed them for collection and mailing with the United States Post Office on June 7th, 2007 following the ordinary business practice. *(Indicated on the attached address list by an [M] next to the address)*

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for delivery by Federal Express on June , 2007.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

**(PLEASE SEE ATTACHMENTS)**

Executed on June 21st, 2007, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_/s/ Farshid Arjam_
Farshid Arjam

2

PROOF OF SERVICE
SFO 363207v1 0023784-00022SFO

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# Proof of Service

I, Farshid Arjam, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following document:

**DEFENDANT'S NOTICE TO PLAINTIFFS OF REMOVAL TO FEDERAL COURT**

I caused the above document to be served on counsel listed below by the following means:

Shelby Clark, Esq.
Lisa Sloman, Esq.
Bailey, Pinney PC
1498 SE Tech Center Place, Suite 290
Vancouver, Washington  98683

Tele: (360) 567-2551
Fax:  (360) 567-3331
Attorneys for Plaintiff

[X] I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on June 7, 2007, following the ordinary business practice.

[ ] I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on         , for guaranteed delivery on         , following the ordinary business practice.

[ ] I consigned a true and correct copy of said document for electronic transmission on         .

[ ] I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on      , as indicated below counsel's address.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on June 7, 2007, at San Francisco, California.

_____
Farshid Arjam

## Proof of Service

I, Farshid Arjam, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following document:

**DEFENDANT US BANK NATIONAL ASSOCIATION'S NOTICE TO STATE COURT OF REMOVAL OF CASE TO U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

I caused the above document to be served on counsel listed below by the following means:

Shelby Clark, Esq.
Lisa Sloman, Esq.
Bailey, Pinney PC
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683

Tele: (360) 567-2551
Fax: (360) 567-3331
Attorneys for Plaintiff

[X] I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on June 7, 2007, following the ordinary business practice.

[ ] I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on         , for guaranteed delivery on         , following the ordinary business practice.

[ ] I consigned a true and correct copy of said document for electronic transmission on         .

[ ] I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on      , as indicated below counsel's address.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on June 7, 2007, at San Francisco, California.

_____
Farshid Arjam

3

DEF. US BANK NATIONAL ASSOCIATION'S NOTICE TO STATE COURT OF REMOVAL OF CASE TO U.S. DISTRICT COURT
Case No. RG 07319452

SFO 360708v1 0023784-000227

## SERVICE LIST

| Key: | [M] **Delivery by Mail** | [FD] Delivery by Federal Express | [H] Delivery by Hand |
|---|---|---|---|
| | [F] Delivery by Facsimile | [FM] Delivery by Facsimile and Mail | |

[M]   Shelby Clark                                          Attorneys for Plaintiff
      Lisa Sloman
      Bailey, Pinney PC
      1498 SE Tech Center Place, Suite 290
      Vancouver, Washington 98683

      Tele: (360) 567-2551
      Fax:  (360) 567-3331

3

PROOF OF SERVICE
SFO 363207v1 0023784-00022SFO

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899