IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANN ROSS,  No. C 07-02951SI

      Plaintiff,  **NOTICE**

v.

US BANK NATIONAL ASSOCIATION,

      Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, October 12, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: July 5, 2007  RICHARD W. WIEKING, Clerk

                                                  Tracy Sutton
                                                  Deputy Clerk