1  **Bailey, Pinney PC**
   Shelby Clark, Cal. Bar No. 203606
2  1498 SE Tech Center Place, Suite 290
   Vancouver, Washington 98683
3  Telephone: (360) 567-2551, Fax: (360) 567-3331
   SClark@wagelawyer.com
4
   **Bonnie Mac Farlane,** Cal. Bar No. 161526
5  720 Howe Avenue, Suite 113
   Sacramento, CA 95825
6  Telephone: (800) 230-5528, Fax: (800) 230-5866
   BMacFarlane@wagelawyer.com
7
   Attorneys for Plaintiffs

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  **Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**US Bank National Association,** dba US Bank,<br><br>**Defendant.** | Case No. C07-2951 CRB<br><br>(~~PROPOSED~~) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

18   David A. Schuck, an active member in good standing of the bars of Oregon, and Washington,

19 whose business address and telephone number is; 1498 SE Tech Center Place, Vancouver, WA 98683,

20 Suite 290, (360) 567-2551, having applied in the above-entitled action for admission to practice in the

21 Northern District of California on a *pro hac vice* basis, representing Ann Ross, Dennis Ramos, Maurita

22 Prasad, and Kelly Smith, individually and on behalf of all others similarly situated,

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

---

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
3   Service of papers upon and communication with co-counsel designated in the application will
4   constitute notice to the party. All future filings in this action are subject to the requirements contained
5   in General Order No. 45, Electronic Case Filing.

Dated: July 10, 2007

By: _____
U.S. District Court Judge