Clerk's Use Only

Initial for fee pd.: _____

CHRISTOPHER F. MCCRACKEN
DAVIS WRIGHT TREMAINE LLP
1300 SW FIFTH AVENUE, SUITE 2300
PORTLAND, OR 97201
503/241-2300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANN ROSS, et al

Plaintiff(s),

v.

U.S. BANK NATIONAL ASSOCIATION

Defendant(s).

CASE NO. C 07-02951 SI

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, CHRISTOPHER F. MCCRACKEN, an active member in good standing of the bar of the U. S. District Court for the State of Oregon, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing DEFENDANT in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Kathleen Poole, Davis Wright Tremaine, 505 Montgomery Street, Suite 800, San Francisco, CA 94111-6533   415-276-6500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2007