**Chamber's Copy**

REC___ED

JUL 2 6 2007

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

ANN ROSS, et al

**CASE NO. C 07-02951 SI**

Plaintiff(s),

v.

US BANK NATIONAL ASSOCIATION,

Defendant(s).

/

**(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE**

FILED

JUL 2 5 2007

CHRISTOPHER F. MCCRACKEN                , an active member in good standing of the bar of

the U.S. District Court for the State of Oregon,        whose business address and telephone number

(particular court to which applicant is admitted)

is

Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201    503/241-2300                                                          ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendant, U.S. Bank National Association.     .

    IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/25/07

_____
United States District     Judge

UNITED STATES DISTRICT COURT
For the Northern District of California