UNITED STATES DISTRICT COURT
Northern District of California

ANN ROSS, et al

Plaintiff(s),

v.

US BANK NATIONAL ASSOCIATION,

Defendant(s).

CASE NO. C 07-02951 SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

CAROL J. BERNICK, an active member in good standing of the bar of the U.S. District Court for the State of Oregon, whose business address and telephone number (particular court to which applicant is admitted) is

Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201   503/241-2300

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant, U.S. Bank National Association.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/24/07

_____
United States District   Judge