JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　　Defendant. | Case No. C 07-2951SI<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT US BANK TO DISMISS OR, IN THE ALTERNATIVE, TO STAY ACTION; TO DISMISS WASHINGTON LAW AND CALIFORNIA LOST TIME DEDUCTION CLAIMS; AND FOR JUDGMENT ON CONVERSION AND OREGON LAW MEAL PERIOD CLAIMS**<br><br>[Fed. R. Civ. P. 12(b)(1) and 12(c); *Colorado River* doctrine]<br><br>[Memorandum of Points and Authorities, Declaration of Christopher McCracken, and Proposed Order filed concurrently herewith]<br><br>Date:　　　September 21, 2007<br>Time:　　　9:00 a.m.<br>Department:　10<br>Before the Hon. Susan B. Illston |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE that on September 21, 2007 at 9:00 a.m.**, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Susan Illston in Department 10 of the above-referenced Court, 450 Golden Gate Avenue, 19th floor, San

Francisco, CA 94102, Defendant U.S. Bank National Association ("U.S. Bank") will and hereby does move this Court for an order:

    (1) dismissing, or in the alternative, staying the Plaintiffs' First Amended Complaint ("Complaint") under the *Colorado River* doctrine;

    (2) dismissing all of Plaintiffs' claims under Washington law; that is, dismissing claims 1, 2, 3, 4, 6, 7, 8, 9, and 10 to the extent to which they are brought under Washington law;

    (3) dismissing Plaintiffs' fifth claim to the extent to which it is brought under California law;

    (4) entering judgment for U.S. Bank on Plaintiffs' tenth claim;

    (5) entering judgment for U.S. Bank on Plaintiffs' seventh claim to the extent to which it is brought under Oregon law.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Declaration of Christopher McCracken filed concurrently herewith, all the papers, records and documents on file in this matter, upon such further evidence and argument as may be presented at the hearing on this motion, and upon such further evidence this Court deems proper.

DATED: August 16, 2007

          Respectfully submitted,

          DAVIS WRIGHT TREMAINE LLP


          By:  :___*/s/ Judith Droz Keyes*___
               Judith Droz Keyes
          Attorneys for Defendant
          U.S. BANK NATIONAL ASSOCIATION