JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION dba U.S. BANK,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**DECLARATION OF CHRISTOPHER MCCRACKEN IN SUPPORT OF THE MOTION BY DEFENDANT US BANK TO DISMISS OR, IN THE ALTERNATIVE, TO STAY ACTION; TO DISMISS WASHINGTON LAW AND CALIFORNIA LOST TIME DEDUCTION CLAIMS; AND FOR JUDGMENT ON CONVERSION AND OREGON LAW MEAL PERIOD CLAIMS**<br><br>[Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities, and Proposed Order filed concurrently herewith]<br><br>Date:          September 21, 2007<br>Time:          9:00 a.m.<br>Department:    10<br>Before the Hon. Susan B. Illston |

DAVIS WRIGHT TREMAINE LLP

## DECLARATION OF CHRISTOPHER MCCRACKEN

I, Christopher McCracken, declare as follows:

1.       I am a partner in the law firm of Davis Wright Tremaine LLP, counsel to Defendant in this action.  I work primarily out of the Portland, Oregon office of Davis Wright Tremaine.  I make this Declaration in support of the Motion by Defendant U.S. Bank National Association to Dismiss or, in the Alternative, to Stay the Action; to Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims, filed concurrently herewith.  I make this Declaration on the basis of my personal knowledge and, if called upon, I could testify truthfully and competently to the facts set forth herein.

2.       As discussed below, before March 14, 2007, Bailey Pinney & Associates LLC filed six wage/hour class action complaints against U.S. Bank in the federal and state courts of Oregon. I have been personally involved as one of the attorneys defending U.S. Bank in five of these cases: *Belknap et al. v. U.S. Bank National Association*, Case No. 0301-00042, filed in Multnomah County Circuit Court on approximately January 2, 2003; *Rivera et al. v. U.S. Bank National Association*, Case No. 0305-05045, filed in Multnomah County Circuit Court in March 2003; *McElmurry, et al. v. U.S. Bank National Association*, Case No. 04-CV-00642, filed in the District of Oregon on approximately May 11, 2004; *Lowdermilk v. U.S. Bank National Association*, Case No. 0603-03335, filed in Multnomah County Circuit Court on approximately March 29, 2006; and *Tate v. U.S. Bank National Association*, Case No. 0607-07188, filed in Multnomah County Circuit Court on approximately July 10, 2006.  I am also aware of the sixth wage/hour class action complaint the Bailey Pinney firm filed against U.S. Bank in Oregon, *Hudson et al. v. U.S. Bank National Association*, Case No. 04-03817 ("*Hudson*").  I did not personally work on the *Hudson* case, but I am aware of that case because my law partner, Carol Bernick (also of Davis Wright Tremaine's Portland, Oregon office) acted as the lead defense counsel for U.S. Bank in that case. Ms. Bernick and I have worked closely together in defending U.S. Bank in the other five cases mentioned above and have discussed the *Hudson* case.  I am informed and I believe that the Bailey Pinney firm filed the *Hudson* case in Multnomah County Circuit Court in April 2000.

DAVIS WRIGHT TREMAINE LLP

DECLARATION OF CHRISTOPHER MCCRACKEN
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
Case No. C 07-2951 SI

SFO 371096v4 0023784-000227

3.    Attached as Exhibit A is a true and correct copy of the operative complaint in *McElmurry, et al. v. U.S. Bank National Association*, Case No. 04-CV-00642-HU, filed in the District of Oregon on approximately June 2, 2005 (the "*McElmurry* action").

4.    The following events have occurred in the *McElmurry* action.

a.    Plaintiffs have filed motions to certify classes for collective action treatment and/or to provide a class notice under the Fair Labor Standards Act as discussed below.

b.    On May 21, 2004, Plaintiffs made their first motion to certify a collective action on behalf of two separate nationwide classes: (1) Sales and Service Managers ("SSM" class); and (2) hourly employees who had allegedly not been paid all wages due ("rounding" class).

c.    Plaintiffs voluntarily withdrew that motion with respect to the SSM class on approximately June 23, 2004 prior to hearing. On July 27, 2004, Judge Dennis J. Hubel, Magistrate Judge for the U.S. District Court for the District of Oregon, issued findings and recommendations to deny the motion to certify the proposed rounding class. A true and correct copy of these findings and recommendations is attached as Exhibit B.

d.    District Judge Ancer L. Haggerty of the U.S. District Court for the District of Oregon adopted Magistrate Judge Hubel's findings and recommendations and denied certification of the rounding claim by order dated October 1, 2004. A true and correct copy of this order is attached as Exhibit C.

e.    Plaintiffs filed a renewed motion to certify a collective action for the SSM class on approximately August 22, 2005. This motion proposed a class of all Oregon and Washington SSMs. On December 1, 2005, Magistrate Judge Hubel denied this motion by order. Magistrate Judge Hubel gave Plaintiffs leave to re-file after further discovery. A true and correct copy of this order is attached as Exhibit D.

