**Bailey, Pinney & Associates, LLC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Tele: (360) 567-2551
Fax: (360) 567-3331
**J. Dana Pinney**, OSB 75308
E-Mail: JDPinney@Wagelawyer.com
**A. E. Bud Bailey**, OSB 87157
E-Mail: BBailey@Wagelawyer.com
**Jose R. Mata**, OSB 80305
E-Mail: JMata@Wagelawyer.com

Attorneys For Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KERI MCELMURRY and KAREN MRAZEK, individually, and on behalf of all similarly situated,<br><br>Plaintiffs/Appellants,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, a Foreign Corporation,<br><br>Defendant/Appellee. | No. 3:04-CV-00642-HU<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that **Keri McElmurry** and **Karen Mrazek**, individually, and on behalf of all similarly situated, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order (#340) denying plaintiffs' second motion to certify the class of sales and service managers and denying plaintiffs' motion for tolling of the statute of limitations for all putative class action members, will respect to a putative

Page 1 -    Notice of Appeal

collective under 28U.S.C. §216(b) of the Fair Labor Standards Act entered in this action on the December 8, 2006.

Dated this 15th Day of December, 2006.

/s/ J. Dana Pinney
J. DANA PINNEY, Esquire
OSB #75308
(360) 567-2551
Attorneys for Plaintiffs

Page 2 -    Notice of Appeal