**Bailey, Pinney & Associates, LLC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Tele: (360) 567-2551
Fax: (360) 567-3331
**J. Dana Pinney**, OSB 75308
E-Mail: JDPinney@Wagelawyer.com
**A. E. Bud Bailey**, OSB 87157
E-Mail: BBailey@Wagelawyer.com
**Jose R. Mata**, OSB 80305
E-Mail: JMata@Wagelawyer.com

Attorneys For Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KERI MCELMURRY** and **KAREN MRAZEK**, individually, and on behalf of all similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>**US BANK NATIONAL ASSOCIATION**, a Foreign Corporation,<br><br>                Defendant. | No. 3:04-CV-00642-HU<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that **Keri McElmurry** and **Karen Mrazek**, individually, and on behalf of all similarly situated, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order (#223) denying Conditional Certification, Notice and Equitable Tolling, with respect to a putative collective under 28 U.S.C. §216(b) of the Fair Labor Standards Act entered in this action on the 7th day of October, 2005.
/ / /

Page 1 -    Notice of Appeal

Attached hereto, for transmittal to the Court of Appeals, are:

1) Circuit Court Form Number 6 - Civil Appeals Docketing Statement;

2) Representation Statement pursuant to Federal Rule of Appellate Procedure 12(b);

3) Order, signed on October 7, 2005 by U.S. District Judge Haggerty - Docket #223;

4) Findings & Recommendations, signed on July 29, 2005 by Judge Dennis J. Hubel - Docket #159.

Dated this 14th day of October, 2005.

/s/ Jose R. Mata
JOSE R. MATA, Esquire
OSB #80305
(360) 567-2551
Attorneys for Plaintiffs

Page 2 -   Notice of Appeal

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **Notice of Appeal, Civil Appeals Docketing Statement and Representation Statement** upon:

Carol Bernick
Davis Wright Tremaine
1300 SW 5th Ave., Suite 2300
Portland, OR 97201

by the following indicated method or methods:

[X]  by electronic mailing through the CM/ECF system, in accordance with Fed. R. Civ. P. 5(d), on the date set forth below.

DATED:   October 14, 2005

/s/ Jose R. Mata
JOSE R. MATA, Esquire
OSB #80305
(360) 567-2551
Attorneys for Plaintiffs