# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 04-642-HU  **Date of Proceeding:** February 22, 2007

**Case Title:** McElmurry, et al v. U.S. Bank National Association, et al

**Presiding Judge:** Hon. Dennis J. Hubel  **Courtroom Deputy:** Kathleen Bartholomew (326-8060)

**Reporter:** Nancy Walker  **Tape No:**

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| David Schuck<br>Karen Moore<br>Stephanie Brown | Carol Bernick<br>Christopher McCracken |

**DOCKET ENTRY:**

Record of oral argument:

The court advised the parties of the following recommendations to be included in his formal Findings and Recommendations on plaintiffs motions for partial summary judgment: All of plaintiffs' motions for summary judgment should denied to the extent they were brought by Sherry Gustafson. Plaintiffs' motion, asserted in plaintiffs' reply memorandum in support of plaintiffs' motion for summary judgment on the SSM claim, to amend the complaint to add Gustafson as a party, should be denied. Plaintiffs' motion for summary judgment on the SSM claim as to plaintiff Mrazek, based on plaintiffs' concession that there is an issue of fact regarding how many hours per week Mrazek worked, should be denied.

ORDER - The court takes the following motions under advisement this date:

Plaintiffs' Motion for Partial Summary Judgment on Plaintiff McElmurry's FLSA Overtime (Truncation) [#345]
Plaintiffs' Motion for Partial Summary Judgment of Late Payment Claim at Termination [#350]
Plaintiffs' Motion for Partial Summary Judgment on Liability on Plaintiffs' FLSA Overtime Claim (SSM) [#355]
U.S. Bank's Motions to Strike Portions of the Declarations of Karen A. Moore and Stephanie Brown in Support of Motion for Summary Judgment on Plaintiff McElmurry's FLSA Overtime Claim (Truncation), and Motion for Partial Summary Judgment on Plaintiff McElmurry's FLSA Overtime (Truncation) [#364]

cc: ( ) All counsel  **DOCUMENT NO:** _____
Civil Minutes  Honorable Dennis J. Hubel
Revised 4/22/98