IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| WILLENE LOWDERMILK, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, dba U.S. Bank,<br><br>Defendant. | No. 0603-03335<br><br>DECLARATION OF DAVID A. SCHUCK IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S CROSS-MOTION TO DENY PLAINTIFF'S MOTION FOR PARTIAL CLASS ACTION CERTIFICATION |

I, David A. Schuck, hereby declare:

1. I am one of the attorneys for Plaintiff herein.

2. Attached hereto is the un-signed declaration of Dennis Ramos. The original signed document will be submitted when it arrives at office of Plaintiff's attorneys.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated July 9, 2007.

_____
DAVID A. SCHUCK, OSB 99356
Attorney for Plaintiff

Page 1 - Declaration of David A. Schuck in Support of Plaintiff's Response to Defendant's Cross-motion to Deny Plaintiff's Motion for Partial Class Action Certification

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| WILLENE LOWDERMILK, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, dba U.S. Bank,<br><br>Defendant. | No. 0603-03335<br><br>DECLARATION OF DENNIS RAMOS IN OPPOSITION TO DEFENDANT'S CROSS MOTION TO DENY PLAINTIFF'S MOTION FOR PARTIAL CLASS ACTION CERTIFICATION |

I, Dennis Ramos, hereby declare:

1. I was hired by Defendant US Bank sometime around August 2000.

2. I worked in Oregon at the US Bank Tower in downtown Portland.

3. I kept copies of some of my weekly time reports for my own records.

4. The weekly time report is a form used by US Bank to track the amount of time I worked.

5. Attached hereto as exhibit 1-7 are correct copies of some of my weekly time reports.

6. For exhibits 1-7, I entered my begin/end times and my lunch times by inputting the time into an electronic spreadsheet which US Bank provided to me on my work station computer. The start and stop times are shown in exhibits 1-7 on the left side of the sheet in columns titled "Day/date," "Begin," "Lunch," "Other," and "End." For example on exhibit 1 I entered "7:58 AM" for the time I began working on April 25, 2005.

Page 1 -  Declaration of Dennis Ramos in Opposition to Defendant's Cross Motion to Deny Plaintiff's Motion for Partial Class Action Certification

BAILEY PINNEY & ASSOCIATES LLC
Attorneys at Law
1498 SE Tech Center Place, Suite 290 • Vancouver, Washington 98683
(360) 567-2551 • Fax (360) 567-3331

|    |    |                                                                                       |
|----|----|---------------------------------------------------------------------------------------|
| 1  | 7. | The column titled "Worked" on exhibits 1-7 is a calculation column which was          |
| 2  |    | automatically calculated based upon the begin/end times I entered. In other           |
| 3  |    | words, US Bank's computer spreadsheet filled in the "Worked" column for               |
| 4  |    | me.                                                                                   |
| 5  | 8. | I know that the "Worked" column was calculated by the computer because                |
| 6  |    | when I entered my begin and end times for the day the computer filled-in the          |
| 7  |    | "Worked" column with the calculated time that US Bank would pay me.                   |
| 8  | 9. | Each weekly time report in exhibits 1-7 contain a conversion chart on the             |
| 9  |    | lower right hand side of the sheet.                                                   |

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: _____

_____
Dennis Ramos

Page 2 -   Declaration of Dennis Ramos in Opposition to Defendant's Cross Motion to Deny Plaintiff's Motion for Partial Class Action Certification

BAILEY PINNEY & ASSOCIATES LLC
Attorneys at Law
1498 SE Tech Center Place, Suite 290 • Vancouver, Washington 98683
(360) 567-2551 • Fax (360) 567-3331