IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ALICIA RIVERA, and KATHERINA POTTER, Individually, and on Behalf of All Persons similarly Situated,<br>Plaintiffs,<br>v.<br>U.S. BANK NATIONAL ASSOCIATION, dba U.S. Bank<br>Defendant. | Case No. 0305-05045<br><br>**ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

This case came before the Court on June 16, 2006, for hearing on defendant's Motion for Partial Summary Judgment. Plaintiffs were represented by J. Dana Pinney and David A. Schuck. U.S. Bank was represented by Carol J. Bernick and Christopher F. McCracken. The court having heard the arguments of the parties, reviewed the memoranda and exhibits submitted by the parties and the Court file,

IT IS HEREBY ORDERED that defendant's Motion for Partial Summary Judgment is GRANTED as follows:

1. All plaintiff Potter's claims are dismissed;
2. Plaintiff Rivera's Claims 1, 2, 3, 4 and 5 are dismissed;

/ / / / /

/ / / / / /

Page 1 –ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300

PDX 1507828v2 23784-156
Portland

1  3.  Plaintiffs' Class claims are dismissed, and

2  4.  Plaintiffs may not seek permission to substitute new named plaintiff(s).

3  DATED this 28 day of September, 2006.

/s/
_____
HONORABLE RICHARD C. BALDWIN
CIRCUIT COURT JUDGE

Submitted by:

Christopher McCracken, OSB 89400
Carol J. Bernick, OSB 89409
Davis Wright Tremaine LLP
Of Attorneys for Defendant

Page 2 – ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300

PDX 1507828v2 23784-156
Portland

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** is a true and correct copy and I served the same on:

David Schuck
Bailey Pinney & Associates LLC
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone 360-567-2551
Facsimile 360-567-3331

Of Attorneys for Plaintiff

☐ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorney's address as shown above on the date set forth below;

☐ by personally handing a copy thereof to said attorney on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below; or

☒ by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below.

Dated this 11 day of September, 2006.

DAVIS WRIGHT TREMAINE LLP

By /s/ Carol J. Bernick
CAROL J. BERNICK, OSB #89409
CHRISTOPHER F. MCCRACKEN, OSB #89400
Of Attorneys for Defendant
US Bank National Association

Page 3 –ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300
PDX 1507828v2 23784-156
Portland

☑ Circuit Ct.   ☐ U.S. Dist. Ct.   Case No. 0305-05045
☐ Appeals Ct.   ☐ Bankruptcy Ct.   Our File No. _____
☐ Supreme Ct.   ☐ Other _____                           (Attorney)

Please indicate when the document listed below was processed. Thank you.

Rivera and Potter v. U.S. Bank Nat'l Assoc.
(Short Title of Case or Proceeding)

Order on Plaintiffs' Motion for Partial Summary Judgmt.
(Title of Document)

☑ Date signed ___9.28._____, by Judge _Baldwin_____
☑ Date entered _10-3-06_____, by _epp_____
☐ Date terminated _____
☐ Date filed _____
☐ Date served _____
☐ Attorney fees awarded $_____     ☐ Costs awarded at $_____
☐ Motion allowed   ☐ Motion denied
Remarks _____
                                                    (Judge/Deputy/Clerk)

FORM No. 943   EK           © 1994-1998 Stevens-Ness Law Publishing Co., Portland, OR   www.stevensness.com
NO PART OF ANY STEVENS-NESS FORM MAY BE REPRODUCED IN ANY FORM OR BY ANY ELECTRONIC OR MECHANICAL MEANS.

267