JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, dba US BANK,<br><br>Defendant. | Case No. C 07-2951SI<br><br>**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT US BANK TO DISMISS OR, IN THE ALTERNATIVE, TO STAY ACTION; TO DISMISS WASHINGTON LAW AND CALIFORNIA LOST TIME DEDUCTION CLAIMS; AND FOR JUDGMENT ON CONVERSION AND OREGON LAW MEAL PERIOD CLAIMS**<br><br>Date:    September 21, 2007<br>Time:    9:00 a.m.<br>Department:    10 |

---

[PROPOSED] ORDER
Case No.: C07-2951SI

ORDER

The Motion by U.S. Bank National Association to Dismiss or, in the Alternative, to Stay the Action; to Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims came on regularly for hearing in this Court on September 21, 2007, before the Honorable Susan Illston, United States District Court Judge. Appearances of counsel are as set forth in the record.

The Court having considered all papers filed in support of and in opposition to the motion and having heard the argument of counsel, and being satisfied that good cause has been shown,

IT IS HEREBY ORDERED THAT:

1. The Motion to Dismiss the First Amended Complaint ("Complaint") is granted in its entirety pursuant to *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), in view of the substantially similar cases pending in the U.S. District Court for the District of Oregon entitled *McElmurry and Mrazek v. U.S. Bank National Association*, Case No. 04-CV-00642, and in Multnomah County Oregon Circuit Court entitled *Lowdermilk v. U.S. Bank National Association*, Case No. 0603-03335, and *Tate v. U.S. National Bank Association*, Case No. 0607-07188.

**[Or, in the alternative]**

1. The Motion to Stay the Complaint is granted in its entirety pursuant to *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), pending the final resolution of the last of the three substantially similar cases pending in the U.S. District Court for the District of Oregon entitled *McElmurry and Mrazek v. U.S. Bank National Association*, Case No. 04-CV-00642, and in Multnomah County Oregon Circuit Court entitled *Lowdermilk v. U.S. Bank National Association*, Case No. 0603-03335, and *Tate v. U.S. Bank National Association*, Case No. 0607-07188, or until such other time as this Court may order.

2. Claims 1, 2, 3, 4, 6, 7, 8, 9, and 10 in the Complaint are dismissed to the extent such claims are brought under Washington law.

3. Claim 5 in the Complaint is dismissed to the extent such claim is brought under California law.

DAVIS WRIGHT TREMAINE LLP

4. Judgment is entered for Defendant U.S. Bank on Claim 10 in the Complaint.

5. Judgment is entered for Defendant U.S. Bank on Claim 7 in the Complaint to the extent to which it is brought under Oregon law.

Dated: _____          _____
                                THE HONORABLE SUSAN ILLSTON
                                United States District Court Judge

Prepared by:
DAVIS WRIGHT TREMAINE LLP


By: ____/s/ Judith Droz Keyes_____
        Judith Droz Keyes
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION