**BAILEY PINNEY, PC**
1498 SE Tech Center Place
Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Fax: (360) 567-2551
**Shelby L. Clark**, Cal.Bar No. 203606, OSB No. 06049
E-Mail: Sclark@wagelawyer.com

**Bonnie Mac Farlane,** Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866
E-Mail: BMacFarlane@wagelawyer.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. Bank National Association dba US Bank, <br><br> Defendant. | No. C 07-02951 SI <br><br> **NOTICE OF CONSENT TO JOIN AS PARTY PLAINTIFF** |

I, **Dennis Ramos,** hereby give my consent to be a party Plaintiff in this case. Pursuant to the Fair Labor Standards Act of 1938. 29 U.S.C. § 216(b).

Dated this _August 16, 2007_.

_[signature]_
Dennis Ramos

---

Notice of Consent to Join as Party Plaintiff 29 USC 216(b) - Case No. C 07-02951 SI

1