IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANN ROSS,                                         No. C 07-02951SI

        Plaintiff,                            **NOTICE**

   v.

US BANK NATIONAL ASSOCIATION,

        Defendant.
        _____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss has been continued to Friday, October 12, 2007, at 9:00 a.m.

Dated: August 22, 2007                                               RICHARD W. WIEKING, Clerk



                                                                Tracy Sutton
                                                                 Deputy Clerk