KATHLEEN D. POOLE (SBN 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street #800
San Francisco, CA 94111
Telephone: (415) 276-6500
Attorney for: Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : ANN ROSS, et al.

Defendant : US BANK NATIONAL ASSOCIATION

Ref#: 220340        *    **PROOF OF SERVICE**    *    Case No.: C 07-2951SI

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

NOTICE OF MOTION AND MOTION BY DEFENDANT US BANK TO DISMISS OR, IN THE ALTERNATIVE, TO STAY ACTION; TO DISMISS WASHINGTON LAW AND CALIFORNIA LOST TIME DEDUCTION CLAIMS; AND FOR JUDGMENT ON CONVERSION AND OREGON LAW MEAL PERIOD CLAIMS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION BY DEFENDANT US BANK TO DISMISS OR, IN THE ALTERNATIVE, TO STAY ACTION; TO DISMISS WASHINGTON LAW AND CALIFORNIA LOST TIME DEDUCTION CLAIMS; AND FOR JUDGMENT ON CONVERSION AND OREGON LAW MEAL PERIOD CLAIMS; [PROPOSED] ORDER GRANTING MOTION BY DEFENDANT US BANK TO DISMISS OR, IN THE ALTERNATIVE, TO STAY ACTION; TO DISMISS WASHINGTON LAW AND CALIFORNIA LOST TIME DEDUCTION CLAIMS; AND FOR JUDGMENT ON CONVERSION AND OREGON LAW MEAL PERIOD CLAIMS; DECLARATION OF CHRISTOPHER MCCRACKEN IN SUPPORT OF THE MOTION BY DEFENDANT US BANK TO DISMISS WASHINGTON LAW AND CALIFORNIA LOST TIME DEDUCTION CLAIMS; AND FOR JUDGMENT ON CONVERSION AND OREGON LAW MEAL PERIOD CLAIMS

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party served       : LISA KAREN SLOMAN, ESQ., SHELBY CLARK, ESQ., DAVID SCHUCK, ESQ.

By serving         : Shelby Clark, Esq., Personally

Address            : Bailey Pinney PC
                     1498 SE Tech Center Place #290
                     Vancouver, WA 98683

Date of Service:   August 17, 2007

Time of Service:   2:55 PM

Person who served papers:
WAYNE W. WIRKKALA
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $555.50
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 3437
(iii) County: Washington

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 17, 2007                   Signature _Wayne W Wirkkala_