1 | **BAILEY PINNEY, PC**
2 | 1498 SE Tech Center Place, Suite 290
  | Vancouver, Washington 98683
3 | Telephone: (360) 567-2551
  | Fax: (360) 567-3331
4 | **JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
  | E-Mail: JMata@wagelawyer.com
5 | **SHELBY L. CLARK**, Cal.Bar No. 203606, OSB No. 06049
  | E-Mail: Sclark@wagelawyer.com
6 | **DAVID A. SCHUCK, OSB No. 99356, WSB No. 37285**
  | E-Mail dschuck@wagelawyer.com

7 | **BONNIE MAC FARLANE**, Cal. Bar No. 161526
  | 720 Howe Avenue, Suite 113
8 | Sacramento, CA 95825
  | Telephone: (800) 230-5528
9 | Fax: (800) 230-5866
  | E-Mail: BMacFarlane@wagelawyer.com
10

11 | Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated,, | **Case No. C 07-02951 SI** |
| Plaintiffs, | **NOTICE OF APPEARANCE AND DESIGNATION AS LOCAL COUNSEL** |
| vs. | |
| US Bank National Association, | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby notify Defendant and the Court that Bonnie MacFarlane of the law firm of Bailey Pinney, PC is added as an attorney of record in the above entitled case. Plaintiffs request that Bonnie MacFarlane be added to the docket and e-mail notifications.

The Northern District local rules require that attorneys who wish to practice before the Court as pro hac vice are required to designate local counsel who maintain an office within the State of

California. It has come to Plaintiffs' attention that the application for pro hac vice filed in this case by David Schuck erroneously omitted such a designation of local counsel. To correct this oversight, Plaintiff designates local counsel as follows:

> Bonnie Mac Farlane, SBN 161526
> 720 Howe Avenue, Suite 113
> Sacramento, CA 95825
> Telephone: (800) 230-5528
> Facsimile: (800) 230-5866
> E-Mail: BMacFarlane@wagelawyer.com

Therefore, Plainitffs notify the Court and the Defendant that Bonnie Mac Farlane has been designated as local counsel who maintains an office in the State of California.

Dated: August 28, 2007     Bailey Pinney, PC

By     /s/
Shelby L. Clark
Attorneys for Plaintiffs Ann Ross, Dennis Ramos, Maurita Prasad and Kelly Smith