1  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
2  Vancouver, Washington 98683
   Telephone: (360) 567-2551
3  Fax: (360) 567-3331
   **JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
4  E-Mail: JMata@wagelawyer.com
   **SHELBY L. CLARK**, Cal.Bar No. 203606, OSB No. 06049
5  E-Mail: Sclark@wagelawyer.com
   **DAVID A. SCHUCK, OSB No. 99356, WSB No. 37285**
6  E-Mail dschuck@wagelawyer.com

7  **BONNIE MAC FARLANE,** Cal. Bar No. 161526
   720 Howe Avenue, Suite 113
8  Sacramento, CA  95825
   Telephone:  (800) 230-5528
9  Fax:  (800) 230-5866
   E-Mail:  BMacFarlane@wagelawyer.com
10

11 Attorneys for Plaintiffs Ross, Ramos, Prasad and Smith

12              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13

14 Ann Ross, Dennis Ramos, Maurita Prasad,      )   Case No. C 07-02951 SI
   and Kelly Smith, individually and on behalf  )
15 of all others similarly situated,            )   **NOTICE OF APPEARANCE**
                                                )
16              Plaintiffs,                     )
                                                )
17 vs.                                          )
                                                )
18 US Bank National Association,                )
                                                )
19              Defendant.                      )

20

21 TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

22     PLEASE TAKE NOTICE that Plaintiffs hereby notify Defendant and the Court that Jose R.

23 Mata of the law firm of Bailey Pinney, PC is added as an attorney of record in the above entitled case.

24 Plaintiffs request that Jose R. Mata be added to the docket and e-mail notifications.

25
    Dated: August 28, 2007         Bailey Pinney, PC
26

27                                 By_____/s/_____
                                   Shelby L. Clark
28        Attorneys for Plaintiffs Ann Ross, Dennis Ramos, Maurita Prasad and Kelly Smith

                                   Notice of Appearance - Case No. C 07-02951 SI
                                   1