1  **BAILEY PINNEY, PC**
2  1498 SE Tech Center Place, Suite 290
   Vancouver, Washington 98683
3  Telephone: (360) 567-2551
   Fax: (360) 567-3331
4  **SHELBY L. CLARK**, Cal.Bar No. 203606, OSB No. 06049
   E-Mail: Sclark@wagelawyer.com
5  **JOSE R. MATA**, Cal Bar No. 83724, OSB No. 80305
   E-Mail: Jmata@wagelawyer.com
6  **DAVID A. SCHUCK**, Pro Hac Vice OSB No. 99356, WSB No. 37285
   E-Mail: Dschuck@wagelawyer.com
7
8  **BONNIE MAC FARLANE,** Cal. Bar No. 161526
   720 Howe Avenue, Suite 113
9  Sacramento, CA  95825
   Telephone:  (800) 230-5528
10 Fax:  (800) 230-5866
   E-Mail:  BMacFarlane@wagelawyer.com
11
   Attorneys for Plaintiffs Ross, Ramos, Prasad and Smith
12

13              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14

15

16 Ann Ross, Dennis Ramos, Maurita Prasad,      )    Case No. C07-2951 SI
   and Kelly Smith, individually and on behalf  )
17 of all others similarly situated,            )    **NOTICE OF WITHDRAWAL OF**
                                                )    **ATTORNEY**
18                    Plaintiffs,               )
                                                )
19 vs.                                          )
                                                )    Hon.  Susan Illston
20 US Bank National Association,                )
                                                )
21                    Defendant.                )
                                                )
22 ─────────────────────────────────────────── )

23 TO:    Clerk of the Court, and Attorneys for Defendant

24        NOTICE IS HEREBY GIVEN that Lisa K. Sloman, Cal. Bar No. 244225,  withdraws as

25 attorney for Plaintiffs Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, Individually and on

26 Behalf of All Others Similarly Situated, and that Shelby L. Clark, Jose R. Mata, David A. Schuck,

27 Bonnie Mac Farlane and the firm of Bailey Pinney PC shall remain as Plaintiff's attorneys of record

28 and no change shall be made thereto.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        All notices, papers and pleadings, exclusive of process, should be served upon Shelby L. Clark, David A. Schuck, and Jose R. Mata at the offices of Bailey Pinney PC, at 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683, and upon Bonnie Mac Farlane at 720 Howe Avenue, Suite 113, Sacramento CA 95825.

        Said withdrawal shall be effective as of August 29, 2007.

DATED: August 29, 2007


                                        /s/
_____
                            Shelby L. Clark, Cal. Bar No. 203606
                            Bailey, Pinney & Associates LLC
                            Attorney for Plaintiff