# BAILEY PINNEY P.C.
### Attorneys at Law
**1498 SE TECH CENTER PLACE, SUITE 290**
**VANCOUVER, WA 98683**

SHELBY L. CLARK
 TELEPHONE  (360) 567-2551
 FACSIMILE  (360) 567-3331
 E-MAIL: SClark@wagelawyer.com

\* Oregon License OSB 06049
\* California License 203606

August 29, 2007

Honorable Judge Susan Illston
450 Golden Gate Ave Courtroom 10, 19th Floor
San Francisco, CA   94102

    *Re:*   *Ann Ross vs. Us Bank*
         Case No.  C 07-02951 SI

Dear Judge Illston :

    This letter will confirm the substance of a telephone call with your calendaring clerk, who indicated that our proposed amendment of the briefing schedule for the Response and Reply in connection with Defendant's Motion to Dismiss and/or Stay, will be acceptable to the Court. That amendment, submitted in a stipulation to the Court for its approval on August 27, changes the due date for the Response brief from August 31 to September 14, and for the Reply brief from September 7 to September 28 (all dates in 2007). Your calendaring clerk also stated that if for any reason the Court declines to approve the stipulated amendment, the Court will set new dates in the future for the parties to submit such briefs.

                      Respectfully submitted,

                      /s/
                      Shelby L. Clark
                      Attorney for Plaintiff

SC:as

Enclosure
cc: Judith Droz Keyes

BAILEY PINNEY P.C.
ATTORNEYS AT LAW
1498 SE TECH CENTER PLACE, SUITE 290
VANCOUVER, WA 98683

**Honorable Judge SUSAN ILLSTON**
**450 Golden Gate Ave Courtroom 10, 19th Floor**
**San Francisco, CA   94102**

BAILEY PINNEY P.C.
ATTORNEYS AT LAW
1498 SE TECH CENTER PLACE, SUITE 290
VANCOUVER, WA 98683

**Judith Droz Keyes**
**Davis Wright Tremaine LLP**
**505 Montgomery Street, Suite 800**
**San Francisco, CA**
**94111**