JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>U.S. BANK NATIONAL ASSOCIATION, dba US BANK,<br><br>                    Defendant. | Case No. C 07-2951SI<br><br>***EX PARTE* MOTION BY DEFENDANT US BANK NATIONAL ASSOCIATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>[Civil L.R. 7-10 and 16-2(d)]<br><br>[Memorandum of Points and Authorities, Declaration of Judith Droz Keyes, and Proposed Order filed concurrently herewith]<br><br>CMC Date:   October 21, 2007<br>Before the Hon. Susan Illston |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Civil L.R. 7-10 and 16-2(d), and the Case Management Conference Notice and Order issued by this Court on July 5, 2007, Defendant U.S. Bank National Association ("U.S. Bank") will and hereby does move this Court *ex parte* for an

1

order continuing the Initial Case Management Conference and related dates to November 9, 2007, or any date thereafter that would allow this Court to decide U.S. Bank's Motion to Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims ("Motion to Dismiss") before the Initial Case Management Conference and related deadlines.

Defendant's *Ex Parte* Motion is made on the following grounds:

(1) Requiring the parties to proceed with the Initial Case Management Conference and related dates, including the exchange of initial disclosures and preparation of the Case Management Statement, is premature until after the Court has had the opportunity to decide U.S. Bank's Motion to Dismiss;

(2) None of the subjects to be addressed by the parties in advance of or at the Initial Case Management Conference can be meaningfully discussed until after the parties know the Court's ruling on the Motion to Dismiss; and

(3) U.S. Bank has sought Plaintiffs' voluntary agreement to request this continuance, but Plaintiffs have refused to do so, and have indicated that they intend to proceed with discovery.

This motion is based upon this *Ex Parte* Motion for Relief, the Memorandum of Points and Authorities, and the Declaration of Judith Droz Keyes filed concurrently herewith, all the papers, records and documents on file in this matter, and upon such further evidence this Court deems proper.

DATED: August 29, 2007

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____*/s/ Judith Droz Keyes*_____
      Judith Droz Keyes
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION