JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION dba U.S. BANK,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**DECLARATION OF JUDITH DROZ KEYES IN SUPPORT OF THE *EX PARTE* MOTION BY DEFENDANT US BANK NATIONAL ASSOCIATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>[*Ex Parte* Motion, Memorandum of Points and Authorities, and Proposed Order filed concurrently herewith]<br><br>CMC Date:   October 21, 2007<br>Before the Hon. Susan Illston |

DECLARATION OF JUDITH DROZ KEYES IN SUPPORT OF
*EX PARTE* MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
Case No. C 07-2951 SI

SFO 372370v1 0023784-000227

# DECLARATION OF JUDITH DROZ KEYES

I, Judith Droz Keyes, declare as follows:

1. I am a partner in the law firm of Davis Wright Tremaine LLP, counsel to Defendant in this action. I make this Declaration in support of the *Ex Parte* Motion by Defendant U.S. Bank National Association for Relief from Case Management Schedule, filed concurrently herewith. I make this Declaration on the basis of my personal knowledge and, if called upon, I could testify truthfully and competently to the facts set forth herein.

2. On August 27, 2007, I spoke by telephone with Plaintiffs' counsel Shelby Clark and requested that Plaintiffs stipulate to continue the Initial Case Management Conference and related dates until Defendant's Motion to Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims ("Motion to Dismiss") is heard. Mr. Clark said he would consider the request.

3. Later that day, Mr. Clark responded by e-mail that "we won't be able to stipulate to postponing the CMC" and indicated that he wished to pursue discovery instead. A true and correct copy of Mr. Clark's August 27, 2007 e-mail is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 29th day of August at San Francisco, California.

By: */s/ Judith Droz Keyes*
       Judith Droz Keyes

---

DECLARATION OF JUDITH DROZ KEYES IN SUPPORT OF
*EX PARTE* MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
Case No. C 07-2951 SI

SFO 372370v1 0023784-000227

1