# Exhibit A

**From:** Shelby Clark [SClark@wagelawyer.com]
**Sent:** Monday, August 27, 2007 5:03 PM
**To:** Keyes, Judith Droz
**Cc:** Miller, Stuart; Poole, Kathleen
**Subject:** RE: Stipulation re Due Dates for Briefs
**Attachments:** Stip and Order re briefing dates for Mot to Dismiss.SLC.8-27-07.pdf

Judy,

Thank you. The revised stip and order is attached. If it is acceptable to you, I can insert /s/ on each signature line and e-file it today. Please advise.

I'm afraid that we won't be able to stipulate to postponing the CMC, as we're unwilling to put off the discovery process. I hope this will not unduly complicate your schedule. Currently September 14 is the last date to meet and confer regarding initial disclosures, discovery plan, and the like. I would prefer to do that sooner, if possible, especially in light of the long period you've had to investigate the case. An earlier meet-and-confer would also leave more time to complete initial disclosures, draft the Rule 26(f) Report, and the like. Are you available on any date in the first two weeks of September for this purpose?

Regards,
Shelby

---

**From:** Keyes, Judith Droz [mailto:jkeyes@dwt.com]
**Sent:** Monday, August 27, 2007 4:46 PM
**To:** Shelby Clark
**Cc:** Miller, Stuart; Poole, Kathleen
**Subject:** RE: Stipulation re Due Dates for Briefs

Shelby,

Substantively, this is fine with me -- but the footer needs to be corrected, and the word "August" needs to be inserted on line 2, page 2. If you make those changes and re-send it to me, I will promptly sign it and send it back to you.

Thank you for considering our request to stipulate to a postponement of the Case Management Conference. And by the way, if you do agree, I would appreciate our asking the court to move it to November 9, or to October 26, as I am likely to have a conflict on November 2.

Best regards,

Judy


**Judith Droz Keyes** | Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800 | San Francisco, CA 94111
Tel: (415) 276-6512 | Fax: (415) 276-6599 | Cell: (415) 699-0835
Email: jkeyes@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

**From:** Shelby Clark [mailto:SClark@wagelawyer.com]
**Sent:** Monday, August 27, 2007 4:20 PM
**To:** Keyes, Judith Droz; Miller, Stuart
**Subject:** Stipulation re Due Dates for Briefs

Judy,

As we discussed, attached please find a draft stipulation and order regarding dates for the opposition and reply briefs in connection with your Motion to Dismiss or Stay, et cetera. I will call you regarding your request for a stipulation for a change to the CMC schedule.

Regards,
Shelby

Shelby L. Clark
Attorney at Law
Bailey, Pinney & Associates, LLC
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
(360) 567-2551
Fax: (360) 567-3331