JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>                         Plaintiffs,<br><br>        v.<br><br>US BANK NATIONAL ASSOCIATION, dba US BANK,<br><br>                         Defendant. | Case No. C 07-2951SI<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* MOTION BY DEFENDANT US BANK NATIONAL ASSOCIATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |

DAVIS WRIGHT TREMAINE LLP

[PROPOSED] ORDER
Case No.: C07-2951SI

SFO372371v2 0023784-000227

DAVIS WRIGHT TREMAINE LLP

1

ORDER

2  Having considered all papers filed in favor of and in opposition to the *Ex Parte* Motion by

3  U.S. Bank National Association for Relief from Case Management Schedule, the Court finds that

4  Defendant U.S. Bank National Association has shown good cause for relief from the Case

5  Management schedule in this case.  Good cause exists because continuing the Initial Case

6  Management Conference and related dates until after a decision on U.S. Bank's potentially

7  dispositive Motion to Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law

8  and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law

9  Meal Period Claims will avoid potentially unnecessary labor and expense by the parties and this

10  Court.

11  IT IS HEREBY ORDERED THAT:

12  Defendant's *Ex Parte* Motion is GRANTED, and the Initial Case Management Conference

13  is continued from October 12, 2007 until _____, with all other case management

14  deadlines and disclosure requirements continued accordingly.

15

16  Dated: _____          _____

17                                    THE HONORABLE SUSAN ILLSTON
                                      United States District Court Judge

18

19  Prepared by:
20  DAVIS WRIGHT TREMAINE LLP

21
    By: ____*/s/ Judith Droz Keyes*_____
22        Judith Droz Keyes
    Attorneys for Defendant
23  U.S. BANK NATIONAL ASSOCIATION

24

25

26

27

28