**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331
**A.E. BUD BAILEY**, Pro Hac Vice, OSB No. 87157, WSB No. 33917
E-Mail: Bbailey@wagelawyer.com
**J. DANA PINNEY**, Pro Hac Vice, OSB No. 75308, WSB No. 33919
E-Mail: JDPinney@wagelawyer.com
**JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**SHELBY L. CLARK**, Cal.Bar No. 203606, OSB No. 06049
E-Mail: Sclark@wagelawyer.com

**BONNIE MAC FARLANE,** Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866
E-Mail: BmacFarlane@wagelawyer.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>US Bank National Association,<br><br>            Defendant. | Case No. C 07-02951 SI<br><br>**STIPULATION AND ORDER TO AMEND DUE DATES FOR BRIEFS IN RESPONSE TO DEFENDANT US BANK'S MOTION TO DISMISS OR STAY ACTION, TO DISMISS CLAIMS, AND FOR JUDGMENT ON CLAIMS**<br><br>Date:     October 12, 2007<br>Time:     9:00 am<br>Dept:     10<br><br>Hon. Susan Illston |

      Pursuant to Civil Local Rule 7-11, the parties to this action stipulate and request that the Court order the following changes to the scheduled deadlines for filing briefs in response to Defendant US Bank's Motion to Dismiss or, in the Alternative, to Stay Action; to Dismiss Washington Law and

California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims, filed in this Court on August 16, 2007 (hereinafter "US Bank's Motion"):

| Brief to be Filed | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Opposition | August 31, 2007 | September 14, 2007 |
| Defendant's Reply | September 14, 2007 | September 28, 2007 |

The current deadlines for the above briefs arose from the original hearing date of September 21, 2007. The hearing date has been changed by the Court to October 12, 2007.

Dated: _ August 27, 2007_   Bailey Pinney, PC

By ____/s/_____
Shelby L. Clark
Attorneys for Plaintiffs

Dated: _ August 27, 2007_   Davis Wright Tremaine LLP

By ____/s/_____
Judith Droz Keyes
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____   By _[signature: Susan Illston]_____
United Stated District Judge

Stipulation and Order to Amend Due Dates for Briefs - Case No. C 07-02951 SI
2