**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331
**Jose R. Mata**, Cal Bar No. 83724, OSB 80305
E-Mail: Jmata@wagelawyer.com
**Shelby L. Clark**, Cal.Bar No. 203606, OSB No. 06049
E-Mail: Sclark@wagelawyer.com
**David A. Shuck**, Pro Hac Vice, OSB No. 99356, WSB No. 37285
E-Mail: Dschuck@wagelawyer.com

**Bonnie Mac Farlane,** Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA  95825
Telephone:  (800) 230-5528
Fax:  (800) 230-5866
E-Mail:  BMacFarlane@wagelawyer.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>US Bank National Association,<br><br>Defendant. | Case No. C 07-02951 SI<br><br>**Declaration of David Schuck in Opposition to Motion by Defendant Us Bank to Dismiss Or, in the Alternative, to Stay Action; to Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims**<br><br>Date:     October 12, 2007<br>Time:     9:00 am<br>Ctrm:     10, 19th Floor<br><br>Hon.  Susan Illston |

I, **David Schuck** declare as follows:

      1.    I am a member of the bar in the states of Oregon and Washington.  I have been admitted *pro hac vice* for purposes of this case.  I am also one of the attorneys for the respective

1    plaintiffs in the cases of *McElmurry v. U.S. Bank NA*, U. S. District of Oregon case no.

2    CV-04-642-HU ("*McElmurry* case"); *Lowdermilk v. U.S. Bank NA,* Oregon Circuit

3    Court for Multnomah County case no. 0603-03335 ("*Lowdermilk* case"); and *Tate v.*

4    *U.S. Bank NA*, Oregon Circuit Court for Multnomah County case no. 0607-07188

5    ("*Tate* case").  I make this declaration based on personal knowledge, and could testify

6    truthfully and competently to the matters stated in this declaration.

7    2.    The following documents attached to this declaration are true and accurate copies:

8        Exhibit                    Document

9        A.    Findings and Recommendation, Hon. Dennis James Hubel, U.S. Magistrate

10            Judge, *McElmurry* case, March 23, 2007.

11        B.    Opinion and Order, Chief U.S. District Judge Ancer Haggerty, *McElmurry* case,

12            August 14, 2007.

13        C.    Class Action Allegation Complaint, *Lowdermilk case*.  This is the operative

14            complaint.

15        D.    Class Action Allegation Complaint, *Tate case*.  This is the operative complaint.

16    **McElmurry Case**

17    3.    The *McElmurry* case was filed May 11, 2004.  The only certification that was sought

18        from the U.S. District Court in *McElmurry* was as a collective action under 29 U.S.C. §

19        216(b) of the Fair Labor Standards Act.  In a Section 216(b) collective action, putative

20        collective members must affirmatively opt-in to participate in the action.  The U.S.

21        District Court has twice denied certification as a collective action in *McElmurry*.  Under

22        the District Court's rulings in Exhibits A and B hereto, no new parties or opt-in may be

23        added to the *McElmurry* case.  None of the plaintiffs in the current action are parties in

24        *McElmurry* action, nor could they opt-in to the *McElmurry* case consistent with that

25        Court's rulings.

26    **Lowdermilk Case**

27    4.    The *Lowdermilk* case, as shown by Exhibit C hereto, only pleads an Oregon state law

28

---

Declaration of David Schuck - Case No. C 07-02951 SI
2

1  class.  None of the named plaintiffs in the current case is a named plaintiff in the

2  *Lowdermilk* case.  To date, class certification has not been granted or denied as to any

3  claims.  As further shown by Exhibit C hereto, the *Lowdermilk* case complaint does not

4  allege any claims under the Fair Labor Standards Act.

5  ***Tate* Case**

6  5.    The *Tate* case, as shown by Exhibit D hereto, only pleads an Oregon state law class.

7  None of the named plaintiffs in the current case is a named plaintiff in the *Tate* case.

8  To date, class certification has not been granted or denied as to any claims.  As further

9  shown by Exhibit D hereto, the *Tate* case complaint does not allege any claims under

10  the Fair Labor Standards Act.

11

12  I declare under penalty of perjury that the foregoing is true and correct

13

14  Dated:__September 14, 2007            Bailey Pinney, PC

15                                        By _____

16                                        David Schuck
                                          Attorneys for Plaintiffs