```
 1  JUDITH DROZ KEYES (CA State Bar No. 66408)
    STUART W. MILLER (CA State Bar No. 127766)
 2  KATHLEEN D. POOLE (CA State Bar No. 228815)
    DAVIS WRIGHT TREMAINE LLP
 3  505 Montgomery Street, Suite 800
    San Francisco, California 94111-6533
 4  Telephone:    (415) 276-6500
    Facsimile:    (415) 276-6599
 5  jkeyes@dwt.com
    stuartmiller@dwt.com
 6
    Attorneys for Defendant
 7  U.S. BANK NATIONAL ASSOCIATION
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION dba U.S. BANK, <br><br> Defendant. | Case No. C 07-2951 SI <br><br> **PROOF OF SERVICE** |

DAVIS WRIGHT TREMAINE LLP

KATHLEEN D. POOLE (SBN 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street #800
San Francisco, CA 94111
Telephone: (415) 276-6500
Attorney for: Defendant

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO

Plaintiff : ANN ROSS, et al.

Defendant : US BANK NATIONAL ASSOCIATION etc.

Ref#: 222937        *   **PROOF OF SERVICE**   *   Case No.: C 07-2951 SI

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY ACTION; TO DISMISS WASHINGTON LAW AND CALIFORNIA LOST TIME DEDUCTION CLAIMS; AND FOR JUDGMENT ON CONVERSION AND OREGON LAW MEAL PERIOD CLAIMS

in the within action by personally delivering true copies thereof to the person named below, as follows:

Person served   : LISA KAREN SLOMAN, ESQ., SHELBY CLARK, ESQ., DAVID SCHUCK, ESQ.

By leaving with: Shelby Clark, Esq., Personally

Address         : Bailey Pinney PC
                  1498 SE Tech Center Place #290
                  Vancouver, WA 98683

Date of Service: September 28, 2007

Time of Service: 2:15 PM

Person who served papers:
WAYNE W. WIRKKALA
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $243.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 3437
(iii) County: Washington

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 28, 2007          Signature /s/ Wayne W Wirkkala