**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331
**DAVID A. SCHUCK**, Pro Hac Vice, OSB No. 99356, WSB No. 37285
E-Mail: Dschuck@wagelawyer.com
**JOSE R. MATA**, Cal. Bar No. 83724
E-Mail: Jmata@wagelawyer.com
**SHELBY L. CLARK**, Cal. Bar No. 203606
E-Mail: Sclark@wagelawyer.com

**BONNIE MAC FARLANE,** Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866
E-Mail: BmacFarlane@wagelawyer.com
Attorneys for Plaintiffs Ross, Ramos, Prasad, and Smith

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>US Bank National Association,<br><br>Defendant. | Case No. C 07-02951 SI<br><br>**Errata to Plaintiffs' Opposition to Defendant's Motion to Dismiss or in the Alternative to Stay the Action; to Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on the Conversion and Oregon Law Meal Period Claims**<br><br>Date:    October 12, 2007<br>Time:    9:00 am<br>Dept:    10<br><br>Hon. Susan Illston |

Page 1, lines 3 through 4 of the <u>Plaintiffs' Opposition to Defendant's Motion to Dismiss or in the Alternative to Stay the Action; to Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on the Conversion and Oregon Law Meal Period Claims</u>, filed in this Court on September 14, 2007, erroneously listed A.E. "Bud" Bailey as counsel of record in this case. Mr. Bailey has not been noticed as counsel of record, and those lines are deleted. Attorney David A.

1  Schuck was erroneously omitted from the caption, and his name should be inserted in the place of Mr.
2  Bailey's.
3  In full, lines 1 through 6 of page 1 of the Opposition are amended to read as follows:
4  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
5  Vancouver, Washington 98683
   Telephone: (360) 567-2551
6  Fax: (360) 567-3331
   **DAVID A. SCHUCK**, Pro Hac Vice, OSB No. 99356, WSB No. 37285
7  E-Mail: Dschuck@wagelawyer.com
   **JOSE R. MATA**, Cal. Bar No. 83724
8  E-Mail: Jmata@wagelawyer.com
   **SHELBY L. CLARK**, Cal. Bar No. 203606
9  E-Mail: Sclark@wagelawyer.com

11 Dated: October 11, 2007            Bailey Pinney, PC

12                                     By ____/s/_____
13                                     Shelby L. Clark
                                       Attorneys for Plaintiffs