**BAILEY PINNEY, PC**
1498 SE Tech Center Place
Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Fax: (360) 567-2551
**Shelby L. Clark**, Cal.Bar No. 203606, OSB No. 06049
E-Mail: Sclark@wagelawyer.com

**Bonnie Mac Farlane,** Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866
E-Mail: BMacFarlane@wagelawyer.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. Bank National Association dba US Bank,<br><br>Defendant. | No. C 07-02951 SI<br><br>NOTICE OF CONSENT TO JOIN AS PARTY PLAINTIFF |

I, **Ann Ross,** hereby give my consent to be a party Plaintiff in this case. Pursuant to the Fair Labor Standards Act of 1938. 29 U.S.C. § 216(b).

Dated this _____

*/s/ Ann Ross*
Ann Ross