**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date:10/12/07

Case No.    C-07-2951 SI           Judge:   SUSAN ILLSTON

Title: ANN ROSS -v- U.S. BANK

Attorneys: D. Schuck, J. Mata            J. Keyes, C. McCraken

Deputy Clerk:  Tracy Sutton  Court Reporter: McVickar

**PROCEEDINGS**

1)    Defendant's Motion to Dismiss - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    ( X )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (X  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                            PART

Case continued to    @ **2:30 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: