**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331
**JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**DAVID A. SCHUCK**, Pro Hac Vice, OSB No. 99356, WSB No. 37285
E-Mail: Dschuck@wagelawyer.com

**BONNIE MAC FARLANE**, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866
E-Mail: BMacFarlane@wagelawyer.com

Attorneys for Plaintiffs Ross, Ramos, Prasad and Smith

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, dba US BANK,<br><br>Defendant. | Case No. C 07-02951 SI<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF ATTORNEY**<br><br>Hon. Susan Illston |

**TO:** CLERK FO THE COURT AND ATTORNEYS FOR DEFENDANTS

**NOTICE IS HEREBY GIVEN** that **Shelby L. Clark**, Cal. Bar No. **203606**, withdraws as attorney for Plaintiffs Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated, and that Jose R. Mata, David A. Schuck, Bonnie Mac Farlane and the firm of Bailey Pinney PC shall remain as Plaintiff's attorneys of record and no change shall be made thereto.

All notices, papers and pleadings, exclusive of process, should be served upon Jose R. Mata,

---

Plaintiffs' Notice of Withdrawal of Attorney - Case No. C 07-02951 SI
1

1  David A. Schuck at the offices of Bailey Pinney PC, at 1498 SE Tech Center Place, Suite 290,
2  Vancouver WA 98683, and upon Bonnie Mac Farlane at 720 Howe Avenue, Suite 113, Sacramento
3  CA 95825.
4      Said withdrawal shall be effective as of October 17, 2007.

6  DATED: <u>October 17, 2007</u>
7                                     /s/
8                                     Shelby L. Clark, Cal. Bar No. 203606
                                   Bailey, Pinney PC
9                                     Attorney for Plaintiffs Ross, Ramos, Prasad and Smith