JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, dba US BANK,<br><br>Defendant. | Case No. C 07-2951SI<br><br>**UNOPPOSED *EX PARTE* MOTION BY DEFENDANT US BANK NATIONAL ASSOCIATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>[Civil L.R. 7-10 and 16-2(d)]<br><br>[Memorandum of Points and Authorities, Declaration of Kathleen D. Poole, and Proposed Order filed concurrently herewith]<br><br>CMC Date:   November 16, 2007<br>Before the Hon. Susan Illston |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Civil L.R. 7-10 and 16-2(d), the Case Management Conference Notice and Order issued by this Court on July 5, 2007, and the Order continuing the Initial Case Management Conference issued by this Court on September 4, 2007,

1

Defendant U.S. Bank National Association ("U.S. Bank") will and hereby does move this Court *ex parte* for an order continuing the Initial Case Management Conference and related dates to January 11, 2007, or any date that would allow this Court to issue an Order on U.S. Bank's Motion to Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims ("Motion to Dismiss") five weeks before the Initial Case Management Conference. In addition, U.S. Bank respectfully requests that if a decision on U.S. Bank's Motion to Dismiss has not issued by December 14, 2007, the Initial CMC be continued until a date five weeks after the Court anticipates the decision will issue.

U.S. Bank's unopposed *Ex Parte* Motion is made on the following grounds:

(1) Requiring the parties to proceed with the Initial Case Management Conference and related dates, including the exchange of initial disclosures and preparation of the Case Management Statement, is premature until after the Court has decided U.S. Bank's Motion to Dismiss;

(2) None of the subjects to be addressed by the parties in advance of or at the Initial Case Management Conference can be meaningfully discussed until after the parties know the Court's ruling on the Motion to Dismiss;

(3) Continuing the Initial Case Management Conference and related deadlines would give the Court more time to consider and draft its decision on highly complex issues before it is forced to deal with case management matters; and

(4) U.S. Bank has sought Plaintiffs' voluntary agreement to request this continuance, and Plaintiffs do not object to this continuance.

UNOPPOSED *EX PARTE* MOTION FOR RELIEF
FROM CASE MANAGEMENT SCHEDULE
Case No. C 07-2951SI

1   This motion is based upon this unopposed *Ex Parte* Motion for Relief, the Memorandum
2   of Points and Authorities, and the Declaration of Kathleen D. Poole filed concurrently herewith,
3   all the papers, records and documents on file in this matter, and upon such further evidence this
4   Court deems proper.

5   DATED: November 2, 2007

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP


By:   */s/ Stuart W. Miller*
      Stuart W. Miller
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION