JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:    (415) 276-6500
Facsimile:     (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION dba U.S. BANK, <br><br> Defendant. | Case No. C 07-2951 SI <br><br> **DECLARATION OF KATHLEEN D. POOLE IN SUPPORT OF THE UNOPPOSED *EX PARTE* MOTION BY DEFENDANT US BANK NATIONAL ASSOCIATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** <br><br> [Unopposed *Ex Parte* Motion, Memorandum of Points and Authorities, and Proposed Order filed concurrently herewith] <br><br> CMC Date:  November 16, 2007 <br> Before the Hon. Susan Illston |

DECLARATION OF KATHLEEN D. POOLE IN SUPPORT OF
UNOPPOSED *EX PARTE* MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
Case No. C 07-2951 SI

SFO 372370v1 0023784-000227

# **DECLARATION OF KATHLEEN D. POOLE**

I, Kathleen D. Poole, declare as follows:

1. I am an associate in the law firm of Davis Wright Tremaine LLP, counsel to Defendant in this action. I make this Declaration in support of the unopposed *Ex Parte* Motion by Defendant U.S. Bank National Association for Relief from Case Management Schedule, filed concurrently herewith. I make this Declaration on the basis of my personal knowledge and, if called upon, I could testify truthfully and competently to the facts set forth herein.

2. On October 24, 2007, I spoke by telephone with Plaintiffs' counsel Jose Mata and requested that Plaintiffs stipulate to continue the Initial Case Management Conference and related dates until Defendant's Motion to Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims ("Motion to Dismiss") is heard. Mr. Mata suggested that the parties agree to informally continue their obligations under the Local Rules until November 5, 2007 to determine whether the decision on U.S. Bank's Motion to Dismiss would issue in the meantime. I agreed to this continuance, subject to U.S. Bank's retaining the right to file a Motion as of November 2, 2007 if necessary. I sent a letter to Mr. Mata, confirming our conversation. A true and correct copy of my October 24, 2007 letter to Mr. Mata is attached as Exhibit 1.

3. On October 31, 2007, I received a notice from the Court regarding ADR noncompliance. A true and correct copy of this notice is attached as Exhibit 2.

4. On November 1, 2007, I contacted Mr. Mata by telephone to meet and confer as to whether Plaintiffs would agree to continue the Initial Case Management Conference until January 11, 2007. Mr. Mata indicated that he needed to confer with his colleagues about the matter. I stated that I would contact Plaintiffs' counsel the following day.

5. On November 2, 2007, I contacted Plaintiffs' counsel David Schuck on two occasions to meet and confer as to whether Plaintiffs would agree to continue the Initial Case Management Conference. He stated that while Plaintiffs did not wish to stipulate to continue the Initial Case Management Conference, they would not object if U.S. Bank sought a continuance to any date in December or January. Mr. Schuck also stated that he would not object to U.S. Bank's

1

DECLARATION OF KATHLEEN D. POOLE IN SUPPORT OF
UNOPPOSED *EX PARTE* MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
Case No. C 07-2951 SI

SFO 372370v1 0023784-000227

1  proposed language stating that if the Court has not issued a decision on the Motion to Dismiss by
2  December 14, 2007, the Court will further continue the Initial Case Management Conference until
3  a date five weeks after the decision is expected to issue.
4      I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct.
6      DATED this 2nd day of November at San Francisco, California.

By: ___*/s/ Kathleen D. Poole*___
      Kathleen D. Poole

DAVIS WRIGHT TREMAINE LLP

DECLARATION OF KATHLEEN D. POOLE IN SUPPORT OF
UNOPPOSED *EX PARTE* MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
Case No. C 07-2951 SI

SFO 372370v1 0023784-000227