

# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

| KATHLEEN POOLE | SUITE 800 | TEL (415) 276-6500 |
| DIRECT (415) 276-6505 | 505 MONTGOMERY STREET | FAX (415) 276-6599 |
| kathleenpoole@dwt.com | SAN FRANCISCO, CA 94111-6533 | www.dwt.com |

October 24, 2007

<u>Via Facsimile</u>
Jose Mata
Bailey Pinney PC
1498 NE Tech Center Place, Suite 290
Vancouver, WA 98683
360-567-2551
360-567-3331 (fax)

Re:   *Ross v. U.S. Bank National Association*, N.D. Cal. Case No. C-07-2951SI

Dear Mr. Mata:

This is to confirm our conversation of this afternoon, whereby we agreed that, in light of the fact that Judge Illston has not yet issued her ruling on Defendant's Motion to Dismiss in the above-referenced matter, the deadline for the parties' meet and confer obligations prior to the initial case management conference (including the parties' obligations under Rule 26(f)) will be extended until November 5, 2007.

Two o'clock p.m. on November 5 is a convenient time for us to meet and confer with you. I understand that you do not have access to your colleagues' calendar at this time, but please contact us as soon as you are in a position to agree on a time.

In addition, as I mentioned to you, if Judge Illston has not issued her ruling by November 2, 2007, U.S. Bank will be contacting you again in anticipation of filing an administrative motion to postpone the initial case management conference.

Thank you for your professional courtesy in this matter.

Sincerely,

*Kathleen Poole*
Kathleen Poole

SFO 375604v1 0023784-000227

bcc:  Judith Droz Keyes
      Stuart Miller

SFO 375604v1 0023784-000227

Confirmation Report - Memory Send

Page        : 001
Date & Time : Oct-24-07  02:23pm
Line 1      : +4152766599
Line 2      : +4152766599
Machine ID  : Davis Wright Tremaine

| | | |
|---|---|---|
| Job number | : | 952 |
| Date | : | Oct-24 02:22pm |
| To | : | ☎913605673331 |
| Number of pages | : | 002 |
| Start time | : | Oct-24 02:22pm |
| End time | : | Oct-24 02:23pm |
| Pages sent | : | 002 |
| Status | : | OK |
| Job number | : 952 | |

**FAXED**

*** SEND SUCCESSFUL ***

LAWYERS

Davis Wright Tremaine LLP

ANCHORAGE  BELLEVUE  LOS ANGELES  NEW YORK  PORTLAND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

KATHLEEN POOLE                    SUITE 800                              TEL (415) 276-6500
DIRECT (415) 276-6505             505 MONTGOMERY STREET                  FAX (415) 276-6599
kathleenpoole@dwt.com             SAN FRANCISCO, CA  94111-6533          www.dwt.com

23784-227

**FACSIMILE TRANSMITTAL**

Date: October 24, 2007

**SEND TO:**

| NAME | FIRM/COMPANY/CONFIRMATION NO. | FAX NUMBER |
|---|---|---|
| Jose Mata | Bailey, Pinney PC<br>Tel: (360) 567-2551 | (360) 567-3331 |

**FROM:**
Kathleen Poole            Telephone: (415) 276-6505        Fax: (415) 276-6599

NUMBER OF PAGES (including cover page): __2__

**COMMENTS:**

THE WRITTEN MESSAGE TRANSMITTED HEREBY IS FOR THE EXCLUSIVE USE OF THE ADDRESSEE AND CONTAINS CONFIDENTIAL, PRIVILEGED AND NONDISCLOSABLE INFORMATION. IF THE RECIPIENT OF THIS MESSAGE IS NOT THE ADDRESSEE, OR A PERSON RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE ADDRESSEE, SUCH RECIPIENT IS PROHIBITED FROM READING OR USING THIS MESSAGE IN ANY WAY. IF YOU HAVE RECEIVED THIS MESSAGE BY MISTAKE, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DESTROY THE FACSIMILE MESSAGE.

IF YOU DO NOT RECEIVE ALL PAGES OF THIS TRANSMISSION,
PLEASE CALL (415) 276-6500 AS SOON AS POSSIBLE

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

| KATHLEEN POOLE | SUITE 800 | TEL (415) 276-6500 |
| DIRECT (415) 276-6505 | 505 MONTGOMERY STREET | FAX (415) 276-6599 |
| kathleenpoole@dwt.com | SAN FRANCISCO, CA 94111-6533 | www.dwt.com |

23784-227

## FACSIMILE TRANSMITTAL

Date: October 24, 2007

**SEND TO:**

| NAME | FIRM/COMPANY/CONFIRMATION NO. | FAX NUMBER |
|---|---|---|
| Jose Mata | Bailey, Pinney PC<br>Tel: (360) 567-2551 | (360) 567-3331 |

**FROM:**

Kathleen Poole    Telephone: (415) 276-6505    Fax: (415) 276-6599

**NUMBER OF PAGES (including cover page):** 2

**COMMENTS:**

---

THE WRITTEN MESSAGE TRANSMITTED HEREBY IS FOR THE EXCLUSIVE USE OF THE ADDRESSEE AND CONTAINS CONFIDENTIAL, PRIVILEGED AND NONDISCLOSABLE INFORMATION. IF THE RECIPIENT OF THIS MESSAGE IS NOT THE ADDRESSEE, OR A PERSON RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE ADDRESSEE, SUCH RECIPIENT IS PROHIBITED FROM READING OR USING THIS MESSAGE IN ANY WAY. IF YOU HAVE RECEIVED THIS MESSAGE BY MISTAKE, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DESTROY THE FACSIMILE MESSAGE.

**IF YOU DO NOT RECEIVE ALL PAGES OF THIS TRANSMISSION,
PLEASE CALL (415) 276-6500 AS SOON AS POSSIBLE**