# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ross,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>US Bank National Association,<br><br>　　　　　Defendant(s). | 07-02951 SI<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: October 31, 2007

                              RICHARD W. WIEKING
                              Clerk
                              by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:      Ross v. US Bank National Association

Case Number:    07-02951 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 31, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> David A. Schuck
> 1498 SE Tech Center Place
> Vancouver, WA 98683
>
> Bonnie Rae Mac Farlane
> Attorney at Law
> 720 Howe Avenue
> Suite 113
> Sacramento, CA 95825
> bmacfarlane@wagelawyer.com
>
> Jose Ruben Mata
> Bailey Pinney PC
> 1498 NE Tech Center Place
> Suite 290
> Vancouver, WA 98683
> jmata@wagelawyer.com
>
> Stuart Wayne Miller
> Davis Wright Tremaine LLP
> 505 Montgomery Street

Suite 800
San Francisco, CA 94111-6533
stuartmiller@dwt.com

Judith Droz Keyes
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
jkeyes@dwt.com

Kathleen Diane Poole
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533
kathleenpoole@dwt.com

Carol J. Bernick
1300 SW 5th Avenue
Suite 2300
Portland, OR 97201
carolbernick@dwt.com

Christopher F. McCracken
Davis Wright Tremaine LLP
1300 SW 5th Avenue, #2300
Portland, OR 97201
chrismccracken@dwt.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 31, 2007 in San Francisco, California.

          RICHARD W. WIEKING
          Clerk
          by:   Timothy J. Smagacz

          *Timothy Smagacz*
          ―――――――――――――――――
          ADR Administrative Assistant
          415-522-4205
          Tim_Smagacz@cand.uscourts.gov