1  JUDITH DROZ KEYES (CA State Bar No. 66408)
   STUART W. MILLER (CA State Bar No. 127766)
2  KATHLEEN D. POOLE (CA State Bar No. 228815)
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California  94111-6533
4  Telephone:     (415) 276-6500
   Facsimile:     (415) 276-6599
5  jkeyes@dwt.com
   stuartmiller@dwt.com
6
7  Attorneys for Defendant
   U.S. BANK NATIONAL ASSOCIATION
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, dba US BANK,<br><br>Defendant. | Case No. C 07-2951SI<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* MOTION BY DEFENDANT US BANK NATIONAL ASSOCIATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |

DAVIS WRIGHT TREMAINE LLP

---

[PROPOSED] ORDER
Case No.:  C07-2951SI

SFO372371v2 0023784-000227

## ORDER

Having considered all papers filed in favor of and in opposition to the *Ex Parte* Motion by U.S. Bank National Association for Relief from Case Management Schedule, the Court finds that Defendant U.S. Bank National Association has shown good cause for relief from the Case Management schedule in this case. Good cause exists because continuing the Initial Case Management Conference and related dates until after a decision on U.S. Bank's Motion to Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims ("Motion to Dismiss") will avoid potentially unnecessary labor and expense by the parties and this Court.

IT IS HEREBY ORDERED THAT:

Defendant's *Ex Parte* Motion is GRANTED, and the Initial Case Management Conference is continued from November 16, 2007 until _____, with all other case management deadlines, including Alternative Dispute Resolution deadlines imposed by the Local Rules ("ADR deadlines") and disclosure requirements continued accordingly.

In addition, if this Court has not issued a decision on U.S. Bank's Motion to Dismiss by December 14, 2007, this Court by further Order will continue the Initial Case Management Conference to a date five weeks after the Court's decision on the Motion to Dismiss is expected, with all other case management deadlines, ADR deadlines, and disclosure requirements continued accordingly.

Dated: _____    _____
THE HONORABLE SUSAN ILLSTON
United States District Court Judge

Prepared by:
DAVIS WRIGHT TREMAINE LLP

By:  */s/ Stuart W. Miller*
      Stuart W. Miller
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

---

[PROPOSED] ORDER                                   1                           SFO372371v2 0023784-000227
Case No.: C07-2951SI