**JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BONNIE MAC FARLANE**, Cal. Bar No. 161526
E-Mail: BMacFarlane@wagelawyer.com
**DAVID A. SCHUCK**, Pro Hac Vice, OSB No. 99356, WSB No. 37285
E-Mail: Dschuck@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: 360-567-2551
Fax: 360-567-3331

**SUSAN SIMMONS SEEMILLER** Cal Bar No. 150546
E-Mail: SSeemiller@wagelawyer.com
Of Counsel
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090
Fax:   (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad & Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, dba US Bank,<br><br>　　　　　　Defendant. | Case No. C 07-02951 SI<br><br>**PLAINTIFF'S NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby notify Defendant and the Court that Susan Seemiller of the law firm of Bailey Pinney, PC is added as an attorney of record in the above entitled

Plainitff's Notice of Apperance - Case No. C 07-02951 SI

1

1  case. Plaintiffs request that Susan Seemiller be added to the docket and e-mail notifications at the
2  following address:

**SUSAN SIMMONS SEEMILLER** Cal Bar No. 150546
E-Mail: SSeemiller@wagelawyer.com
Of Counsel
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090
Fax:    (805) 339-0090

Dated: <u>December 10, 2007</u>          Bailey Pinney, PC


By ___/s/_____
Susan Seemiller
Attorneys for Plaintiffs

---

Plainitff's Notice of Apperance - Case No. C 07-02951 SI
2