JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, dba US BANK,<br><br>　　　　　　Defendant. | Case No. C 07-2951SI<br><br>**UNOPPOSED *EX PARTE* MOTION BY DEFENDANT U.S. BANK NATIONAL ASSOCIATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE IN ACCORDANCE WITH THIS COURT'S NOVEMBER 6, 2007 ORDER**<br><br>[Civil L.R. 7-10 and 16-2(d)]<br><br>[Memorandum of Points and Authorities; Declaration of Kathleen D. Poole, and Proposed Order filed concurrently herewith]<br><br>CMC Date:   January 18, 2008<br>Before the Hon. Susan Illston |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD, AND THIS COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Civil L.R. 7-10 and 16-2(d), the Case Management Conference Notice and Order issued by this Court on July 5, 2007, and the Order continuing the Initial Case Management Conference issued by this Court on November 6, 2007,

1

Defendant U.S. Bank National Association ("U.S. Bank") will and hereby does move this Court *ex parte* for an order continuing the Initial Case Management Conference ("Initial CMC") and related dates to March 7, 2008, or any date that would allow this Court to issue an Order on U.S. Bank's Motion to Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims ("Motion to Dismiss") five weeks before the Initial CMC.

U.S. Bank's unopposed *Ex Parte* Motion is made on the following grounds:

(1) This Court has previously ordered that this case be continued by further Order if a decision on the Motion to Dismiss was not issued by December 14, 2007;

(2) Good cause exists for this continuance, for reasons fully briefed in U.S. Bank's prior *Ex Parte* Motion, filed on November 2, 2007. As outlined in that Motion, to proceed with the Initial CMC would lead to a waste of the parties' and this Court's time and resources; none of the subjects to be addressed by the parties in advance of or at the Initial CMC can be meaningfully discussed until after the parties know the Court's ruling on the Motion to Dismiss; and continuing the Initial CMC and related deadlines would give the Court more time to consider and draft its decision on highly complex issues before it is forced to deal with case management matters;

(3) U.S. Bank has sought Plaintiffs' voluntary agreement to request this continuance, and Plaintiffs do not object to this continuance.

This motion is based upon this unopposed *Ex Parte* Motion for Relief, the Memorandum of Points and Authorities, and the Declaration of Kathleen D. Poole filed concurrently herewith, all the papers, records and documents on file in this matter, and upon such further evidence this Court deems proper.

DATED: December 18, 2007

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____*/s/ Kathleen D. Poole*_____
Kathleen D. Poole
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

DAVIS WRIGHT TREMAINE LLP

2

UNOPPOSED *EX PARTE* MOTION FOR RELIEF
FROM CASE MANAGEMENT SCHEDULE
Case No. C 07-2951SI

SFO 400494v1 0023784-000227