1  JUDITH DROZ KEYES (CA State Bar No. 66408)
   STUART W. MILLER (CA State Bar No. 127766)
2  KATHLEEN D. POOLE (CA State Bar No. 228815)
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California  94111-6533
4  Telephone:    (415) 276-6500
   Facsimile:     (415) 276-6599
5  jkeyes@dwt.com
   stuartmiller@dwt.com
6
7  Attorneys for Defendant
   U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>U.S. BANK NATIONAL ASSOCIATION dba U.S. BANK,<br><br>             Defendant. | Case No. C 07-2951 SI<br><br>**DECLARATION OF KATHLEEN D. POOLE IN SUPPORT OF THE UNOPPOSED *EX PARTE* MOTION BY DEFENDANT U.S. BANK NATIONAL ASSOCIATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE IN ACCORDANCE WITH THIS COURT'S NOVEMBER 6, 2007 ORDER**<br><br>[Unopposed *Ex Parte* Motion, Memorandum of Points and Authorities, and Proposed Order filed concurrently herewith]<br><br>CMC Date:   January 18, 2008<br>Before the Hon. Susan Illston |

I, Kathleen D. Poole, declare as follows:

1. I am an associate in the law firm of Davis Wright Tremaine LLP, counsel to Defendant U.S. Bank National Association ("U.S. Bank") in this action. I make this Declaration in support of the unopposed *Ex Parte* Motion by Defendant U.S. Bank National Association for Relief from Case Management Schedule in Accordance With This Court's November 6, 2007 Order ("*Ex Parte* Motion"), filed concurrently herewith. I make this Declaration on the basis of my personal knowledge and, if called upon, I could testify truthfully and competently to the facts set forth herein.

2. On December 13, 2007, I spoke by telephone with the calendar clerk of this Court, to inquire about the appropriate mechanism to reschedule the Case Management Conference in accordance with the statement in this Court's November 6, 2007 Order ("*Ex Parte* Order") that the Case Management Conference would be rescheduled by further Order if this Court had not yet issued a decision on U.S. Bank's Motion to Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims ("Motion to Dismiss") by December 14, 2007. The calendar clerk suggested that I contact Plaintiffs' counsel to schedule an appropriate date, and file a stipulation to that effect.

3. On December 14, 2007, I spoke with Plaintiffs' counsel Jose Mata by telephone. I informed him that U.S. Bank intended to seek relief from the case management schedule in accordance with the *Ex Parte* Order, and sought his agreement on an appropriate date. He stated that while Plaintiffs did not wish to file a stipulation to continue the Case Management Conference, they would not oppose this Motion. Mr. Mata further agreed that he would not object to continuing the Case Management Conference until March 7, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED 18th day of December at San Francisco, California.

By:  */s/ Kathleen D. Poole*
      Kathleen D. Poole

DAVIS WRIGHT TREMAINE LLP

1

DECLARATION OF KATHLEEN D. POOLE IN SUPPORT OF
UNOPPOSED *EX PARTE* MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
Case No. C 07-2951 SI

SFO 400497v1 0023784-000227