JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, dba US BANK,<br><br>Defendant. | Case No. C 07-2951SI<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* MOTION BY DEFENDANT U.S. BANK NATIONAL ASSOCIATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE IN ACCORDANCE WITH THIS COURT'S NOVEMBER 6, 2007 ORDER** |

[PROPOSED] ORDER
Case No.: C07-2951SI

SFO372371v2 0023784-000227

## ORDER

Having considered all papers filed in favor of and in opposition to the *Ex Parte* Motion by U.S. Bank National Association for Relief from Case Management Schedule, the Court finds that Defendant U.S. Bank National Association ("U.S. Bank") has shown good cause for relief from the Case Management schedule in this case. Good cause exists because continuing the Initial Case Management Conference and related dates until after a decision on U.S. Bank's Motion to Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims ("Motion to Dismiss") will avoid potentially unnecessary labor and expense by the parties and this Court, and is necessary to enforce this Court's November 6, 2007 Order.

IT IS HEREBY ORDERED THAT:

Defendant's *Ex Parte* Motion is GRANTED, and the Initial Case Management Conference is continued from January 18, 2008 until _____, with all other case management deadlines, including Alternative Dispute Resolution deadlines imposed by the Local Rules ("ADR deadlines") and disclosure requirements, continued accordingly.

Dated: _____     _____
                            THE HONORABLE SUSAN ILLSTON
                            United States District Court Judge

Prepared by:
DAVIS WRIGHT TREMAINE LLP

By:   */s/ Kathleen D. Poole*
       Kathleen D. Poole
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

[PROPOSED] ORDER　　　　1　　　　SFO372371v2 0023784-000227
Case No.: C07-2951SI