1  JUDITH DROZ KEYES (CA State Bar No. 66408)
   STUART W. MILLER (CA State Bar No. 127766)
2  KATHLEEN D. POOLE (CA State Bar No. 228815)
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
4  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
5  jkeyes@dwt.com
   stuartmiller@dwt.com
6
7  Attorneys for Defendant
   U.S. BANK NATIONAL ASSOCIATION
8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12 ANN ROSS, DENNIS RAMOS, MAURITA      ) Case No. C 07-2951SI
   PRASAD, and KELLY SMITH, individually and )
13 on behalf of all others similarly situated, ) **[PROPOSED] ORDER**
                                          ) **GRANTING UNOPPOSED** *EX*
14                          Plaintiffs,    ) *PARTE* **MOTION BY**
                                          ) **DEFENDANT U.S. BANK**
15           v.                            ) **NATIONAL ASSOCIATION FOR**
                                          ) **RELIEF FROM CASE**
16                                         ) **MANAGEMENT SCHEDULE IN**
   US BANK NATIONAL ASSOCIATION, dba     ) **ACCORDANCE WITH THIS**
17 US BANK,                               ) **COURT'S NOVEMBER 6, 2007**
                                          ) **ORDER**
18                                         )
                            Defendant.     )
19                                         )
                                          )
20                                         )
                                          )
21 _____)
22
23
24
25
26
27
28

_____
[PROPOSED] ORDER
Case No.: C07-2951SI                                    SFO372371v2 0023784-000227

(Left margin: DAVIS WRIGHT TREMAINE LLP)

# ORDER

Having considered all papers filed in favor of and in opposition to the *Ex Parte* Motion by U.S. Bank National Association for Relief from Case Management Schedule, the Court finds that Defendant U.S. Bank National Association ("U.S. Bank") has shown good cause for relief from the Case Management schedule in this case. Good cause exists because continuing the Initial Case Management Conference and related dates until after a decision on U.S. Bank's Motion to Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims ("Motion to Dismiss") will avoid potentially unnecessary labor and expense by the parties and this Court, and is necessary to enforce this Court's November 6, 2007 Order.

IT IS HEREBY ORDERED THAT:

Defendant's *Ex Parte* Motion is GRANTED, and the Initial Case Management Conference is continued from January 18, 2008 until __3/7/08_____, with all other case management deadlines, including Alternative Dispute Resolution deadlines imposed by the Local Rules ("ADR deadlines") and disclosure requirements, continued accordingly.

Dated: _____     _____
                            THE HONORABLE SUSAN ILLSTON
                            United States District Court Judge

Prepared by:
DAVIS WRIGHT TREMAINE LLP

By:     */s/ Kathleen D. Poole*    _
        Kathleen D. Poole
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

---

[PROPOSED] ORDER                                1                          SFO372371v2 0023784-000227
Case No.:  C07-2951SI