1   **JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
2   **BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
3   Vancouver, WA 98683
Telephone: 360-567-2551
4   Fax: 360-567-3331
**BONNIE MACFARLANE**, Cal Bar No. 161526
5   E-Mail: bmacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
6   720 Howe Avenue, Suite 113
Sacramento, CA 95825
7   Telephone: (800) 230-5528
Fax: (800) 230-5866
8   **SUSAN SIMMONS SEEMILLER** Cal Bar No. 150546
E-Mail: SSeemiller@wagelawyer.com
9   Of Counsel
**BAILEY PINNEY, PC**
10   840 County Square Drive
Ventura, CA 93003
11   Telephone: (805) 339-9090
Fax:   (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad & Smith

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, dba US Bank,<br><br>        Defendant. | Case No. C 07-02951 SI<br><br>**Declaration of Jose Mata In Support of Plaintiff's Motion for Leave to File Second Amended Complaint**<br><br>Date:    February 1, 2008<br>Time:   9:00 am<br>Ctrm:   10, 19th Floor<br><br>Hon. Susan Illston |

I, **JOSE MATA,** declare as follows:

1. The following documents attached to this declaration are true and accurate copies:

Exhibit               Document

A            PLAINTIFFS' PROPOSED SECOND AMENDED COMPLAINT

I declare under penalty of perjury that the foregoing is true and correct

Dated:_____         Bailey Pinney, PC

                                By __/s/_____
                                   Jose Mata
                                   Attorneys for Plaintiffs