**JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: 360-567-2551
Fax: 360-567-3331

**SUSAN SIMMONS SEEMILLER** Cal Bar No. 150546
E-Mail: SSeemiller@wagelawyer.com
Of Counsel
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090
Fax:    (805) 339-0090

**BONNIE MACFARLANE, Cal Bar No. 161526**
E-Mail:bmacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866

Attorneys for Plaintiffs Ross, Ramos, Prasad & Smith

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, dba US Bank,<br><br>Defendant. | Case No. C 07-02951 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Upon consideration of Plaintiffs' Motion for Leave to File Second Amended Complaint, Plaintiffs' Memorandum of Points and Authorities, Plaintiffs' Proposed Second Amended Complaint attached as Exhibit A to the Declaration of Jose Mata, and all pleadings, the Court finds good cause

1  shown. This Court hereby orders as follows:

2      Plaintiffs' Motion for Leave to File a Second Amended Complaint is GRANTED.

4  IT IS SO ORDERED.

6  Dated: _____      _____
    THE HONORABLE SUSAN B. ILLSTON
    United States District Court Judge