**JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331

**BONNIE MACFARLANE**, Cal Bar No. 161526
E-Mail: bmacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866

**SUSAN SIMMONS SEEMILLER**, Cal Bar No. 150546
E-Mail: Sseemiller@wagelawyer.com
Of Counsel
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090
Fax: (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad & Smith

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>vs.<br><br>U.S. Bank National Association, dba, U.S. Bank,<br><br>             Defendant. | Case No. C 07-02951 SI<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date:     February 1, 2008<br>Time:    9:00 a.m.<br>Ctrm:    10, 19th Floor<br><br>Hon. Susan Illston |

**TO: US BANK NATIONAL ASSOCIATE AND ITS ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT**, on February 1, 2008 at 9:00 a.m., before the Honorable

Notice of Motion and Motion for Leave to File Plaintiffs' First Second Complaint; Memorandum of Points and Authorities in Support - Case No. C 07-02951 SI

1

Judge Susan Illston, of the above entitled Court, located at 450 Golden Gate Ave., San Francisco, Courtroom 10, 19th Floor, Plaintiffs, individually and on behalf of all other persons similarly situated, move the Court for an Order Granting Plaintiffs Leave to File Plaintiffs' Second Amended Complaint. This motion is brought pursuant to Federal Rule of Civil Procedure 15(a), Local Rule 10-1, and the Private Attorney General Act of 2004, Cal. Lab. Code § 2698 *et seq.*

This motion is supported by the Notice of Motion, Plaintiffs' Memorandum of Points and Authorities, Plaintiffs' Proposed Second Amended Complaint attached as Exhibit A to the Declaration of Jose Mata, all pleadings and records on file in this action, and such other evidence and argument that the Court may permit the parties to present.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION

A.   Plaintiffs seek leave to file a Second Amended Complaint and add plaintiffs in this lawsuit, including a class representative for California employees "Lost-Time Deduction" claim.

B.   Plaintiffs seek leave to amend their First Amended Complaint to amend the language of the Oregon Meal Period Claims to state a cause of action.

### II.   ARGUMENT

#### A.   Standard for Leave to Amend

FRCP 15(a) provides that after a responsive pleading has been served, a party may amend a pleading by leave of the court or by written consent of the adverse party, "and leave shall be freely given when justice so requires." The granting of leave to amend should be applied with "extraordinary liberality." *In Re Circuit Breaker* at 550, citing *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990).

Here, the factors identified by the US Supreme Court favor granting leave to amend. "These factors include undue delay, bad faith or dilatory motive, futility of amendment, and prejudice to the opposing party." *In Re Circuit Breaker* at 550, citing *Foman v. Davis*, 371 U.S. 178, 182 (1962). There is no dilatory motive, undue delay, bad faith, futility, or prejudice to the opposing party. Defendant has had notice of these claims since April 4th, 2007. The parties are waiting for an order

Notice of Motion and Motion for Leave to File Plaintiffs' First Second Complaint; Memorandum of Points and Authorities in Support - Case No. C 07-02951 SI

2

from this Court from a hearing held on October 12, 2007, no case management has been scheduled, and no discovery has yet been conducted. Therefore, justice requires granting of this Motion.

### B.     Motion to File Second Amended Complaint[1]

#### 1.     Motion to Amend to Name Additional Plaintiffs

Plaintiffs seek to add Tamara Burkhart and Nanette Renee Housken as named Plaintiffs to this lawsuit. Ms. Burkhart and Ms. Housken are former employees of Defendant. Each worked at different in-store branch locations in California, and their claims concern the same wage and hour law violations that are the subject of this lawsuit. The Court should add these former employees to this case because their claims are the same as those alleged in the complaint and cover the same time periods. Amendment will promote judicial efficiency and negate the need for multiple lawsuits in the same matter.

  a.     Plaintiff Burkhart

Ms. Burkhart has a Lost Time Deduction claim arising out of her employment with Defendant in California, which would make her a representative of the California sub-class of plaintiffs seeking damages for Lost Time Deductions. The addition of Ms. Burkhart as a named Plaintiff renders moot Defendant's motion to dismiss Plaintiff's lost time deduction claim.

