JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> US BANK NATIONAL ASSOCIATION, dba US BANK, <br><br> Defendant. | Case No. C 07-2951 SI <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT** |

DAVIS WRIGHT TREMAINE LLP

1    The Court finds that Plaintiffs' Motion for Leave to File Plaintiffs' Second Amended

2    Complaint ("Plaintiffs' Motion") was the result of undue delay by Plaintiffs, and further finds that

3    granting Plaintiffs' Motion before the Court issues a decision on Defendant's pending Motion to

4    Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost

5    Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims

6    would likely result in further delay, a waste of judicial resources, and prejudice to Defendant.

7    This Court also finds that Plaintiffs' attempt to amend their claim for meal period penalties under

8    Oregon law is futile, as Plaintiffs' proposed language fails to state a claim.

9    Accordingly, Plaintiffs' Motion is DENIED.

10

11   IT IS SO ORDERED.

12

13   Dated: _____        _____

14                                 THE HONORABLE SUSAN ILLSTON
                                    United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP