JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION dba U.S. BANK,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**PROOF OF SERVICE** |

KATHLEEN D. POOLE (SBN 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street #800
San Francisco, CA 94111
Telephone: (415) 276-6500
Attorney for: Defendant

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO

Plaintiff : ANN ROSS, et al.
Defendant : US BANK NATIONAL ASSOCIATION etc.

Ref#: 228751    *    **PROOF OF SERVICE**    *    Case No.: C 07-2951 SI

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

OPPOSITION BY DEFENDANT U.S. BANK NATIONAL ASSOCIATION T PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT; [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT

in the within action by personally delivering true copies thereof to the person named below, as follows:

Person served   : SHELBY CLARK, ESQ., LISA SLOMAN, ESQ.

By leaving with: Megan Tresener, Legal Assistant

Address         : Bailey, Pinney PC
                  1498 SE Tech Center Place #290
                  Vancouver, WA 98683

Date of Service: January 11, 2008

Time of Service: 1:45 PM

Person who served papers:
JIM LARSON
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $253.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.:
(iii) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 11, 2008                    Signature: _____