JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, dba US BANK,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**ERRATA RE: OPPOSITION BY DEFENDANT U.S. BANK NATIONAL ASSOCIATION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Date:         February 1, 2008<br>Time:         9:00 a.m.<br>Department:   10<br><br>Hon. Susan Illston |

**TO PLAINTIFFS AND THE COURT:**

On January 11, 2008, Defendant U.S. Bank National Association ("U.S. Bank") filed an Opposition to Plaintiffs' Motion for Leave to File Plaintiffs' Second Amended Complaint ("Opposition"). On page 2, line 18 of the Opposition, U.S. Bank inadvertently quoted Plaintiffs as

---

1
ERRATA RE: OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE
TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT
C 07-2951 SI

SFO 377290v1 0023784-000227

seeking relief for "uninterrupted" meal periods, rather than "interrupted" meal periods. However, U.S. Bank's reasoning and arguments on that issue assumed that Plaintiffs were seeking wages for time not worked during *interrupted* meal periods. Accordingly, the typographical error does not change the validity of U.S. Bank's Opposition.

U.S. Bank respectfully requests that the Court take notice of this *errata* in deciding Plaintiffs' motion.

DATED: January 22, 2008

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____*/s/ Kathleen D. Poole*_____
      Kathleen D. Poole
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION