**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, *et al.*, | No. C 07-2951 SI |
| Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO AMEND COMPLAINT** |
| v. | |
| US BANK NATIONAL ASSOCIATION, *et al.*, | |
| Defendants. | |

    Plaintiffs have filed a motion for leave to file a second amended complaint. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument and VACATES the February 1, 2008 hearing. The Court DENIES plaintiffs' motion without prejudice to renewal after the Court issues an order on defendants' pending motion to dismiss the first amended complaint. The Court will issue an order on defendants' motion to dismiss shortly.

**IT IS SO ORDERED.**

Dated: January 29, 2008

SUSAN ILLSTON
United States District Judge