1  **JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
   E-Mail: JMata@wagelawyer.com
2  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: 360-567-2551
4  Fax: 360-567-3331

5  **BONNIE MAC FARLANE**, SBN 161526
   E-Mail:  BMacfarlane@wagelawyer.com
6  BAILEY PINNEY, PC
   720 Howe Street, Suite 113
7  Sacramento, CA 95825
   Telephone: (916)923-5537; Fax: (916)923-5587
8
   **SUSAN SIMMONS SEEMILLER** Cal Bar No.  150546
9  E-Mail: SSeemiller@wagelawyer.com
   Of Counsel
10 **BAILEY PINNEY, PC**
   840 County Square Drive
11 Ventura, CA 93003
   Telephone: (805) 339-9090
12 Fax:   (805) 339-0090

13 Attorneys for Plaintiffs
   Ross, Ramos, Prasad, and Smith
14

15
                    **IN THE UNITED STATES DISTRICT COURT**
16                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17

| | | |
|---|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated, | ) ) ) ) ) | Case No. C 07-02951 SI  **NOTICE OF CHANGE OF INFORMATION** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| U.S. BANK NATIONAL ASSOCIATION, dba US Bank, | ) ) ) | Hon. Susan Illston |
| Defendant. | ) ) | |

24
25 TO:    Clerk of the Court, and Attorneys for Defendant

26         NOTICE IS HEREBY GIVEN that Bonnie Mac Farlane, Cal. Bar No. 161526, has changed her

27 contact information.  Ms. Mac Farlane's contact information is as follows:

28

---

Notice of Change of Information  - Case No. C 07-02951 SI

1

1  BONNIE MAC FARLANE, SBN 161526

2  E-Mail: BMacfarlane@wagelawyer.com

3  BAILEY PINNEY, PC

4  720 Howe Street, Suite 113

5  Sacramento, CA 95825

6  Telephone: (916)923-5537; Fax: (916) 923.5587

7  Ms. Mac Farlane shall remain as attorney of record for Plaintiff's Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated, and that Jose R. Mata, Susan Simmons Seemiller and the firm of Bailey Pinney PC shall remain as Plaintiff's attorneys of record and no change shall be made thereto.

All notices, papers and pleadings, exclusive of process, should be served upon Jose R. Mata at the offices of Bailey Pinney PC, at 1498 SE Tech Center Place, Suite 290, Vancouver WA 98683, and upon Bonnie Mac Farlane at 720 Howe Avenue, Suite 113, Sacramento CA 95825, and upon Susan Simmons Seemiller at 840 County Square Drive, Ventura, CA 93003.

Said change of contact information is effective immediately.

Dated: February 4, 2008            Bailey Pinney, PC


By ____/s/_____
   Bonnie Mac Farlane
   Attorneys for Plaintiffs
   Ross, Ramos, Prasad, and Smith

Notice of Change of Information - Case No. C 07-02951 SI

2