JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, dba U.S. BANK,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED *EX PARTE* MOTION BY DEFENDANT U.S. BANK NATIONAL ASSOCIATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>[Civil L.R. 7-10 and 16-2(d)]<br><br>[*Ex Parte* Motion, Declaration of Kathleen D. Poole, and Proposed Order filed concurrently herewith]<br><br>CMC Date:   March 7, 2008<br>Before the Hon. Susan Illston |

Pursuant to the Order Setting Case Management Conference issued by this Court on July 5, 2007 ("CMC Order"), the Order Granting Unopposed *Ex Parte* Motion by Defendant U.S. Bank For Relief From Case Management Schedule, issued by this Court on December 19, 2007 ("December 19 Order"), and Civil Local Rules for the Northern District of California ("Local Rules") 7-10 and 16-2 (d), Defendant U.S. Bank National Association ("U.S. Bank") moves *ex parte* to request that the Initial Case Management Conference ("Initial CMC") be further continued from March 7, 2008 to April 11, 2008, or until any date five weeks after the Court expects to decide U.S. Bank's Motion to Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims ("Motion to Dismiss").  U.S. Bank also moves that any related case management, alternative dispute resolution ("ADR") and disclosure deadlines under the Local Rules, Federal Rules, Standing Order for All Judges of the Northern District of California ("Standing Order"), and the CMC Order be continued accordingly.

Good cause exists for this continuance.  In the Motion underlying the December 19 Order, U.S. Bank stated that if this Court's decision on the Motion to Dismiss did not issue by the first week of February 2008, U.S. Bank would likely move to further continue the Initial Case Management Conference ("Initial CMC").  In the December 19 Order, this Court also ruled that good cause existed for this continuance, because continuing the Initial CMC and related dates until after a decision on U.S. Bank's Motion to Dismiss does issue would avoid potentially unnecessary labor and expense by the parties and this Court.[1]

Although the Court recently stated that a decision would issue shortly, the disclosure requirements under the Local Rules, Federal Rules, and Standing Order require the parties to meet

---

[1] Further good cause exists for this Motion, and this issue was fully briefed in the *ex parte* motion papers underlying this Court's Order issued on November 6, 2007.  Specifically, at oral argument on the Motion to Dismiss, this Court tentatively indicated that a number of Plaintiffs' claims (including all Oregon and Washington state law claims) may likely be dismissed.  Consequently, proceeding with the extensive Initial CMC and related requirements under the Local Rules, Federal Rules, and CMC Order before the Court issues a ruling on the Motion to Dismiss would likely lead to waste and expense by the parties and this Court.  In addition, none of the subjects to be addressed by the parties in advance of or at the Initial CMC can be meaningfully discussed until after the parties know the Court's ruling on the Motion to Dismiss; and, continuing the Initial CMC and related deadlines would give the Court more time to consider and draft its decision on highly complex issues before it addresses case management matters.

DAVIS WRIGHT TREMAINE LLP

and confer 21 days before the initial CMC, and file a case management statement two weeks thereafter. Even if this Court's Order on the Motion to Dismiss were to issue within the next week, the parties would still lack sufficient time to fully analyze the Order and comply with all case management requirements.

On February 6, 2008, U.S. Bank's counsel Kathleen D. Poole contacted Plaintiffs' counsel Jose Mata by telephone to inform Mr. Mata of U.S. Bank's intention to reschedule the Initial CMC, and to seek his agreement on an appropriate date. (Poole Decl. at ¶2.) Mr. Mata stated that he would not object to continuing the Initial CMC until April 4, 2008, and requested that critical case management deadlines be included in this Motion to prevent confusion. (*Id*.) On February 7, 2008, after Ms. Poole became aware of a conflict on April 4, 2008, she again contacted Mr. Mata to determine whether Plaintiffs would oppose a continuance until April 11, 2008; Mr. Mata stated that although Plaintiffs did not wish to file a stipulation, Plaintiffs would not object to a request for continuance of the Initial CMC until April 11, 2008. (*Id* at ¶3.)

In light of the foregoing, U.S. Bank respectfully requests that the Court issue an Order continuing the Initial CMC until April 11, 2008 (or any date that would allow this Court sufficient time to decide the Motion to Dismiss), and continuing all other case management and disclosure requirements in accordance with the revised date for the Initial CMC. Accordingly, the parties would be required to meet and confer, and file ADR disclosures no later than March 21, 2008, and file their CMC statement no later than April 4, 2008.

DATED: February 8, 2008.

> Respectfully submitted,
>
> DAVIS WRIGHT TREMAINE LLP
>
> By:    */s/ Kathleen D. Poole*
>        Kathleen D. Poole
> Attorneys for Defendant
> U.S. BANK NATIONAL ASSOCIATION

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* MOTION
FOR RELIEF FROM CASE MANAGEMENT SCHEDULE     SFO 402674v1 0023784-000227
Case No. C 07-2951 SI