JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>U.S. BANK NATIONAL ASSOCIATION dba U.S. BANK,<br><br>          Defendant. | Case No. C 07-2951 SI<br><br>**DECLARATION OF KATHLEEN D. POOLE IN SUPPORT OF THE UNOPPOSED *EX PARTE* MOTION BY DEFENDANT US BANK NATIONAL ASSOCIATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>[Unopposed *Ex Parte* Motion, Memorandum of Points and Authorities, and Proposed Order filed concurrently herewith]<br><br>CMC Date:  March 7, 2008<br>Before the Hon. Susan Illston |

DAVIS WRIGHT TREMAINE LLP

DECLARATION OF KATHLEEN D. POOLE IN SUPPORT OF
UNOPPOSED *EX PARTE* MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
Case No. C 07-2951 SI

SFO 402689v1 0023784-000227

## **DECLARATION OF KATHLEEN D. POOLE**

I, Kathleen D. Poole, declare as follows:

1. I am an associate in the law firm of Davis Wright Tremaine LLP, counsel to Defendant in this action. I make this Declaration in support of the unopposed *Ex Parte* Motion by Defendant U.S. Bank National Association for Relief from Case Management Schedule, filed concurrently herewith. I make this Declaration on the basis of my personal knowledge and, if called upon, I could testify truthfully and competently to the facts set forth herein.

2. On February 6, 2008, I spoke by telephone with Plaintiffs' counsel Jose Mata and requested that Plaintiffs stipulate to continue the Initial Case Management Conference and related dates until Defendant's Motion to Dismiss or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims ("Motion to Dismiss") is heard. Mr. Mata agreed that he would not oppose a continuance of the Initial Case Management Conference until April 4, 2008. Mr. Mata requested that I include the most critical case management deadlines in the Motion, and I agreed.

3. On the evening of February 6, 2008, I was notified of a conflict on April 4, 2008. Judith Droz Keyes, Stuart W. Miller, and myself, the three attorneys representing Defendant in this action, are unable to attend a Case Management Conference on that date. On the morning of February 7, 2008, I contacted Mr. Mata and asked if he would agree to continue the Initial Case Management Conference to April 11, 2008. Mr. Mata stated that he would not object, and suggested that Defendant file an unopposed motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 8th day of February, 2008 at San Francisco, California.

By: */s/ Kathleen D. Poole*
 Kathleen D. Poole

1

DECLARATION OF KATHLEEN D. POOLE IN SUPPORT OF
UNOPPOSED *EX PARTE* MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE
Case No. C 07-2951 SI

SFO 402689v1 0023784-000227