JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>US BANK NATIONAL ASSOCIATION, dba US BANK,<br><br>              Defendant. | Case No. C 07-2951 SI<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* MOTION BY DEFENDANT U.S. BANK NATIONAL ASSOCIATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |

DAVIS WRIGHT TREMAINE LLP

1  ORDER

2  Having considered all papers filed in favor of and in opposition to the *Ex Parte* Motion by

3 U.S. Bank National Association for Relief from Case Management Schedule, the Court finds that

4 Defendant U.S. Bank National Association ("U.S. Bank") has shown good cause for relief from

5 the Case Management schedule in this case.  Good cause exists because continuing the Initial Case

6 Management Conference and related dates until after a decision on U.S. Bank's Motion to Dismiss

7 or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time

8 Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims

9 ("Motion to Dismiss") will avoid potentially unnecessary labor and expense by the parties and this

10 Court.

11  IT IS HEREBY ORDERED THAT:

12  Defendant's *Ex Parte* Motion is GRANTED, and the Initial Case Management Conference

13 is continued from March 7, 2008 until _____, with all other case management

14 deadlines, including Alternative Dispute Resolution deadlines imposed by the Local Rules ("ADR

15 deadlines") and disclosure requirements, continued accordingly.

17 Dated: _____     _____
                                                    THE HONORABLE SUSAN ILLSTON
18                                                  United States District Court Judge

20 Prepared by:
DAVIS WRIGHT TREMAINE LLP

21 By: ____*/s/ Kathleen D. Poole*_____
22       Kathleen D. Poole
Attorneys for Defendant
23 U.S. BANK NATIONAL ASSOCIATION

---

[PROPOSED] ORDER                                    1                        SFO372371v2 0023784-000227
Case No.: C07-2951SI