1   JUDITH DROZ KEYES (CA State Bar No. 66408)
    STUART W. MILLER (CA State Bar No. 127766)
2   KATHLEEN D. POOLE (CA State Bar No. 228815)
    DAVIS WRIGHT TREMAINE LLP
3   505 Montgomery Street, Suite 800
    San Francisco, California  94111-6533
4   Telephone:     (415) 276-6500
    Facsimile:     (415) 276-6599
5   jkeyes@dwt.com
    stuartmiller@dwt.com
6
    Attorneys for Defendant
7   U.S. BANK NATIONAL ASSOCIATION

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  ANN ROSS, DENNIS RAMOS, MAURITA          ) Case No. C 07-2951 SI
    PRASAD, and KELLY SMITH, individually and )
13  on behalf of all others similarly situated,   ) **[PROPOSED] ORDER**
                                              ) **GRANTING UNOPPOSED** *EX*
14                       Plaintiffs,          ) *PARTE* **MOTION BY**
                                              ) **DEFENDANT U.S. BANK**
15      v.                                    ) **NATIONAL ASSOCIATION FOR**
                                              ) **RELIEF FROM CASE**
16                                            ) **MANAGEMENT SCHEDULE**
    US BANK NATIONAL ASSOCIATION, dba         )
17  US BANK,                                  )
                                              )
18                                            )
                         Defendant.           )
19                                            )
                                              )
20                                            )
                                              )
21  _____ )

22

23

24

25

26

27

28

_____
[PROPOSED] ORDER
Case No.:  C07-2951SI                                        SFO372371v2 0023784-000227

DAVIS WRIGHT TREMAINE LLP

1

ORDER

2      Having considered all papers filed in favor of and in opposition to the *Ex Parte* Motion by

3   U.S. Bank National Association for Relief from Case Management Schedule, the Court finds that

4   Defendant U.S. Bank National Association ("U.S. Bank") has shown good cause for relief from

5   the Case Management schedule in this case.  Good cause exists because continuing the Initial Case

6   Management Conference and related dates until after a decision on U.S. Bank's Motion to Dismiss

7   or, in the Alternative, Stay Action; To Dismiss Washington Law and California Lost Time

8   Deduction Claims; and for Judgment on Conversion and Oregon Law Meal Period Claims

9   ("Motion to Dismiss") will avoid potentially unnecessary labor and expense by the parties and this

10   Court.

11      IT IS HEREBY ORDERED THAT:

12      Defendant's *Ex Parte* Motion is GRANTED, and the Initial Case Management Conference

13   is continued from March 7, 2008 until  4/11/08 @ 2 p.m.      , with all other case management

14   deadlines, including Alternative Dispute Resolution deadlines imposed by the Local Rules ("ADR

15   deadlines") and disclosure requirements, continued accordingly.

16

17   Dated: _____      _____

THE HONORABLE SUSAN ILLSTON
18                                               United States District Court Judge

19

20   Prepared by:
DAVIS WRIGHT TREMAINE LLP

21   By:    */s/ Kathleen D. Poole*       _
22            Kathleen D. Poole
Attorneys for Defendant
23   U.S. BANK NATIONAL ASSOCIATION

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP