1  JOSE R. MATA, SBN 83724, OSB 80305
   E-Mail: JMata@wagelawyer.com
2  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: (360)567-2551; Fax: (360)567-3331
4

5  BONNIE MAC FARLANE, SBN 161526
   E-Mail: BMacfarlane@wagelawyer.com
   **BAILEY PINNEY, PC**
6  720 Howe Street, Suite 113
   Sacramento, CA 95825
7  Telephone: (916)923-5537; Fax: (916)923-5587

8  SUSAN SIMMONS SEEMILLER SBN 150546
   E-Mail: SSeemiller@wagelawyer.com
9  **BAILEY PINNEY, PC**
   840 County Square Drive
10 Ventura, CA 93003
   Telephone: (805) 339-9090; Fax: (805) 339-0090
11

12 Attorneys for Plaintiffs Ross, Ramos, Prasad and Smith

13              **IN THE UNITED STATES DISTRICT COURT**

14              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16 ANN ROSS, DENNIS RAMOS,                      Case No. C 07-02951 SI
   MAURITA PRASAD, AND KELLY
17 SMITH, individually and on behalf of all    **DECLARATION OF JOSE R. MATA**
   others similarly situated,                  **IN SUPPORT OF PLAINTIFFS'**
18                                             **MOTION, PURSUANT TO CIVIL L.R.**
                                               **7-9, FOR LEAVE TO FILE A**
19              Plaintiffs,                    **MOTION FOR RECONSIDERATION**
                                               **REGARDING THIS COURT'S STAY**
20 vs.                                         **OF THE OREGON CLASS**

21 US BANK NATIONAL ASSOCIATION,
   dba US Bank,
22                                             Hearing Date to be set by the Court
                                               pursuant to Civil L.R. 7-9(d) if leave for
23              Defendant.                     reconsideration is granted

24
                                               Hon. Susan Illston
25
       I, **Jose R. Mata** declare as follows:
26
       1.    I am one of the attorneys for Plaintiffs in this case. I am admitted to practice before the
27
             Courts of California and before this Court.
28

---

Declaration of Jose R. Mata in Support of Motion for Leave - Case No. C 07-02951 SI
1

2.  The following documents attached to this declaration are true and accurate copies:

<u>Exhibit</u>          <u>Document</u>

A                Plaintiffs' Proposed Motion for Reconsideration

I declare under penalty of perjury that the foregoing is true and correct

Dated: February 27, 2008           Bailey Pinney, PC

By _____/s/_____
Jose R. Mata
Attorneys for Plaintiffs Ross, Ramos, Prasad and Smith