1  JOSE R. MATA, SBN 83724, OSB 80305
   E-Mail: JMata@wagelawyer.com
2  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: (360)567-2551; Fax: (360)567-3331
4
   BONNIE MAC FARLANE, SBN 161526
5  E-Mail:  BMacfarlane@wagelawyer.com
   **BAILEY PINNEY, PC**
6  720 Howe Street, Suite 113
   Sacramento, CA 95825
7  Telephone: (916)923-5537; Fax: (916)923-5587

8  SUSAN SIMMONS SEEMILLER SBN 150546
   E-Mail: SSeemiller@wagelawyer.com
9  **BAILEY PINNEY, PC**
   840 County Square Drive
10 Ventura, CA 93003
   Telephone: (805) 339-9090; Fax:  (805) 339-0090
11
   Attorneys for Plaintiffs Ross, Ramos, Prasad and Smith
12

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, AND KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, dba US Bank,<br>                    Defendant. | Case No. C 07-02951 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br><br>Hon.  Susan Illston |

Having considered Plaintiffs' Motion for Leave to File a Motion for Reconsideration of the Stay of the Oregon Class claims and having considered the other pertinent documents in the record, the Court rules as follows:

//

//

1     Plaintiff's Motion for Leave to File a Motion for Reconsideration is GRANTED. Plaintiffs may file the proposed motion for Reconsideration. Defendant shall file a response by: _____. This matter is to be submitted without oral argument.

IT IS SO ORDERED.

Dated: _____        _____
                                                   THE HONORABLE SUSAN B. ILLSTON
                                                   Unite States District Court Judge