UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ann Ross, Dennis Ramos, Maurita Prasad,
and Kelly Smith

                Plaintiff(s),

            v.

U.S. Bank National Association

                Defendant(s).
_____/

CASE NO. C 07-2951 SI

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
    ✓   Early Neutral Evaluation (ENE) (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓   other requested deadline  as set by Judge Illston in the Further CMC on May 2, 2008

Dated: March 3, 2008                              _____
                                                       Attorney for Plaintiff

Dated: March 3/08                               _____
                                                       Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
✓       Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓       other  as set by Judge Illston

IT IS SO ORDERED.

Dated:_____

                                                UNITED STATES MAGISTRATE JUDGE