## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date:2/29/08

Case No.    C-07-2951 SI          Judge:   SUSAN ILLSTON

Title: ANN ROSS -v- U.S. BANK

Attorneys: J. Mata            J. Keyes, S. Miller

Deputy Clerk:  Tracy Sutton  Court Reporter:n/a

## PROCEEDINGS

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (X  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                    PART

Case continued to    5/2/08 @ 2:30 p.m. for Further Case Management Conference

Case continued to 5/2/08 @ 9:00 A.M.   @ 9:00 a.m.   for Motion for Clarification
(Motion due 3/28/08, Opposition 4/11/08  Reply 4/18/08 )

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
This case shall be referred to the Court's ENE program.  The ENE session shall not begin until further
order of the Court.

CC: ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

Date:<u>2/29/08</u>

Case No.   <u> C-07-2951 SI </u>          Judge:   <u>SUSAN ILLSTON</u>

Title: <u>ANN ROSS</u> -v- <u>U.S. BANK</u>

Attorneys: J. Mata          J. Keyes, S. Miller

Deputy Clerk:  <u>Tracy Sutton</u>  Court Reporter:n/a

**PROCEEDINGS**

1)  <u> Initial Case Management Conference - HELD                                    </u>

2)  <u>                                                                              </u>

3)  <u>                                                                              </u>

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (X  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                  PART

Case continued to  <u> **5/2/08 @ 2:30 p.m.** </u> for Further Case Management Conference

Case continued to <u> **5/2/08 @ 9:00 A.M.   @ 9:00 a.m.** </u>  for Motion for Clarification
(Motion due 3/28/08, Opposition 4/11/08  Reply 4/18/08 )

Case continued to  <u> **@ 3:30 p.m.** </u> for Pretrial Conference

Case continued to  <u> **@ 8:30 a.m.** </u> for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
This case shall be referred to the Court's ENE program.  The ENE session shall not begin until further
order of the Court.

CC: ADR