JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916)923-5537; Fax: (916)923-5587

SUSAN SIMMONS SEEMILLER SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad and Smith

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, AND KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, dba US Bank,<br>              Defendant. | Case No. C 07-02951 SI    DENYING<br><br>**[PROPOSED] ORDER** ~~GRANTING~~ **PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br><br>Hon. Susan Illston |

    Having considered Plaintiffs' Motion for Leave to File a Motion for Reconsideration of the Stay of the Oregon Class claims and having considered the other pertinent documents in the record, the Court rules as follows:

//

//

1  Plaintiff's Motion for Leave to File a Motion for Reconsideration is GRANTED. Plaintiffs
2  may file the proposed motion for Reconsideration. Defendant shall file a response by:
3  _____. This matter is to be submitted without oral argument.
4
   IT IS SO ORDERED.
5
                                              *Susan Illston (signature)*
6
   Dated: _____       _____
7                              THE HONORABLE SUSAN B. ILLSTON
                               Unite States District Court Judge
8