**[COUNSEL LISTED ON NEXT PAGE]**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, dba US Bank,<br><br>             Defendant. | Case No. C 07-02951 SI<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:    May 2, 2008<br>Time:   9:00 a.m.<br>Ctrm:   10<br><br>Hon.  Susan Illston |

Stipulation and [Proposed] Order re Second Amended Complaint – Case No. C 07-02951-SI

1

JOSE R. MATA, (Cal. Bar No. 83724, Oregon Bar No. 80305)
E-Mail: JMata@wagelawyer.com
BAILEY PINNEY, PC
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331

BONNIE MAC FARLANE, (Cal. Bar No. 161526)
E-Mail: BMacfarlane@wagelawyer.com
BAILEY PINNEY, PC
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916) 923-5537
Fax: (916) 923-5587

SUSAN SIMMONS SEEMILLER (Cal. Bar No. 150546)
E-Mail: SSeemiller@wagelawyer.com
BAILEY PINNEY, PC
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090
Fax: (805) 339-0090

Attorneys for Plaintiffs
Ross, Ramos, Prasad, and Smith


JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART R. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant U.S. Bank National Association

Stipulation and [Proposed] Order re Second Amended Complaint – Case No. C 07-02951-SI

2

Plaintiffs Ross, Prasad, Smith, and Ramos ("Plaintiffs") assert as follows:

1. After the previous case management conference in this matter on March 7, 2008, Plaintiffs were instructed to file a motion for leave to file a second amended complaint no later than March 28, 2008.

2. Plaintiff has previously provided to Defendant U.S. Bank National Association ("Defendant") a copy of the Proposed Second Amended Complaint that is attached as Exhibit A hereto. In summary, this Proposed Second Amended Complaint would do the following:

   a) Add new plaintiffs Nannette Housken and Tamara Burkhart, who worked at US Bank in-store branches in California.

   b) Plead California Rule 23 subclasses for present and former employees of US Bank in-store branches in California. The in-store branch classes are for alleged rest period violations, alleged meal period violations (including alleged off-the-clock work during a meal period), and alleged off-the-clock work during opening and closing a branch and after the expiration of a scheduled shift.

   c) Separately plead the California waiting time penalty class.

   d) Separately plead 1) an FLSA only Rounding claim collective for Oregon, Washington and California and 2) an FLSA only sales and service manager misclassification claim collective for Oregon and Washington. The FLSA rounding claim collective is limited to only those employees who used an electronic time sheet similar to the ones used by Plaintiff Ramos. The only named plaintiffs for these proposed FLSA collectives are Oregon plaintiffs Smith and Ramos. Plaintiffs are intending to file a separate motion to clarify whether the *Colorado River* stay applies to the FLSA claims of Smith and Ramos.

   e) Reinstate the California lost time deduction claim because both Plaintiff Ross and Burkhart allege that they have that claim.

   f) Delete the dismissed Washington state claims and classes, the dismissed conversion claim, and the dismissed Oregon meal period claims and classes.

   g) Separately plead, without substantial modification, the stayed Oregon state law classes,

including the Oregon rest period and late pay classes.

h) Plead federal court jurisdiction and correct minor defects.

Plaintiffs and Defendant stipulate as follows:

1. Defendant consents and stipulates to the filing of the attached Proposed Second Amended Complaint.

2. Should the Court sign the Proposed Order allowing the filing of the Proposed Second Amended Complaint, the Defendant's response to the Complaint shall be due on April 28, 2008.

3. Oral argument regarding a motion for leave to file a second amended complaint, scheduled for May 2, 2008, should be vacated.

4. By entering into this stipulation, Defendant does not admit any of the allegations of or waive any defenses to the Proposed Second Amended Complaint.

Respectfully Submitted,

Dated: March 28, 2008                BAILEY PINNEY PC

By  /s/
    Jose R. Mata

Attorneys for Plaintiffs Ross, Prasad, Smith and Ramos

Dated: March 28, 2008                DAVIS WRIGHT TREMAINE LLP

By  /s/
    Kathleen D. Poole

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

## **ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED, that Plaintiffs are granted leave to file the attached Proposed Second Amended Complaint. Defendant's response to the Second Amended Complaint shall be filed on or before April 28, 2008. Oral argument regarding the Second Amended Complaint, now scheduled for May 2, 2008, is vacated.

Dated _____, 2008        _____
                                    Susan Illston
                                    United States District Judge