JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916)923-5537; Fax: (916)923-5587

SUSAN SIMMONS SEEMILLER SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad and Smith

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, dba US Bank,<br><br>Defendant. | Case No. C 07-02951 SI<br><br>**DECLARATION OF DAVID A. SCHUCK IN SUPPORT OF PLAINTIFF'S MOTION TO CLARIFY THE STAY**<br><br>Date:   May 2, 2008<br>Time:   9:00 AM<br>Ctrm:   10<br><br>Hon. Susan Illston |

I, **David A. Schuck** declare as follows:

1. I am an attorney admitted to practice in Oregon. I am one of the attorneys for Plaintiff in Lowdermik v. U.S. Bank National Association, Oregon Circuit Court for Multnomah County Case No. 0603-0335. I am also one of the attorneys for Plaintiffs in McElmurry v. US Bank National Association, Oregon U.S. District Court Case No. 04-642-HA

---

Declaration of David A. Schuck In Support of Plaintiff's Motion to Clarify the Stay -
1                                                         Case No. C 07-02951 SI

2. The following documents attached to this declaration are true and accurate copies:

| Exhibit | Document |
|---|---|
| 1 | Cited portions of the transcript of the hearing in front of Judge Marshall on July 17, 2007 in the *Lowdermilk vs. US Bank* case, Multnomah County Circuit Court No. 0305-05045. |
| 2 | Defendant's ORCP 32 C(1) Findings & Conclusions on Motion for Partial Class Action Certification as to Claim No. 1 in the *Lowdermilk vs. US Bank* case. |
| 3 | Findings of Fact and Conclusions of Law, signed by Judge Haggerty on February 11, 2008 in the *McElmurry vs. US Bank* case, U.S. District Court Case No. 04-642-HA. |

3. The final judgment incorporating the findings and conclusions contained in Exhibit 3 was entered in the McElmurry case on February 29, 2008.

I declare under penalty of perjury that the foregoing is true and correct

Dated: 3/28/08

Bailey Pinney, PC

By _____
David A. Schuck

---

Declaration of David A. Schuck In Support of Plaintiff's Motion to Clarify the Stay -
2
Case No. C 07-02951 SI