1  JOSE R. MATA, SBN 83724, OSB 80305
   E-Mail: JMata@wagelawyer.com
2  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: (360)567-2551; Fax: (360)567-3331
4
   BONNIE MAC FARLANE, SBN 161526
5  E-Mail: BMacfarlane@wagelawyer.com
   **BAILEY PINNEY, PC**
6  720 Howe Street, Suite 113
   Sacramento, CA 95825
7  Telephone: (916)923-5537; Fax: (916)923-5587

8  SUSAN SIMMONS SEEMILLER SBN 150546
   E-Mail: SSeemiller@wagelawyer.com
9  **BAILEY PINNEY, PC**
   840 County Square Drive
10 Ventura, CA 93003
   Telephone: (805) 339-9090; Fax: (805) 339-0090
11
   Attorneys for Plaintiffs Ross, Ramos, Prasad and Smith

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, AND KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, dba US Bank,<br>　　　　　Defendant. | Case No. C 07-02951 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CLARIFY THE *COLORADO RIVER* STAY AS TO THE FLSA CLAIMS OF THE OREGON PLAINTIFFS**<br><br>Date:　　May 2, 2008<br>Time:　　9:00 a.m.<br>Ctrm:　　10<br><br>Hon. Susan Illston |

Having considered Plaintiffs' Motion to Clarify the *Colorado River* stay as to the FLSA claims of the Oregon plaintiffs and having considered the other pertinent documents in the record, the Court rules as follows:

//

//

1   Plaintiffs' Motion to clarify the *Colorado River* stay as to the FLSA claims of the Oregon
2   Plaintiffs is GRANTED.  Notwithstanding the Order (Doc. No. 8) of February 13, 2008,
3   IT IS ORDERED that Plaintiff Ramos's FLSA claim and the putative FLSA collective based
4   on alleged rounding of his hours worked is not stayed.
5   IT IS FURTHER ORDERED that Plaintiff Smith's FLSA sales and service manager
6   misclassifiaction claim and the putative FlSA collective is not stayed.

Dated: _____        _____
                                THE HONORABLE SUSAN B. ILLSTON
                                Unite States District Court Judge