**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Fax: (360) 567-3331
**JOSE R. MATA**, Cal Bar No. 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**DAVID A. SCHUCK**, Pro Hac Vice, OSB No. 99356, WSB No. 37285
E-Mail: Dschuck@wagelawyer.com

**BONNIE MAC FARLANE**, Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528
Fax: (800) 230-5866
E-Mail: BMacFarlane@wagelawyer.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>US Bank National Association, dba US Bank,<br><br>　　　　Defendant. | Case No. C 07-02951 SI<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br><br><br>Hon. Susan Illston |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private

1 | entities; and

2 | (3) Considered whether this case might benefit from any of the available dispute

3 | resolution options.

Dated: 11/9/07

Plaintiff Maurita Prasad

Dated: 4/7/2008

Bailey Pinney, PC

By

Jose Mata
Attorneys for Plaintiffs