JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION dba U.S. BANK,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**DECLARATION OF CHRISTOPHER MCCRACKEN IN SUPPORT OF THE OPPOSITION BY DEFENDANT U.S. BANK NATIONAL ASSOCIATION TO PLAINTIFFS' MOTION TO CLARIFY THE *COLORADO RIVER* STAY AS TO THE FLSA CLAIMS OF OREGON PLAINTIFFS**<br><br>Date: May 2, 2008<br>Time: 9:00 a.m.<br>Department: 10<br><br>Hon. Susan Illston |

DAVIS WRIGHT TREMAINE LLP

## DECLARATION OF CHRISTOPHER MCCRACKEN

I, Christopher McCracken, declare as follows:

1. I am a partner in the law firm of Davis Wright Tremaine LLP, counsel to Defendant in this action. I work primarily out of the Portland, Oregon office of Davis Wright Tremaine. I make this Declaration in support of the Opposition by Defendant U.S. Bank National Association ("U.S. Bank") to Plaintiffs' Motion to Clarify the *Colorado River* Stay as to the FLSA Claims of Oregon Plaintiffs, filed concurrently herewith. I make this Declaration on the basis of my personal knowledge and, if called upon, I could testify truthfully and competently to the facts set forth herein.

2. I have been personally involved as one of the attorneys defending U.S. Bank in *Lowdermilk v. U.S. Bank National Association*, Case No. 0603-03335, filed in Multnomah County Circuit Court on approximately March 29, 2006 ("*Lowdermilk*"). The issue of whether or not U.S. Bank has impermissibly rounded down the hours and minutes worked by its non-exempt so as to deprive them of a few minutes of pay on some workdays (alternatively referred to as the "rounding claim" or "truncation claim") is one of the claims asserted in *Lowdermilk*.

3. Attached as Exhibit A is a true and correct copy of the relevant portion of the reply memorandum filed in support of the plaintiff's motion for class certification on the rounding claim in *Lowdermilk*. Oral argument on that motion took place on July 17, 2007. In *Lowdermilk*, Plaintiffs' counsel Bailey Pinney argued that the Oregon rounding class should be certified *because* the proposed Oregon class members allegedly used an electronic timesheet. Judge Marshall has taken the plaintiff's argument under advisement and, as of April 11, 2008, has not yet ruled.

4. Dennis Ramos filed a declaration in *Lowdermilk* in support of the plaintiff's motion for class certification. A true and correct copy of Plaintiff Ramos' declaration, excluding the attachments thereto, is attached as Exhibit B.

1    5.   I have been personally involved as one of the attorneys defending U.S. Bank in *Tate v. U.S. Bank National Association*, Case No. 0607-07188, filed in Multnomah County, Oregon on July 10, 2006. As of April 11, 2008, no motion for class certification has yet been filed in *Tate*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 11th day of April at Portland, Oregon.

>   */s/ Christopher McCracken*
>   Christopher McCracken

DAVIS WRIGHT TREMAINE LLP

---

DECLARATION OF CHRISTOPHER MCCRACKEN
IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO CLARIFY
Case No. C 07-2951 SI

SFO 405876v4 0023784-000227