JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> US BANK NATIONAL ASSOCIATION, dba US BANK, <br><br> Defendant. | Case No. C 07-2951 SI <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO CLARIFY THE *COLORADO RIVER* STAY AS TO THE FLSA CLAIMS OF OREGON PLAINTIFFS** |

1  The Court finds that Plaintiffs' Motion to Clarify the *Colorado River* Stay as to the FLSA
2  Claims of Oregon Plaintiffs ("Plaintiffs' Motion") should be denied.  The Order Granting in Part
3  and Denying in Part Defendant's Motion to Dismiss or Stay issued by the Court on February 13,
4  2008, was correctly decided and requires no clarification.  The Court further finds that the
5  arguments in Plaintiffs' Motion regarding the scope of the rounding claim should have been raised
6  in Plaintiffs' Opposition to Defendant's Motion to Dismiss or Stay and that these arguments are
7  therefore untimely.
8  For the foregoing reasons, Plaintiffs' Motion is DENIED.

10  IT IS SO ORDERED.

12  Dated: _____       _____
                                  THE HONORABLE SUSAN ILLSTON
13                                United States District Court Judge