IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: TFT-LCD (Flat Panel) ANTITRUST LITIGATION
Defendant.
_______________________________________/

M-07-1827 SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT **ALL** MOTIONS FILED IN THIS CASE SHALL BE CONSOLIDATED AND SCHEDULED FOR HEARING ON WEDNESDAY, MAY 21, 2008, AT 2:00 P.M.

Dated:4/17/08

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk

United States District Court
For the Northern District of California