1. JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail:  BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916)923-5537; Fax: (916)923-5587

SUSAN SIMMONS SEEMILLER SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax:  (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad and Smith

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, dba US Bank,<br><br>Defendant. | Case No. C 07-02951 SI<br><br>**DECLARATION OF JOSE R. MATA IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO CLARIFY THE STAY**<br><br>Date:     April 29, 2008<br>Time:    9:00 AM<br>Ctrm:    10<br><br>Hon.  Susan Illston |

I, **Jose R. Mata** declare as follows:

1. I am a member of the State Bar of California and of the bar of this Court.  I am one of the attorneys for plaintiffs in this case.

2. On February 29, 2008 I participated in the initial case management conference in this
Decl. of Jose R. Mata supporting Reply re Motion to Clarify the Stay - Case No. C 07-02951 SI

1

case. At that time, I raised the issue of whether the Court's *Colorado River* stay applied to the FLSA claims of Oregon plaintiffs Ramos and Smith. After discussion, I understood that I would file a motion to clarify whether the stay applied to those FLSA claims. I believe that defense counsel had the same understanding. The Court instructed me to file the motion to clarify no later than March 28, 2008 (*See,* Civil Pretrial Minutes, Document 81).

3. During the above discussion, I recall raising the issue that the civil local rules of the Northern District do not appear to provide for a motion to clarify an order. The Court indicated that the lack of a specific rule was not a bar to the Court's order. Neither the Court nor Defendant raised these issues: 1) that the motion to clarify would be considered a motion for reconsideration; 2) that Civil L. R. 7-9 would apply to the motion to clarify; 3) that Plaintiffs would need to seek further leave of court to file the motion to clarify; or 4) that Plaintiffs were restricted in what they could argue in support of the motion to clarify.

4. I prepared the motion to clarify based on the above understanding of the outcome of the initial case management conference. If that understanding is incorrect, then I respectfully apologize to the Court for my misunderstanding of the discussion.

I declare under penalty of perjury that the foregoing is true and correct

Dated: April 17, 2008          Bailey Pinney, PC

                               By _____/s/_____
                                    Jose R. Mata