1  JOSE R. MATA, SBN 83724, OSB 80305
   E-Mail: JMata@wagelawyer.com
2  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: (360)567-2551; Fax: (360)567-3331
4
   BONNIE MAC FARLANE, SBN 161526
5  E-Mail:  BMacfarlane@wagelawyer.com
   **BAILEY PINNEY, PC**
6  720 Howe Street, Suite 113
   Sacramento, CA 95825
7  Telephone: (916)923-5537; Fax: (916)923-5587

8  SUSAN SIMMONS SEEMILLER SBN 150546
   E-Mail: SSeemiller@wagelawyer.com
9  **BAILEY PINNEY, PC**
   840 County Square Drive
10 Ventura, CA 93003
   Telephone: (805) 339-9090; Fax:  (805) 339-0090
11
   Attorneys for Plaintiffs Ross, Ramos, Prasad and Smith
12
                **IN THE UNITED STATES DISTRICT COURT**
13
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14

15

16                                          | Case No. C 07-02951 SI
   ANN ROSS, DENNIS RAMOS,
17 MAURITA PRASAD, and KELLY               | **DECLARATION OF DAVID A.**
   SMITH, individually and on behalf of all | **SCHUCK IN SUPPORT OF**
18 others similarly situated,              | **PLAINTIFF'S REPLY IN SUPPORT**
                                            | **OF PLAINTIFF'S MOTION TO**
19                Plaintiffs,              | **CLARIFY THE STAY**

20 vs.

21 US BANK NATIONAL ASSOCIATION,           | Date:   April 29, 2008
   dba US Bank,                            | Time:   9:00 AM
22                                          | Ctrm:   10
                  Defendant.
23                                          | Hon.  Susan Illston

24      I, **David A. Schuck** declare as follows:

25      1.      I am an attorney admitted to practice in Oregon.  I am also employed by Bailey Pinney

26              & Associates LLC as a lead attorney on Oregon cases.  I am one of the attorneys for

27              Plaintiff in *Tate v. U.S. Bank National Association*, Oregon Circuit Court for

28

   Decl. of David A. Schuck Supporting Reply re Motion to Clarify the Stay - Case No. C 07-02951 SI
                                          1

1    Multnomah County Case No. 0607-07188 ("Tate").  As a lead Bailey Pinney attorney, I

2    help make decisions regarding the conduct of the *Tate* case and am personally familiar

3    with Bailey Pinney's decisions with respect to the conduct of the *Tate* case.

4    2.    On March 28, 2008, I attended a scheduling conference in *Tate* with counsel for US

5    Bank and the Honorable Circuit Court Judge Janice Wilson, who presides over *Tate*.

6    Judge Wilson set a deadline of Monday, April 21, 2008 for the filing of a motion for

7    class certification in *Tate*.  Judge Wilson's imposition of an April 21, 2008 deadline for

8    filing a motion for class certification precludes plaintiff from filing a motion for class

9    certification after that date.

10    3.    Plaintiff is not going to file a motion for class certification in *Tate* by the above April

11    21st deadline or at any other time.  After April 21, 2008, *Tate* will no longer be

12    proceeding as a class action – just an action on behalf of the named plaintiff.  Plaintiff

13    will not pursue an appeal in *Tate* related to class certification.

14

15    I declare under penalty of perjury that the foregoing is true and correct and this declaration was

16    executed on the 16 day of April, 2008.

17
                                    Bailey Pinney, PC
18

19                                   By _____
                                    David A. Schuck
20

21

22

23

24

25

26

27

28

---

Decl. of David A. Schuck Supporting Reply re Motion to Clarify the Stay - Case No. C 07-02951 SI
2

1    Multnomah County Case No. 0607-07188 ("Tate").  As a lead Bailey Pinney attorney, I

2    help make decisions regarding the conduct of the *Tate* case and am personally familiar

3    with Bailey Pinney's decisions with respect to the conduct of the *Tate* case.

4    2.    On March 28, 2008, I attended a scheduling conference in *Tate* with counsel for US

5    Bank and the Honorable Circuit Court Judge Janice Wilson, who presides over *Tate*.

6    Judge Wilson set a deadline of Monday, April 21, 2008 for the filing of a motion for

7    class certification in *Tate*.  Judge Wilson's imposition of an April 21, 2008 deadline for

8    filing a motion for class certification precludes plaintiff from filing a motion for class

9    certification after that date.

10    3.    Plaintiff is not going to file a motion for class certification in *Tate* by the above April

11    21st deadline or at any other time.  After April 21, 2008, *Tate* will no longer be

12    proceeding as a class action – just an action on behalf of the named plaintiff.  Plaintiff

13    will not pursue an appeal in *Tate* related to class certification.

14

15    I declare under penalty of perjury that the foregoing is true and correct and this declaration was

16    executed on the 16 day of April, 2008.

17

18    Bailey Pinney, PC

19    By_____
David A. Schuck

20

21

22

23

24

25

26

27

28

---

Decl. of David A. Schuck Supporting Reply re Motion to Clarify the Stay - Case No. C 07-02951 SI

2