IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: MAY 2, 2008 LAW & MOTION CALENDAR.

_____ /

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to Judge Illston's unavailability, the April 29, 2008 calendar shall be continued to WEDNESDAY, MAY 14, 2008, at the same time as previously scheduled. We apologize for any inconvenience that this calendar adjustment may cause.

2:00 PM
C-07-6455.e JOBY INC., v. TOCAD AMERICA INC.,
Initial Case Management Conference

-----------

**02:30 PM**
C-07-4496.e GREGORY JORDAN v. PAUL FINANCIAL, LLC
Further Case Management Conference

Dated: April 17, 2008               RICHARD W. WIEKING, Clerk

                                    _____ Tracy
                                                Sutton
                                              Deputy Clerk