1  JUDITH DROZ KEYES (CA State Bar No. 66408)
   STUART W. MILLER (CA State Bar No. 127766)
2  KATHLEEN D. POOLE (CA State Bar No. 228815)
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California  94111-6533
4  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
5  jkeyes@dwt.com
   stuartmiller@dwt.com
6
   Attorneys for Defendant
7  U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>    Defendant. | Case No. C 07-2951 SI<br><br>**ADMINISTRATIVE MOTION OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO CLARIFY**<br><br>Courtroom:    10<br><br>Hon. Susan Illston |

DAVIS WRIGHT TREMAINE LLP

Pursuant to Civil Local Rules for the Northern District of California 7-3(d), 7-10, and 7-11, Defendant U.S. Bank National Association ("U.S. Bank") moves *ex parte* for leave to file a Surreply to Plaintiffs' Reply ("Reply") in Support of Plaintiffs' Motion to Clarify the *Colorado River* Stay as to the FLSA Claims of Oregon Plaintiffs ("Motion to Clarify"). Plaintiffs have stated they do not oppose this Administrative Motion. *See* Reply, p. 2, fn 2.

As presented in the proposed Surreply (attached as Exhibit A), Plaintiffs' Reply introduces a new fact and a new argument that were not presented in the Motion to Clarify and therefore were not addressed in U.S. Bank's Opposition to that motion. Specifically, Plaintiffs' Reply asserts for the first time that Plaintiffs' counsel are not seeking class certification in *Tate v. U.S. Bank National Association*, Multnomah County Case No. 0607-07188 ("*Tate*"), and argues that this new fact supports clarification of the Court's February 13, 2008, Order. U.S. Bank's proposed Surreply responds only to this new fact and argument.

U.S. Bank respectfully requests that it be given leave to file the Surreply attached hereto as Exhibit A, in order to respond to these new issues.

DATED: April 25, 2008

                              Respectfully submitted,

                              DAVIS WRIGHT TREMAINE LLP

                              By:    */s/ Judith Droz Keyes*
                                     Judith Droz Keyes
                              Attorneys for Defendant
                              U.S. BANK NATIONAL ASSOCIATION