1  JUDITH DROZ KEYES (CA State Bar No. 66408)
   STUART W. MILLER (CA State Bar No. 127766)
2  KATHLEEN D. POOLE (CA State Bar No. 228815)
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California  94111-6533
4  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
5  jkeyes@dwt.com
   stuartmiller@dwt.com
6
   Attorneys for Defendant
7  U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO CLARIFY**<br><br>Courtroom:    10<br><br>Hon. Susan Illston |

The Court finds that Defendant U.S. Bank National Association ("U.S. Bank") has good cause to file a surreply memorandum in opposition to Plaintiffs' Motion to Clarify the *Colorado River* Stay as to the FLSA Claims of Oregon Plaintiffs ("Motion to Clarify").  Plaintiffs' reply memorandum in support of the Motion to Clarify introduces a new fact and a new argument that were not presented in the Motion to Clarify, and Plaintiffs therefore do not oppose the filing of a surreply.

1  For these reasons, U.S. Bank is GRANTED leave to file the surreply memorandum
2  attached as Exhibit A to its Administrative Motion.

4  IT IS SO ORDERED.

6  Dated: _____           _____
                                    THE HONORABLE SUSAN ILLSTON
7                                   United States District Court Judge