1  JUDITH DROZ KEYES (CA State Bar No. 66408)
   STUART W. MILLER (CA State Bar No. 127766)
2  KATHLEEN D. POOLE (CA State Bar No. 228815)
   DAVIS WRIGHT TREMAINE LLP
3  505 Montgomery Street, Suite 800
   San Francisco, California  94111-6533
4  Telephone:    (415) 276-6500
   Facsimile:    (415) 276-6599
5  jkeyes@dwt.com
   stuartmiller@dwt.com
6
   Attorneys for Defendant
7  U.S. BANK NATIONAL ASSOCIATION

8

9                IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  ANN ROSS, DENNIS RAMOS, MAURITA          )  Case No. C 07-2951 SI
    PRASAD, TAMARA BURKHART, NANETTE         )
14  RENEE HOUSKEN, and KELLY SMITH,          )  **[PROPOSED] ORDER GRANTING**
    individually and on behalf of all others similarly )  **ADMINISTRATIVE MOTION OF**
15  situated,                                )  **DEFENDANT U.S. BANK NATIONAL**
                                             )  **ASSOCIATION FOR LEAVE TO FILE A**
16              Plaintiffs,                  )  **SURREPLY IN OPPOSITION TO**
                                             )  **PLAINTIFFS' MOTION TO CLARIFY**
17         v.                                )
                                             )  Courtroom:      10
18  U.S. BANK NATIONAL ASSOCIATION, DBA      )
19  U.S. BANK,                               )  Hon. Susan Illston
                                             )
20              Defendant.                   )
    _____   )

21         The Court finds that Defendant U.S. Bank National Association ("U.S. Bank") has good

22  cause to file a surreply memorandum in opposition to Plaintiffs' Motion to Clarify the *Colorado*

23  *River* Stay as to the FLSA Claims of Oregon Plaintiffs ("Motion to Clarify").  Plaintiffs' reply

24  memorandum in support of the Motion to Clarify introduces a new fact and a new argument that

25  were not presented in the Motion to Clarify, and Plaintiffs therefore do not oppose the filing of a

26  surreply.

27

28

*DAVIS WRIGHT TREMAINE LLP*

For these reasons, U.S. Bank is GRANTED leave to file the surreply memorandum attached as Exhibit A to its Administrative Motion.

IT IS SO ORDERED.

Dated: _____    _____
                            THE HONORABLE SUSAN ILLSTON
                            United States District Court Judge

DAVIS WRIGHT TREMAINE LLP

OPPOSITION TO PLAINTIFFS' MOTION FOR CLARIFICATION
Case No. C 07-2951 SI                                    SFO 406816v2 0023784-000227