[COUNSEL LISTED ON NEXT PAGE]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA DEFENDANT,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**PARTIES' FURTHER CASE MANAGEMENT STATEMENT**<br><br>Date: May 14, 2008<br>Time: 2:30 p.m.<br>Department: 10<br><br>Hon. Susan Illston |

JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
KATHLEEN D. POOLE (CA State Bar No. 228815)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION


JOSE R. MATA (CA State Bar No. 83724, OSB 80305)
E-Mail: JMata@wagelawyer.com
BAILEY PINNEY, PC
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE (CA State Bar No. 161526)
E-Mail:  BMacfarlane@wagelawyer.com
BAILEY PINNEY, PC
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916) 923-5537; Fax: (916) 923-5587

SUSAN SIMMONS SEEMILLER (CA State Bar No. 150546)
E-Mail: SSeemiller@wagelawyer.commailto:susan@cal.com
BAILEY PINNEY, PC
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax:  (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad, Burkhart, Housken and Smith

On February 22, 2008, counsel for Plaintiffs Ross, Ramos, Prasad, Burkhart, Housken and Smith ("Plaintiffs") and Defendant U.S. Bank National Association ("Defendant") filed an Initial Case Management Statement in this case. On February 29, 2008, the parties participated in an Initial Case Management Conference with this Court.

The parties jointly submit this Further Case Management Statement, which addresses only those issues that have changed since the Initial Case Management Statement:

**4)** **Motions.**

On March 28, 2008, Plaintiffs brought a Motion to Clarify the Court's February 13, 2008, Order Granting in Part and Denying in Part Defendant's Motion to Dismiss or Stay ("Motion to Clarify"). On April 11, 2008, Defendant filed its Opposition. Plaintiffs' Reply was filed on April 17, 2008, and Defendant's Surreply was filed with the court's permission on May 2, 2008. The hearing on Plaintiffs' Motion to Clarify is scheduled for May 14, 2008.

**5)** **Amendment of Pleadings.** On March 28, 2008, Plaintiffs and Defendant filed a Stipulation and Order for Plaintiffs to file a Second Amended Complaint ("SAC"); the Order was signed by the Court on April 2, 2008.  On April 10, 2008, Plaintiffs filed the SAC. Defendant filed its Answer to the SAC on April 28, 2008.

**7)** **Disclosures.** The parties have exchanged initial disclosures in compliance with the requirements of Rule 26(a).

**8)** **Discovery.** The parties have engaged in discovery as follows:

On March 4, 2008, Defendant served its First Set of Document Requests and First Set of Interrogatories on Plaintiffs Ann Ross and Maurita Prasad. Plaintiffs Ross and Prasad have responded to these Requests.

On March 7, 2008, Plaintiffs served their First Set of Requests for Production of Documents on Defendant. Defendant has responded to these Requests. Plaintiffs are conferring with US Bank regarding providing electronically stored information in a form acceptable to Plaintiffs and in compliance with the federal discovery rules regarding electronically stored information. (*See:* FED. R. CIV. PROC. 34(b) and Advisory Committee Comments).

On April 11, 2008, Plaintiffs served on Defendant their Second Set of Requests for

DAVIS WRIGHT TREMAINE LLP

Production of Documents and their First Set of Interrogatories, and on April 14, 2008, their Third Set of Requests for Production of Documents. On May 6, 2008, Plaintiffs filed a Second Set of Interrogatories. Defendant is in the process of responding to these requests and interrogatories. Defendant will object to Plaintiffs' discovery to the extent to which the information or documents sought exceed what is appropriate pre-class certification. Defendant has also objected to Plaintiffs' discovery to the extent to which it involves claims under Oregon law, or claims by Oregon Plaintiffs Ramos and Smith, because these claims are stayed.

On April 11, 2008, Defendant served its First Set of Document Requests and First Set of Interrogatories on Plaintiffs Tamara Burkhart and Nanette Housken. Plaintiffs are in the process of responding to these Requests.

Defendant has met and conferred with Plaintiffs' counsel and noticed the depositions of Plaintiffs Ross, Prasad, Burkhart, and Housken, and the parties are seeking to schedule the depositions of Defendant's management personnel.

Once the Court clarifies whether Plaintiff Ramos's FLSA rounding claim is stayed, Plaintiffs anticipate noticing the deposition of Payroll Managers of Defendant, including Payroll Manager Tom Christon.

Regarding Defendant's objections to Plaintiff's initial discovery requests, the parties will be meeting and conferring to attempt to resolve differences. Plaintiffs anticipate moving to compel production of discovery to the extent necessary to obtain evidence to prove the claims of the named plaintiffs and to prove the elements of FRCP Rules 23(a) and (b)(3).

1  **12)** **Settlement and ADR.**  The parties anticipate that the Court will schedule an Early Neutral

2  Evaluation ("ENE") at the Case Management Conference.

3  DATED this 7th day of May 2008.

                                Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By:     */s/ Judith Droz Keyes*
           Judith Droz Keyes

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

BAILEY PINNEY, PC

By:     */s/ Jose R. Mata*
           Jose R. Mata

Attorneys for Plaintiffs
ROSS, RAMOS, PRASAD, BURKHART,
HOUSKEN, and SMITH