JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, Tamara Burkhart, Nanette Renee Housken, and Kelly Smith, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Bank National Association, dba U.S. Bank,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

TO:   Ann Ross, Dennis Ramos, Maurita Prasad, Tamara Burkhart, Nanette Renee Housken, and Kelly Smith;

AND TO:   Jose Mata, Bailey Pinney P.C.;

AND TO:   The Clerk of the Court

PLEASE TAKE NOTICE THAT Kathleen D. Poole hereby withdraws from representation of Defendant U.S. Bank National Association ("Defendant"), and that Michelle

---

WITHDRAWAL AND SUBSTITUTION OF COUNSEL

1

SFO 407788v1 0023784-000227

1  D. Fife, Davis Wright Tremaine LLP (California State Bar No. 240554), 505 Montgomery
2  Street, 8th Floor, San Francisco, California, 94111 hereby substitutes as counsel of record for
3  Defendant.
4      All further notices in this action shall be directed to Judith Droz Keyes, Stuart W. Miller,
5  Michelle D. Fife, Carol Bernick, and Christopher McCracken.
6      DATED this 15th day of May, 2008.

DAVIS WRIGHT TREMAINE LLP

By   */s/ Kathleen D. Poole*
    Kathleen D. Poole
    Withdrawing Counsel for Defendant


DAVIS WRIGHT TREMAINE LLP

By   */s/ Michelle D. Fife*
    Michelle D. Fife
    Substituting Counsel for Defendant