1   JOSE R. MATA, SBN 83724, OSB 80305
    E-Mail: JMata@wagelawyer.com
2   **BAILEY PINNEY, PC**
    1498 SE Tech Center Place, Suite 290
3   Vancouver, WA 98683
    Telephone: (360)567-2551; Fax: (360)567-3331
4
    BONNIE MAC FARLANE, SBN 161526
5   E-Mail:  BMacfarlane@wagelawyer.com
    **BAILEY PINNEY, PC**
6   720 Howe Street, Suite 113
    Sacramento, CA 95825
7   Telephone: (916)923-5537; Fax: (916)923-5587

8   SUSAN SIMMONS SEEMILLER SBN 150546
    E-Mail: SSeemiller@wagelawyer.com
9   **BAILEY PINNEY, PC**
    840 County Square Drive
10  Ventura, CA 93003
    Telephone: (805) 339-9090; Fax:  (805) 339-0090
11  Attorneys for Plaintiffs

12                  IN THE UNITED STATES DISTRICT COURT

13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  Ann Ross, Dennis Ramos, Maurita Prasad,          Case No. C07-02951 SI
    Tamara Burkhart, Nanette Renee Housken,
16  and Kelly Smith, individually and on behalf      **PLAINTIFF'S NOTICE RE:**
    of all others similarly situated,                **UNAVAILABILITY OF COUNSEL**
17
                        Plaintiffs,
18
    vs.
19
    US Bank National Association, dba US
20  Bank, and DOES One through TWENTY-
    FIVE inclusive,
21                      Defendant.

22

23         TO THE COURT CLERK, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

24         PLEASE TAKE NOTICE that, from May 19, 2008 through and including May 23, 2008,

25  counsel for Plaintiffs Ann Ross, Dennis Ramos, Maurita Prasad, Tamara Burkhart, Nanette Renee

26  Housken, and Kelly Smith, individually and on behalf of all others similarly situated, Bonnie Mac

27  Farlane, will be unavailable for all purposes, including, but not limited to, receiving and responding to

28

1  notices of any kind, appearing in Court, responding to *ex parte* applications, attending depositions, or

2  otherwise communicating with the Court and opposing counsel.

3      Plaintiffs' other attorneys of record are available for the above referenced

4  communications/actions.

5  Dated: May 15, 2008          Bailey Pinney, PC

6                    By _____/s/_____

7                       Bonnie Mac Farlane
                        Attorneys for Plaintiffs