**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/14/08

Case No.   C-07-2951 SI          Judge:   SUSAN ILLSTON

Title: ANN ROSS -v- U.S. BANK

Attorneys: J. Mata          J. Keyes, Poole

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1) Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, (X ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to   **5/30/08 @ 2:30 p.m.** for Further Case Management Conference
(joint statement due)

Case continued to
Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Counsel shall meet and confer to devise a new schedule order prior to the next case management conference.