[COUNSEL LISTED ON NEXT PAGE]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA DEFENDANT,<br><br>                    Defendant. | Case No. C 07-2951 SI<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:            May 30, 2008<br>Time:           2:30 p.m.<br>Department:  10<br><br>Hon. Susan Illston |

DAVIS WRIGHT TREMAINE LLP

1  JUDITH DROZ KEYES (CA State Bar No. 66408)
2  STUART W. MILLER (CA State Bar No. 127766)
   MICHELLE D. FIFE (CA State Bar No. 240554)
3  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
   San Francisco, California  94111-6533
4  Telephone:     (415) 276-6500
   Facsimile:     (415) 276-6599
5  jkeyes@dwt.com
   stuartmiller@dwt.com
6  michellefife@dwt.com

7  Attorneys for Defendant
   U.S. BANK NATIONAL ASSOCIATION
8

9
   JOSE R. MATA (CA State Bar No. 83724, OSB 80305)
10 E-Mail: JMata@wagelawyer.com
   BAILEY PINNEY, PC
11 1498 SE Tech Center Place, Suite 290
   Vancouver, WA 98683
12 Telephone: (360)567-2551; Fax: (360)567-3331

13
   BONNIE MAC FARLANE (CA State Bar No. 161526)
14 E-Mail:  BMacfarlane@wagelawyer.com
   BAILEY PINNEY, PC
15 720 Howe Street, Suite 113
   Sacramento, CA 95825
16 Telephone: (916) 923-5537; Fax: (916) 923-5587

17
   SUSAN SIMMONS SEEMILLER (CA State Bar No. 150546)
18 E-Mail: SSeemiller@wagelawyer.com  mailto:susan@cal.com
   BAILEY PINNEY, PC
19 840 County Square Drive
   Ventura, CA 93003
20 Telephone: (805) 339-9090; Fax:  (805) 339-0090

21
   Attorneys for Plaintiffs Ross, Ramos, Prasad, Burkhart, Housken and Smith
22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

2

JOINT CASE MANAGEMENT STATEMENT                                    DWT 11145094v2 0023784-000227
Case No. C 07-2951 SI

1   On February 22, 2008, counsel for Plaintiffs Ross, Ramos, Prasad, and Smith ("Plaintiffs") and Defendant U.S. Bank National Association ("Defendant") filed an Initial Case Management Statement in this case. On February 29, 2008, the parties participated in an Initial Case Management Conference with this Court. On May 7, 2007, the parties jointly submitted a Further Case Management Statement, which addressed only those issues that changed since the Initial Case Management Statement. On May 14, 2008, counsel for the parties, including the new Plaintiffs Burkhart and Housken, participated in a second Case Management Conference with this Court. At this Case conference, the Court set a further Case Management Conference for May 30, 2008, and ordered counsel for the parties to meet and confer to develop a clear presentation of the issues in this case, and a proposed schedule.

The parties jointly submit this Case Management Statement by way of the chart attached hereto as Exhibit A, which identifies and addresses all of the claims presented in this case. Exhibit A was prepared by Plaintiffs and reflects Plaintiffs' position and, in bold, the areas where Defendant disagrees or has a comment.

DATED this 23rd day of May 2008.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:   */s/ Judith Droz Keyes*
                Judith Droz Keyes

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

BAILEY PINNEY, PC

By:   */s/ Jose R. Mata*
                Jose R. Mata

Attorneys for Plaintiffs
ROSS, RAMOS, PRASAD, BURKHART, HOUSKEN, and SMITH