```
JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
BAILEY PINNEY, PC
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360) 567-2551; Fax: (360) 567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail:  BMacfarlane@wagelawyer.com
BAILEY PINNEY, PC
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916) 923-5537; Fax: (916) 923-5587

SUSAN SIMMONS SEEMILLER, SBN 150546
E-Mail: SSeemiller@wagelawyer.com
BAILEY PINNEY, PC
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad,
Smith, Housken, and Burkhart
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>**US BANK NATIONAL ASSOCIATION**, dba US BANK,<br>                    Defendant. | Case No. C 07-02951 SI<br><br>**DECLARATION OF JOSE R. MATA IN SUPPORT OF PLAINTIFFS' MOTION TO PARTIALLY LIFT THE STAY**<br><br>Date:   July 25, 2008<br>Time:  9:00 a.m.<br>Ctrm:   10<br><br>Hon.  Susan Illston |

   I, **JOSE R. MATA**, declare as follows:

   1.   I am one of the attorneys for Plaintiffs in this case.  I am admitted to practice before the Courts of California and before this Court.

///

---

Declaration of Jose R. Mata In Support of Plaintiffs' Motion to Partially Lift the Stay - 1
Case No. C 07-02951 SI

2. The following documents attached to this declaration are true and accurate copies:

| Exhibit | Document |
|---------|----------|
| 1 | Letter from Judge Janice R. Wilson of the Oregon Circuit Court to Counsel for *Tate v. U.S. Bank National Association* (Multnomah County Oregon Circuit Court, Case No. 0607-07188), April 28, 2008 |

I declare under penalty of perjury that the foregoing is true and correct

Dated: May 28, 2008          Bailey Pinney, PC

By _____/s/_____
Jose R. Mata