# Exhibit 1



**CIRCUIT COURT OF THE STATE OF OREGON**
FOURTH JUDICIAL DISTRICT
MULTNOMAH COUNTY COURTHOUSE
1021 S.W. FOURTH AVENUE
PORTLAND, OR 97204-1123

JANICE R. WILSON
JUDGE

PHONE (503) 988-3069
FAX (503) 276-0968

James Dana Pinney
Bailey Pinney & Associates LLC
1498 SE Tech Center Pl Ste 290
Vancouver WA  98683

Carol J Bernick
Davis Wright Tremaine LLP
1300 SW 5th Ave Ste 2300
Portland OR 97201

April 28, 2008

Re: *Tate v. US Bank National Association*, Case No. 0607-07188

Dear Mr. Pinney and Ms. Bernick:

I have read your letters of April 18 and April 23. I understand that Mr. Tate has elected not to pursue a motion for class certification, but I see no reason not to proceed under the case management order. That order did anticipate the possibility that the matter would not proceed as a class action.

Since we know the trial will be shorter, rather than longer, I would be happy to move the trial to an earlier date if we can find one agreeable to everyone. Otherwise, I will conduct the trial in October, as scheduled.

Sincerely,

Janice R. Wilson