JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360) 567-2551; Fax: (360) 567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail:  BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916) 923-5537; Fax: (916) 923-5587

SUSAN SIMMONS SEEMILLER, SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad,
Smith, Housken, and Burkhart

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN ROSS**, **DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**US BANK NATIONAL ASSOCIATION,** dba US BANK,<br>Defendant. | Case No. C 07-02951 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PARTIALLY LIFT THE STAY**<br><br>Date:   July 25, 2008<br>Time: 9:00 a.m.<br>Ctrm: 10<br><br>Hon.  Susan Illston |

Having considered Plaintiffs' Motion to Partially Lift the Stay in the above-noted action, and having considered the other pertinent documents in the record, the Court rules as follows:

IT IS ORDERED that Plaintiffs' Motion to Partially Lift the *Colorado River* Stay is GRANTED.

1    IT IS FURTHER ORDERED that the *Colorado River* stay is partially lifted as to the following

2  claims, as alleged in Plaintiffs' Second Amended Complaint:

3    1)    Fourth Cause of Action, "Failure to Pay Overtime, Sales and Service Managers", to the

4          extent it alleges sales and service manager misclassification claims under the FLSA and

5          under Oregon law;

6    2)    Eighth Cause of Action, "Late Payment of Wages at the End of Employment," but only

7          to the extent it alleges a claim for an Oregon state law late payment penalty arising from

8          the alleged misclassification of sales and service managers;

9    3)    Fifth Cause of Action, "Unauthorized Lost Time Deductions," for an individual claim

10         by Plaintiff Smith under Oregon law.

11

12

13  Dated: _____          _____
                                      THE HONORABLE SUSAN B. ILLSTON
14                                    Unite States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28