**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date:  May 30, 2008          [3:15pm - 3:35pm]

Case No.   C07-2951 SI            Judge:   SUSAN ILLSTON

Title: ROSS -v- US BANK NATIONAL ASSOCIATION

Attorneys:     Jose Mata, Susan Simmons Seemiller
               Judy Keyes

Deputy Clerk: Monica Narcisse for Tracy Sutton     Court Reporter: N/a

**PROCEEDINGS**

1)   Further Case Management Conference

Order to be prepared by:  ( )Pltf   ( )Deft   ( **X** ) Joint   ( ) Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to   **August 15, 2008 @ 2:30 p.m.** for Further Case Management Conference

Case continued to   **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
•     If there are no opposition(s) to the motion filed on 5/28/2008, defendant shall advise the court.
      Parties are then advised to agree upon proposed scheduling order and submit to the court.
•     Parties shall conduct further legal research re: Motion for Severance.