IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS,<br><br>       Plaintiff,<br><br>  v.<br><br>US BANK NATIONAL ASSOCIATION,<br><br>       Defendant. | No. C 07-02951SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion to partially lift the Colorado River Stay has been continued to Friday, August 15, 2008, at 9:00 a.m.

Dated: June 2, 2008

RICHARD W. WIEKING, Clerk

_Tracy Sutton_
Tracy Sutton
Deputy Clerk