JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916)923-5537; Fax: (916)923-5587

SUSAN SIMMONS SEEMILLER SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ross, Prasad, Smith, Housken, Burkhart and Ramos

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, Tamara Burkhart, Nannette Housken and Kelly Smith, individually and on behalf of all others similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> US BANK NATIONAL ASSOCIATION, dba US BANK, <br> Defendant. | Case No. C 07-02951 SI <br><br> **PLAINTIFF'S NOTICE RE: UNAVAILABILITY OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that from June 23, 2008 through and including June 25, 2008, and also from July 28, 2008 through and including August 10, 2008, Jose R. Mata, counsel for Plaintiffs Ross, Prasad, Smith, Housken, Burkhart and Ramos , individually and on behalf of all others similarly

1  situated, will be unavailable for all purposes. These purposes include but are not limited to, receiving
2  and responding to notices of any kind, appearing in Court, responding to ex parte applications,
3  attending depositions or otherwise communicating with the Court and opposing counsel.

5  Dated: June 9, 2008                    BAILEY PINNEY, PC

                                          By   /s/
                                               Jose R. Mata
                                               Attorneys for Plaintiffs