1  JOSE R. MATA, SBN 83724, OSB 80305
   E-Mail: JMata@wagelawyer.com
2  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: (360)567-2551; Fax: (360)567-3331
4
   BONNIE MAC FARLANE, SBN 161526
5  E-Mail: BMacfarlane@wagelawyer.com
   **BAILEY PINNEY, PC**
6  720 Howe Street, Suite 113
   Sacramento, CA 95825
7  Telephone: (916)923-5537; Fax: (916)923-5587

8  SUSAN SIMMONS SEEMILLER SBN 150546
   E-Mail: SSeemiller@wagelawyer.com
9  **BAILEY PINNEY, PC**
   840 County Square Drive
10 Ventura, CA 93003
   Telephone: (805) 339-9090; Fax: (805) 339-0090
11
   Attorneys for Plaintiffs Ross, Prasad, Smith,
12 Housken, Burkhart and Ramos

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ann Ross, Dennis Ramos, Maurita Prasad, Tamara Burkhart, Nannette Housken and Kelly Smith, individually and on behalf of all others similarly situated,,<br><br>     Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, dba US BANK,<br>     Defendant. | Case No. C 07-02951 SI<br><br>**PLAINTIFF'S NOTICE RE: UNAVAILABILITY OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that from June 16, 2008 through and including June 18, 2008, and also from August 1, 2008 through and including August 15, 2008, Susan Simmons Seemiller, counsel for Plaintiffs Ross, Prasad, Smith, Housken, Burkhart and Ramos , individually and on behalf of all

1  others similarly situated, will be unavailable for all purposes. These purposes include but are not
2  limited to, receiving and responding to notices of any kind, appearing in Court, responding to ex parte
3  applications, attending depositions or otherwise communicating with the Court and opposing counsel.

5  Dated: June 9, 2008                    BAILEY PINNEY, PC

                                          By    /s/
                                          Susan Simmons Seemiller
                                          Attorneys for Plaintiffs