JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360) 567-2551; Fax: (360) 567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916) 923-5537; Fax: (916) 923-5587

SUSAN SIMMONS SEEMILLER, SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad,
Smith, Housken, and Burkhart

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>**US BANK NATIONAL ASSOCIATION**, dba US BANK,<br>　　　　　　　Defendant. | Case No. C 07-02951 SI<br><br>**DECLARATION OF JOSE R. MATA IN SUPPORT OF PLAINTIFFS' MOTION TO SEVER AND TRANSFER PLAINTIFF SMITH'S CLAIMS TO THE DISTRICT OF OREGON**<br><br>Date:　October 3, 2008<br>Time:　9:00 a.m.<br>Ctrm:　10<br><br>Hon. Susan Illston |

I, **JOSE R. MATA**, declare as follows:

1. I am one of the attorneys for Plaintiffs in this case. I am admitted to practice before the Courts of California and before this Court.

2. I attended a case management conference on May 30, 2008 at which plaintiffs' counsel

Susan Seemiller, US Bank attorney Judith Keyes, and the Honorable Judge Illston were present.

3. At this case management conference, there was discussion regarding the complexity of this action and the management issues that would be presented during a trial of this action. The parties were instructed by the Court to appear at a further case management conference after exploring and conferring regarding means of simplifying this action – particularly any trial.

4. In response to the above case management conference, Plaintiffs are filing this motion to sever the claims of Plaintiff Smith and to transfer them to the District of Oregon.

5. In addition, the Court should be informed that the parties have agreed on a settlement of *Tate v. US Bank*, Multnomah County Circuit Court, Case No. 0607-07188, the case that caused this Court to stay Plaintiff Smith's case. It is my understanding that a dismissal based on the settlement has not yet been filed.

I declare under penalty of perjury that the foregoing is true and correct

Dated: June 26, 2008          Bailey Pinney, PC

By _____/s/_____
Jose R. Mata