JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360) 567-2551; Fax: (360) 567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916) 923-5537; Fax: (916) 923-5587

SUSAN SIMMONS SEEMILLER, SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad,
Smith, Housken, and Burkhart

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN ROSS**, **DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**US BANK NATIONAL ASSOCIATION**, dba US BANK,<br>Defendant. | Case No. C 07-02951 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEVER AND TRANSFER PLAINTIFF SMITH'S CLAIMS**<br><br>Date: October 3, 2008<br>Time: 9:00 a.m.<br>Ctrm: 10<br><br>Hon. Susan Illston |

Having considered Plaintiffs' Motion to sever and transfer the claims of Plaintiff Smith to the District of Oregon in the above-noted action, and having considered the other pertinent documents in the record, the Court rules as follows:

IT IS ORDERED that Plaintiffs' Motion to sever Plaintiff's Smith's claims is GRANTED.

1  The following claims of Plaintiff Smith (including her putative class and FLSA collective claims), as
2  alleged in the Second Amended Complaint are severed:
3      1)   Fourth Cause of Action, "Failure to Pay Overtime, Sales and Service Managers," to the
4           extent it alleges sales and service manager misclassification claims under the FLSA and
5           under Oregon law;
6      2)   Fifth Cause of Action, "Unauthorized Lost Time Deductions" (this includes a claim for
7           minimum wage violations caused by the deduction).
8      3)   Eighth Cause of Action, "Late Payment of Wages at the End of Employment," but only
9           to the extent it alleges a claim for penalty wages under Oregon state law for late
10          payment arising from the alleged misclassification of sales and service managers;
11 The clerk is directed to open a new case for Plaintiff's Smith's severed claims and include a duplicate
12 copy of this case file.
13     IT IS FURTHER ORDERED that Plaintiff's Smith's claims (including her putative class and
14 FLSA collective claims), in the new case, be transferred under 28 U.S.C. § 1404(a) to the District of
15 Oregon.

19 Dated: _____            _____
                                      THE HONORABLE SUSAN B. ILLSTON
                                      Unite States District Court Judge