JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360) 567-2551; Fax: (360) 567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916) 923-5537; Fax: (916) 923-5587

SUSAN SIMMONS SEEMILLER, SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad,
Smith, Housken, and Burkhart

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN ROSS**, **DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**US BANK NATIONAL ASSOCIATION**, dba US BANK,<br>Defendant. | Case No. C 07-02951 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PARTIALLY AND TEMPORARILY LIFT THE STAY AND TO SEVER AND TRANSFER THE CLAIMS OF PLAINTIFF RAMOS TO THE DISTRICT OF OREGON**<br><br>Date:   October 3, 2008<br>Time:   9:00 a.m.<br>Ctrm:   10<br><br>Hon. Susan Illston |

Having considered Plaintiffs' Motion to partially and temporarily lift the stay and to sever and transfer the claims of Plaintiff Ramos to the District of Oregon in the above-noted action, and having considered the other pertinent documents in the record, the Court rules as follows:

1  IT IS ORDERED that Plaintiffs' Motion to partially and temporarily lift the *Colorado River*
2  stat and to sever Plaintiff Ramos' claims is GRANTED.
3  IT IS FURTHER ORDERED that the *Colorado River* stay be partially and temporarily lifted
4  for purposes of this order.
5  IT IS FURTHER ORDERED THAT the following claims (including his putative class and
6  FLSA collective claims) of Plaintiff Ramos, as alleged in the Second Amended Complaint are severed:
7      1)    First Cause of Action, "Failure to Pay Wages;"
8      2)    Second Cause of Action, "Failure to Pay Minimum Wages;"
9      3)    Third Cause of Action, "Failure to Pay Overtime Wages (Hourly)," which asserts
10         unpaid wages due to Defendant's truncation of Plaintiff Ramos' time under the FLSA
11         and under Oregon law;
12     4)    Fifth Cause of Action, "Unauthorized Lost Time Deductions;" and
13     5)    Eighth Cause of Action, "Late Payment of Wages at the End of Employment."
14 The clerk is directed to open a new case for Plaintiff's Ramos' severed claims and include a
15 duplicate copy of this case file.
16 IT IS FURTHER ORDERED that Plaintiff's Ramos' claims (including his putative class and
17 FLSA collective claims), in the new case, be transferred under 28 U.S.C. § 1404(a) to the District of
18 Oregon.
19
20
21
22 Dated: _____
                                      THE HONORABLE SUSAN B. ILLSTON
23                                       Unite States District Court Judge
24
25
26
27
28