JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com
michellefife@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, and KELLY SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK, <br><br> Defendant. | Case No. C 07-2951 SI <br><br> **DEFENDANT'S STATEMENT OF NONOPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY LIFT THE *COLORADO RIVER* STAY AS TO THE CLAIMS OF PLAINTIFF SMITH** <br><br> Date: July 25, 2008 <br> Time: 9:00 a.m. <br> Department: Courtroom 10 <br> Judge: Hon. Susan. Illston |

Defendant U.S. BANK NATIONAL ASSOCIATION does not oppose Plaintiffs' Motion to Partially Lift the *Colorado River* Stay as to the following claims in the Second Amended Complaint:

(1) Fourth Cause of Action, "Failure to Pay Overtime, Sales and Service Managers," to the extent it alleges sales and service manager misclassification claims under the FLSA and under Oregon law;

(2) Eighth Cause of Action, "Late Payment of Wages at the End of Employment," but only to the extent it alleges a claim for an Oregon state law late payment penalty arising

from the alleged misclassification of Oregon sales and service managers;

(3) Fifth Cause of Action, "Unauthorized Lost Time Deductions," for an individual claim by Plaintiff Smith under Oregon law.

This Statement of Non-Opposition is based upon and contingent upon the ongoing accuracy of the representation by plaintiffs' counsel that their client James Tate, the plaintiff in the case of *James Tate, et al v. U.S. Bank National Association, dba U.S. Bank*, Case No. 0607-07188 Circuit Court of Oregon, County of Multnomah, has dropped all claims for class action treatment in the *Tate* case and will not seek class action treatment in the *Tate* case.

DATED this 15th day of July 2008.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Judith Droz Keyes*
Judith Droz Keyes
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION