1 [COUNSEL LISTED ON NEXT PAGE]

2

3

4

5

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN

10  DISTRICT OF CALIFORNIA

11 ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, and KELLY SMITH, individually and on behalf of all others similarly situated,

vs.

U.S. BANK NATIONAL ASSOCIATION, dba US Bank,

Defendant.

Case No. C 07-02951 SI

**STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 15, 2008 CASE MANAGEMENT CONFERENCE**

Date:   August 15, 2008
Time:   2:30 p.m.
Ctrm:   10

Hon. Susan Illston

1  JOSE R. MATA, (Cal. Bar No. 83724, Oregon Bar No. 80305)
   E-Mail: JMata@wagelawyer.com
2  BAILEY PINNEY, PC
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: (360) 567-2551
4  Fax: (360) 567-3331

5  BONNIE MAC FARLANE, (Cal. Bar No. 161526)
   E-Mail:  BMacfarlane@wagelawyer.com
6  BAILEY PINNEY, PC
   720 Howe Street, Suite 113
7  Sacramento, CA 95825
   Telephone: (916) 923-5537
8  Fax: (916) 923-5587

9  SUSAN SIMMONS SEEMILLER (Cal. Bar No. 150546)
   E-Mail: SSeemiller@wagelawyer.com
10 BAILEY PINNEY, PC
   840 County Square Drive
11 Ventura, CA 93003
   Telephone: (805) 339-9090
12 Fax: (805) 339-0090

13 Attorneys for Plaintiffs
   Ross, Ramos, Prasad, Burkhart, Housken, and Smith
14

15 JUDITH DROZ KEYES (CA State Bar No. 66408)
   STUART R. MILLER (CA State Bar No. 127766)
16 MICHELLE FIFE (CA State Bar No. 240554)
   DAVIS WRIGHT TREMAINE LLP
17 505 Montgomery Street, Suite 800
   San Francisco, California 94111-6533
18 Telephone:     (415) 276-6500
   Facsimile:     (415) 276-6599
19 jkeyes@dwt.com
   stuartmiller@dwt.com
20
   Attorneys for Defendant
21 U.S. Bank National Association

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

1
STIPULATION TO CONTINUE AUGUST 15, 2008 CASE MANAGEMENT CONFERENCE          DWT 11519078v1 0023784-000227

# STIPULATION TO PROPOSE CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Plaintiffs Ann Ross, Maurita Prasad, Kelly Smith, Tamara Burkhart, Nanette Renee Housken, and Dennis Ramos ("Plaintiffs") and Defendant U.S. Bank National Association ("U.S. Bank"), through their respective counsel of record, stipulate as follows:

1. On May 28, 2008, Plaintiffs filed a Motion to Partially Lift the Stay as to the Claims of Plaintiff Smith. The hearing on this motion was set for the morning of August 15, 2008. Pursuant to that hearing date, the Court ordered the parties to appear for a case management conference on the afternoon of August 15, 2008. On July 15, 2008, Defendant filed a Statement of Non-Opposition to this motion.

2. On June 27, 2008, Plaintiffs filed a Motion to Partially and Temporarily Lift the Stay and to Sever and Transfer the Claims of Plaintiff Ramos to the District of Oregon, and a Motion to Sever and Transfer the Claims of Plaintiff Smith to the District of Oregon. A hearing date of October 3, 2008, is set for those motions.

3. In light of U.S. Bank's Non-Opposition to Plaintiffs' Motion to Lift the Stay as to the Claims of Plaintiff Smith eliminating the need for a hearing on August 15, 2008, and because Plaintiffs' newly filed motions have the potential for significantly impacting the posture of the case, the parties respectfully suggest that the August 15, 2008, Case Management Conference be continued until October 3, 2008, or thereafter.

Respectfully Submitted,

Dated: July 18, 2008          BAILEY PINNEY PC

By _____/s/_____
    Jose R. Mata

Attorneys for Plaintiffs Ross, Prasad, Smith, Burkhart, Housken, and Ramos

Dated: July 18, 2008          DAVIS WRIGHT TREMAINE LLP

By _____/s/_____
    Judith Droz Keyes
    Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

# ORDER

On the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the August 15, 2008, Case Management Conference is vacated.

IT IS FURTHER ORDERED that the parties shall appear for a Case Management Conference on October 3, 2008, at 2:30 p.m.

Dated: July_____ 2008

_____
Susan Illston
United States District Judge