JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
ANGELA CORRIDAN (CA State Bar No. 257076)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com
michellefife@dwt.com
angelacorridan@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, DENNIS RAMOS, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>            Defendant. | Case No. C 07-2951 SI<br><br>**DEFENDANT'S NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT (FOURTH CAUSE OF ACTION—COLLECTIVE ACTION AND CLASS CLAIMS)**<br><br>[Fed.R.Civ.P. 56]<br><br>[Memorandum of Points and Authorities; Declaration of Christopher McCracken, Declaration of Judith Droz Keyes, and Proposed Order filed concurrently herewith]<br><br>Date: October 3, 2008<br>Time: 9:00 a.m.<br>Courtroom 10<br>Hon. Susan Illston |

NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT
(FOURTH CAUSE OF ACTION—COLLECTIVE ACTION AND CLASS CLAIMS)
Case No. C 07-2951 SI

DWT 11714597v1 0023784-000227

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE that on October 3, 2008 at 9:00 a.m.,** or as soon thereafter as the matter may be heard, before the Honorable Susan Illston in Courtroom 10 of the above-referenced Court, 450 Golden Gate Avenue, 19th Floor, San Francisco, CA 94102, Defendant U.S. Bank National Association ("U.S. Bank") will and hereby does move this Court for an order granting summary judgment of the class action and collective action claims in the Fourth Cause of Action in the Second Amended Complaint in Defendant's favor.

This motion is based upon this Notice and Motion, the Memorandum of Points and Authorities, the Declaration of Judith Droz Keyes, and the Declaration of Christopher McCracken, filed concurrently herewith, all the papers, records and documents on file in this matter, upon such further evidence and argument as may be presented at the hearing on this motion, and upon such further evidence as the Court deems proper.

DATED:  August 29, 2008

> Respectfully submitted,
>
> DAVIS WRIGHT TREMAINE LLP
>
> By:   */s/ Judith Droz Keyes*
>         Judith Droz Keyes
> Attorneys for Defendant
> U.S. BANK NATIONAL ASSOCIATION

2
NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT
(FOURTH CAUSE OF ACTION—COLLECTIVE ACTION AND CLASS CLAIMS)
Case No. C 07-2951 SI

DWT 11714597v1 0023784-000227