JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
ANGELA CORRIDAN (CA State Bar No. 257076)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com
michellefife@dwt.com
angelacorridan@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, DENNIS RAMOS, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>        Defendant. | Case No. C 07-2951 SI<br><br>**DECLARATION OF JUDITH DROZ KEYES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (FOURTH CAUSE OF ACTION)**<br><br>Date:  October 3, 2008<br>Time:  9:00 a.m.<br>Courtroom 10<br>Hon. Susan Illston |

## DECLARATION OF JUDITH DROZ KEYES

I, Judith Droz Keyes, declare as follows:

1. I am a partner in the law firm of Davis Wright Tremaine LLP, counsel to Defendant in this action. I make this Declaration in support of the Motion by Defendant U.S. Bank National Association ("U.S. Bank") for Partial Summary Judgment (Fourth Cause of Action.) I make this Declaration on the basis of my personal knowledge and, if called upon, I could testify truthfully and competently to the facts set forth herein.

2. Four of the Plaintiffs in the Second Amended Complaint, that is, Ann Ross, Dennis Ramos, Maurita Prasad, and Kelly Smith, initiated this lawsuit on April 6, 2007, by filing a complaint in Alameda County Superior Court on behalf of themselves and others similarly situated, alleging various wage and hour violations under California and Oregon laws and the Fair Labor Standards Act. 29 U.S.C. § 201 *et seq.* This complaint, which was never served on U.S. Bank, is attached as Exhibit 1 hereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 29th day of August at San Francisco, California.

*/s/ Judith Droz Keyes*
Judith Droz Keyes