JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
ANGELA CORRIDAN (CA State Bar No. 257076)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com
michellefife@dwt.com
angelacorridan@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, DENNIS RAMOS, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**DECLARATION OF CHRISTOPHER MCCRACKEN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (FOURTH CAUSE OF ACTION—COLLECTIVE ACTION AND CLASS CLAIMS)**<br><br>Date: October 3, 2008<br>Time: 9:00 a.m.<br>Courtroom 10<br>Hon. Susan Illston |

DECLARATION OF CHRISTOPHER MCCRACKEN
ISO MOTION FOR PARTIAL SUMMARY JUDGMENT (FOURTH CAUSE OF ACTION—
COLLECTIVE ACTION AND CLASS CLAIMS)
Case No. C 07-2951 SI

DWT 11715091v1 0023784-000227

## DECLARATION OF CHRISTOPHER MCCRACKEN

I, Christopher F. McCracken, declare as follows:

1.  I am a partner in the law firm of Davis Wright Tremaine LLP, counsel to Defendant in this action. I work primarily out of the Portland, Oregon office of Davis Wright Tremaine. I make this Declaration in support of the Motion by Defendant U.S. Bank National Association ("U.S. Bank") for Partial Summary Judgment (Fourth Cause of Action.) I make this Declaration on the basis of my personal knowledge and, if called upon, I could testify truthfully and competently to the facts set forth herein.

2.  Plaintiffs' counsel, Bailey Pinney filed *McElmurry and Mrazek v. U.S. Bank National Association*, Case No. 04-CV-00642, on May 11, 2004, in the U.S. District Court for the District of Oregon ("*McElmurry*"), on behalf of the named plaintiffs and those similarly situated.

3.  The Second Amended Complaint in *McElmurry*, attached as Exhibit 1 hereto, asserted a Sales and Service Manager ("SSM") misclassification class claim virtually identical to the claim Plaintiff Smith has asserted in the Second Amended Complaint in this case, i.e., that U.S. Bank misclassified its SSMs in Washington and Oregon as exempt from overtime pay in violation of the FLSA, 29 U.S.C. §207.

4.  In *McElmurry*, the plaintiffs moved to certify a nationwide SSM class as a collective action on May 20, 2004, but voluntarily withdrew that motion in order to conduct more discovery. *See* Opinion and Order in *McElmurry* dated December 8, 2006, attached as Exhibit 2, at p. 3.

5.  The parties in *McElmurry* conducted discovery for the next 13 months until the discovery period closed on July 22, 2005. *Id.* at Exhibit 2, p. 1.

6.  On August 22, 2005, plaintiffs in *McElmurry* again moved, for a second time, for an order certifying the SSM class. *Id.* Plaintiffs' second motion proposed a class of all SSMs employed by U.S. Bank in Oregon and Washington from May 2001 to May 2004. The Court denied Plaintiffs' motion for certification, but plaintiffs were granted additional discovery time and leave to re-file their motion after discovery was complete. *Id.* at Exhibit 2, p. 3.

1

DECLARATION OF CHRISTOPHER MCCRACKEN
ISO MOTION FOR PARTIAL SUMMARY JUDGMENT (FOURTH CAUSE OF ACTION—
COLLECTIVE ACTION AND CLASS CLAIMS)
Case No. C 07-2951 SI

DWT 11715091v1 0023784-000227

7.   In denying plaintiffs' second motion, the court noted that plaintiffs had engaged in substantial discovery on the SSM claim and that discovery was closed with the exception of responses to two interrogatories that sought contact information for terminated SSMs. *Id.* at Exhibit 2, p. 3. The court reopened discovery.

8.   After receiving U.S. Bank's discovery responses, and after additional class-wide discovery, on May 8, 2006, the *McElmurry* plaintiffs again moved, for the third time, for certification of the SSM collective action. *Id.* at Exhibit 2, p. 3, 8.

9.   Magistrate Judge Hubel recommended that plaintiffs' motion be denied based on his determination that the SSMs were not "similarly situated" under Section 216(b), as required for collective action treatment. *Id.* at Exhibit 2, p. 5.

10.  On December 8, 2006, District Judge Ancer Haggerty denied the Plaintiffs' objections to Magistrate Hubel's 's findings, and adopted the findings of the Magistrate. Judge Haggerty's opinion held that "defendant's mere classification of all SSMs as exempt is insufficient to establish that the SSMs are similarly-situated." *Id.* at Exhibit 2, p. 9.

11.  Judge Haggerty found that "plaintiffs engaged in substantial discovery on the SSM claim and successfully extended the discovery deadline several times to pursue their discovery requests," which included "contact[ing] the terminated SSMs." *Id.* at Exhibit 2, p. 9.

12.  Judge Haggerty held that "the Findings and Recommendation's thorough review of the evidence shows that, although each SSM has the same overall job description, the range of managerial, discretionary, and ministerial duties performed and the amount of time spent performing each particular duty varies greatly from branch to branch." *Id.* at p. 10. The court adopted the Magistrate Judge's finding that "the differences [in job duties] require an individualized inquiry to determine, on an employee-by-employee basis, whether each SSM was properly classified as exempt. *Id.* at Exhibit 2, p. 10.

13.  Plaintiffs' counsel Bailey Pinney appealed the certification denial by Judge Haggerty based on collateral order appellate jurisdiction on December 15, 2006. *See* Notice of Appeal dated December 15, 2006, attached as Exhibit 3 hereto.

DAVIS WRIGHT TREMAINE LLP

DECLARATION OF CHRISTOPHER MCCRACKEN
ISO MOTION FOR PARTIAL SUMMARY JUDGMENT (FOURTH CAUSE OF ACTION—
COLLECTIVE ACTION AND CLASS CLAIMS)
Case No. C 07-2951 SI

DWT 11715091v1 0023784-000227

1. The Ninth Circuit Court of Appeals dismissed the appeal as improper on December 26, 2007. *See* Filed Opinion, December 26, 2007, attached as Exhibit 4 hereto. When final judgment was entered in *McElmurry*, none of the parties appealed the judgment.

15. In addition to *McElmurry* and *Ross*, Bailey Pinney brought an SSM misclassification class action in *Tate v. U.S. Bank*. *Tate v. U.S. Bank*, Circuit Court of Oregon, County of Multnomah, Case No. 0607-07188. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the March 28, 2008 hearing in the *Tate* case.

16. Attached hereto as Exhibit 6 is the judgment entered in *McElmurry* on approximately January 29, 2008. It provides as follows, "Plaintiff McElmurry's and Mrazek's collective action claims are dismissed with prejudice and with plaintiffs McElmurry and Mrazek taking nothing thereby, collective action treatment having been denied on all claims."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 29th day of August at Portland, Oregon.

/s/ Christopher McCracken
Christopher McCracken

DECLARATION OF CHRISTOPHER MCCRACKEN
ISO MOTION FOR PARTIAL SUMMARY JUDGMENT (FOURTH CAUSE OF ACTION—
COLLECTIVE ACTION AND CLASS CLAIMS)
Case No. C 07-2951 SI

DWT 11715091v1 0023784-000227