Exh 6

CAROL J. BERNICK, OSB #89409
carolbernick@dwt.com
CHRISTOPHER F. MCCRACKEN, OSB #89400
chrismccracken@dwt.com
KEVIN H. KONO, OSB #02352
kevinkono@dwt.com
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Defendant U.S. Bank National Association

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| KERI MCELMURRY AND KAREN MRAZEK INDIVIDUALLY, and on behalf of All Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendant. | Case No. 04-CV-00642-HA<br><br>JUDGMENT |

Plaintiffs Keri McElmurry and Karen Mrazek (now known as Karen Montoya) brought this action on their own behalf and as a proposed collective action on behalf of others. On October 1, 2004 and October 7, 2005 the Court denied plaintiffs' Motion and Renewed Motion for Notice of Collective Action on plaintiffs' Second Claim for Relief (as articulated in their Second Amended Complaint). On December 1, 2005 and December 8, 2006 the Court denied

Page 1 – JUDGMENT

plaintiffs' Motion and Second Motion to Certify the Class on plaintiffs' First Claim for Relief (as articulated in their Second Amended Complaint). On October 7, 2005 the Court dismissed plaintiffs' Third Claim for Relief (as articulated in their Second Amended Complaint).

On August 14, 2007, the Court granted plaintiff McElmurry's "Motion for Partial Summary Judgment on Liability on Plaintiffs' FLSA Overtime Claim (SSM)." Ms. McElmurry voluntarily dismissed her Second Claim for Relief before trial. Plaintiff McElmurry's and plaintiff Mrazek's remaining individual claims were tried before the Court on January 23-24, 2008. This Court issued its findings of Fact and Conclusions of Law on February 11, 2008. Based upon these findings, IT IS ORDERED AND ADJUDGED as follows:

Claims for plaintiff Keri McElmurry:

1. Plaintiff McElmurry's Second and Third Claims for Relief are dismissed with prejudice.

2. On McElmurry's First Claim for Relief, judgment in the amount of $860.56 in overtime pay plus $860.56 in liquidated damages under 29 U.S.C. § 216(b).

3. On McElmurry's Fourth Claim for Relief, judgment in the amount of $2,220.00 in penalty wages for willfully failing to timely pay all wages at termination under ORS § 652.150.

Claims for plaintiff Karen Mrazek (aka Montoya):

1. On Mrazek's First Claim for Relief, judgment in the amount of $7,143.91 in overtime pay plus $1,143.91 in liquidated damages under 29 U.S.C. § 216(b).

2. On Mrazek's Fourth Claim for Relief, judgment in the amount of $4,384.80 in penalty wages for willfully failing to timely pay all wages at termination under ORS § 652.150.

///
///
///
///

Plaintiff McElmurry's and Mrazek's collective action claims are dismissed with prejudice and with plaintiffs McElmurry and Mrazek taking nothing thereby, collective action treatment having been denied on all claims.

DATED this ___ day of February, 2008.

_____
Ancer Haggerty
United States District Judge