JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
ANGELA CORRIDAN (CA State Bar No. 257076)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com
michellefife@dwt.com
angelacorridan@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, DENNIS RAMOS, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>    Defendant. | Case No. C 07-2951 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT U.S. BANK'S MOTION FOR PARTIAL SUMMARY JUDGMENT (FOURTH CAUSE OF ACTION— COLLECTIVE ACTION AND CLASS CLAIMS)**<br><br>Date: October 3, 2008<br>Time: 9:00 a.m.<br>Courtroom 10<br>Hon. Susan Illston |

[PROPOSED] ORDER
Case No.: C07-2951SI

ORDER

The Motion by Defendant U.S. Bank National Association for Partial Summary Judgment (Fourth Cause of Action) came on regularly for hearing in this Court on October 3, 2008, before the Honorable Susan Illston, United States District Court Judge. Appearances of counsel are as set forth in the record.

Having considered all papers filed in support of and in opposition to the motion and having heard the argument of counsel, the Court finds as follows. In the Fourth Cause of Action in the Second Amended Complaint, Plaintiff Kelly Smith alleges on behalf of a putative class under Federal Rule of Civil Procedure 23 and a putative collective under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.,* that Defendant misclassified its Oregon and Washington Sales and Service Managers ("SSMs") as exempt under the FLSA and Oregon law. The District Court for the District of Oregon has denied collective action treatment of the nearly identical claim in *McElmurry and Mrazek v. U.S. Bank National Association* (U.S.D.C., D. Or. Case No. 04-CV-00642 ("*McElmurry*"). The *McElmurry* District Court found that the plaintiffs had engaged in substantial discovery and that a "thorough review of the evidence shows that, although each SSM has the same overall job description, the range of managerial, discretionary, and ministerial duties performed and the amount of time spent performing each particular duty varies greatly from branch to branch." *McElmurry* December 8, 2006, Opinion and Order, at 5, citing Findings and Recommendation of the Magistrate Judge at 20-23. The district court adopted the magistrate judge's finding that "the differences [in job duties] require an individualized inquiry to determine, on an employee-by-employee basis, whether each SSM was properly classified as exempt." *Id.*, citing Findings and Recommendation at 27-28. The district court said, "In light of the individualized nature of the liability and defense inquiries, this court agrees that certification of the SSM claim as a collective action would not serve judicial efficiency." *Id. at 10.*

Under the doctrine of issue preclusion, the class/collective action claim Plaintiffs make in the Fourth Cause of Action in the Second Amended Complaint has already been decided and should not be relitigated. *In re Bridgestone/Firestone, Inc,* 333 F.3d 763, 767 (7th Cir. 2003). Accordingly, and being satisfied that good cause has been shown,

DAVIS WRIGHT TREMAINE LLP

[PROPOSED] ORDER   1
Case No.: C07-2951SI

IT IS HEREBY ORDERED THAT:

Summary judgment of the class action and collective action claims in the Fourth Cause of Action in the Second Amended Complaint is granted in favor of Defendant.

Dated: _____   _____
                                   THE HONORABLE SUSAN ILLSTON
                                   United States District Court Judge

Prepared by:
DAVIS WRIGHT TREMAINE LLP

By:   */s/ Judith Droz Keyes*
      Judith Droz Keyes
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

[PROPOSED] ORDER       2
Case No.:  C07-2951SI