JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
ANGELA CORRIDAN (CA State Bar No. 257076)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com
michellefife@dwt.com
angelacorridan@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, DENNIS RAMOS, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>　　　　　　Defendant. | Case No. C 07-2951 SI<br><br>**DEFENDANT'S NOTICE AND MOTION FOR PARTIAL SUMMARY JUDGMENT (EIGHTH CAUSE OF ACTION)**<br><br>[Fed.R.Civ.P. 56]<br><br>[Memorandum of Points and Authorities, Declaration of Deborah Dreischmeyer, and Proposed Order filed concurrently herewith]<br><br>Date:  October 3, 2008<br>Time:  9:00 a.m.<br>Courtroom 10<br>Hon. Susan. Illston |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE that on October 3, 2008 at 9:00 a.m.,** or as soon thereafter as the matter may be heard, before the Honorable Susan Illston in Courtroom 10 of the above-referenced Court, 450 Golden Gate Avenue, 19th Floor, San Francisco, CA 94102, Defendant U.S.

1  Bank National Association ("U.S. Bank") will and hereby does move this Court for an order
2  granting summary judgment of Plaintiff's Eighth Cause of Action in Defendant's favor.
3      This motion is based upon this Notice and Motion, the Memorandum of Points and
4  Authorities, and the Declaration of Deborah Dreischmeyer, filed concurrently herewith, all the
5  papers, records and documents on file in this matter, upon such further evidence and argument as
6  may be presented at the hearing on this motion, and upon such further evidence as the Court
7  deems proper.
8  DATED: August 29, 2008

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:    */s/ Judith Droz Keyes*
       Judith Droz Keyes
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

DAVIS WRIGHT TREMAINE LLP