DAVIS WRIGHT TREMAINE LLP

f.  Plaintiffs filed a third motion to certify a collective action for the SSM class on approximately May 8, 2006. Magistrate Judge Hubel issued findings and recommendations to deny this motion on October 3, 2006. A true and correct copy of these findings and recommendations is attached as Exhibit E. Judge Haggerty adopted Magistrate Judge Hubel's findings by Opinion and Order on December 8, 2006. A true and correct copy of Judge Haggerty's December 8, 2006 Opinion and Order is attached as Exhibit F.

g.  On approximately December 15, 2006, Plaintiffs filed a Notice of Appeal of the denial of the motion to certify the SSM class in the Ninth Circuit Court of Appeals. A true and correct copy of this Notice of Appeal is attached as Exhibit G. That appeal is pending.

h.  Plaintiffs filed a renewed motion for certification of the rounding class on approximately April 22, 2005. Magistrate Judge Hubel issued findings and recommendations denying certification of the rounding claim on July 29, 2005. A true and correct copy of Judge Hubel's findings and recommendations is attached as Exhibit H. These findings were reviewed *de novo* by Judge Haggerty and adopted on October 7, 2005. A true and correct copy of Judge Haggerty's order is attached as Exhibit I.

i.  On approximately October 14, 2005, the plaintiffs filed a Notice of Appeal of the denial of the motion to certify the rounding class in the Ninth Circuit Court of Appeals. A true and correct copy of this Notice of Appeal is attached as Exhibit J. That appeal was dismissed by the Ninth Circuit Court of Appeals on August 8, 2007. A copy of that decision is attached as Exhibit K.

j.  On approximately January 3, 2007, the two named plaintiffs and a proposed opt-in claimant moved for summary judgment with regard to their individual claims on the SSM claim, overtime claim, and late payment at termination claim. At oral argument on February 22, 2007, and by Civil Minutes, Magistrate Judge Hubel advised the parties of his recommendation to deny

1    summary judgment as to certain of these motions.  A true and correct copy of

2    the Civil Minutes for this argument is attached as Exhibit L.

3       k.    On March 23, 2007, Magistrate Judge Hubel issued findings and

4    recommendations that recommended denying those motions, except with

5    respect to a portion of the SSM claim.  (Judge Hubel recommended denial of

6    the SSM claim as to one of the two named plaintiffs and as to the proposed opt-

7    in claimant, but recommended granting the motion as to the other named

8    plaintiff.)  A true and correct copy of Magistrate Judge Hubel's findings and

9    recommendations is attached as Exhibit M.

10       5.    Attached as Exhibit N is a true and correct copy of the operative complaint in

11    *Lowdermilk v. U.S. Bank National Association*, Case No. 0603-03335, filed in Multnomah

12    County, Oregon, on approximately March 29, 2006.

13       6.    *Lowdermilk* is being actively litigated.  The plaintiffs' motion for class certification

14    on the rounding claim was argued on July 17, 2007, and is pending.  In that motion, the plaintiffs

15    argued that Multnomah County, Oregon, was a desirable location for the rounding claim.  A true

16    and correct copy of the plaintiffs' memorandum of points and authorities in support of that motion

17    is attached as Exhibit O.

18       7.    Dennis Ramos, who is a named plaintiff in this case, filed a declaration in support

19    of the *Lowdermilk* plaintiffs' motion for class certification.  A true and correct copy of Plaintiff

20    Ramos' declaration, excluding the attachments thereto, is attached as Exhibit P.

21       8.    Attached as Exhibit Q is a true and correct copy of the operative complaint in *Tate*

22    *v. U.S. Bank National Association*, Case No. 0607-07188, filed in Multnomah County, Oregon on

23    July 10, 2006.  Plaintiffs are actively litigating this case.

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

1      9.      On August 29, 2006, Judge Richard Baldwin issued an Order granting summary

2   judgment for U.S. Bank in the matter of *Rivera et al. v. U.S. Bank National Association*, Case No.

3   0305-05045, in part because there is no private right of action for meal period violations under

4   Oregon law.  A true and correct copy of Judge Baldwin's Order is attached as Exhibit R.

5

6          I declare under penalty of perjury under the laws of the United States that the foregoing is

7   true and correct.

8                  DATED this 16th day of August at Portland, Oregon.

9

10                                    *    /s/ Christopher McCracken*
                                    Christopher McCracken

11

DAVIS WRIGHT TREMAINE LLP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28