Ms. Burkhart worked for Defendant in Cameron Park, California, in an in-store bank branch office. Defendant hired Ms. Burkhart as an hourly employee in June 2004, and she worked for Defendant until January 2005. Ms. Burkhart has claims similar to the named plaintiffs. Defendant regularly failed to pay Ms. Burkhart for all hours worked, regularly failed to pay for overtime that she worked, and regularly failed to provide her uninterrupted rest periods during her employment.

Defendant also regularly deducted meal periods from Ms. Burkhart's pay when Ms. Burkhart was not allowed to leave Defendant's premises during her meal period and when Ms. Burkhart was required to interrupt her meal period to serve customers. Ms. Burkhart regularly worked off-the-clock

---

[1] Plaintiffs' First Amended Complaint was filed in State Court before the removal of this case to the current Court. Additional changes to form of the pleading and attorney information are also part of the Proposed Second Amended Complaint. All proposed additions are made in bold and underlined. Proposed deleted language is stricken through.

Notice of Motion and Motion for Leave to File Plaintiffs' First Second Complaint; Memorandum of Points and Authorities in Support - Case No. C 07-02951 SI

3

during the above meal period interruptions. Defendant did not pay Ms. Burkhart an additional hour of pay for missed rest periods or for missed or interrupted meal periods as required by California Labor Code Section 226.7.

Furthermore, Defendant regularly required Ms. Burkhart to work off-the-clock when opening and closing the in-store bank branch office and when she worked outside of the in-store bank branch office. Defendant regularly made unauthorized "Lost Time" deductions from Ms. Burkhart's wages. When Ms. Burkhart's employment terminated, Defendant did not pay Ms. Burkhart all wages due within 72 hours of her last day of employment with Defendant.

b.     Plaintiff Housken

Ms. Housken worked for Defendant in Stockton, California in an in-store bank branch office. Defendant hired Ms. Housken as an hourly employee in June 2004, and she worked for Defendant until July 2005. Defendant regularly failed to pay Ms. Housken for all hours worked and for overtime that she worked. Defendant regularly failed to provide Ms. Housken uninterrupted rest periods and uninterrupted meal periods during her employment. Defendant regularly deducted meal periods from Ms. Housken's pay when she was not allowed to leave Defendant's premises during her lunch period and when the meal periods were interrupted. Ms. Housken regularly worked off-the-clock during the above meal period interruptions. Defendant did not pay Ms. Housken an additional hour of pay for missed rest periods or for missed or interrupted meal periods as required by California Labor Code Section 226.7.

Furthermore, Defendant regularly required Ms. Housken to work off-the-clock when opening and closing the in-store bank branch office, when assisting customers after the scheduled end of her shift, and when balancing the till. Although Ms. Housken provided more than 72 hours' notice that she was quitting her employment with Defendant, Defendant failed to pay Ms. Housken all wages due on her last day of employment with Defendant.

Plaintiffs seek to amend the complaint, factual allegations, class action allegations, definition of sub-classes, and all causes of actions as necessary. Plaintiffs ask this Court to allow them to file a Second Amended Complaint and to amend the caption to add these additional Plaintiffs.

Notice of Motion and Motion for Leave to File Plaintiffs' First Second Complaint; Memorandum of Points and Authorities in Support - Case No. C 07-02951 SI

4

### 2. Motion to State a Cause of Action for Meal and Rest Break Violation Claims in Oregon

Plaintiffs seek leave to amend their First Amended Complaint to amend the language of the Oregon Meal Period Claims to state a cause of action. Plaintiffs have proposed additional language to the facts of the complaint to clarify their Oregon claims of meal period violations. Similarly, Plaintiffs are seeking to amend their complaint to clarify their Oregon meal period violations under the Causes of Action section of the First Amended Complaint.  The Court should grant this motion to amend so that Plaintiffs have the opportunity to re-plead in compliance with the facts and the law and to avoid prejudice on this issue.

### III. CONCLUSION

Plaintiffs respectfully request the court to grant Plaintiffs leave to file Plaintiffs' Second Amended Complaint for the reasons stated herein.

Dated: December 20, 2007          Bailey Pinney, PC


                                  By _____/s/_____
                                  Jose Mata
                                  Attorneys for Plaintiffs

Notice of Motion and Motion for Leave to File Plaintiffs' First Second Complaint; Memorandum of Points and Authorities in Support - Case No. C 07-02951 SI

5