# Exh 1

# NEW HIRE INFORMATION
ALSO USE FOR REHIRES AND REINSTATEMENTS

REGION CODE: C2

## 1. PERSONAL DATA

| | LAST | FIRST | MIDDLE | SOCIAL SECURITY NUMBER | Check if both the name and the SSN exactly match the employee's Soc. Sec. card. |
|---|---|---|---|---|---|
| NAME | Ross | Ann | K | 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 | ✓ |

| | STREET ADDRESS (not P.O. box) | APT# | CITY | STATE ZIP CODE |
|---|---|---|---|---|
| ADDRESS | 14402 Hawthorne Blvd. | 152 | Lawndale | CA 90260 |

| | HOME | OTHER | | LANGUAGE(S) (For Bilingual Directory Program) |
|---|---|---|---|---|
| PHONE | 310-497-7819 | Cell | 310-676-0529 | N/A |

| FROM THE TAX FORMS: | FILING STATUS | # ALLOWANCES | ADD'L AMOUNT | STATE | FILING STATUS | # ALLOWANCES | ADD'L AMOUNT |
|---|---|---|---|---|---|---|---|
| FED W-4 | ☐ M  ✓ S | 5 | | STATE CA | S | 2 | $ - |

LOCAL TAX: MOST LOCAL TAXES ARE BASED ON WHERE THE EMPLOYEE WORKS; RESIDENCE-BASED TAX IS DEDUCTED ONLY IF REQ'D BY LAW. COMPLETE AS APPLICABLE.

RESIDENT CITY (KY, MO, NY, OH, PA): 
SCHOOL DIST. # (OH, PA): 
RES. COUNTY (KY, IN, OR, OH, PA):

## 2. SUPPLEMENTAL DATA

| GENDER | MARITAL STATUS (optional) | ETHNIC IDENTIFICATION (optional): |
|---|---|---|
| ☐ Male  ✓ Female | ✓ Single  ☐ Married | ☐ White  ✓ Black  ☐ Hispanic  ☐ Am. Indian  ☐ Asian |

| DATE OF BIRTH | EDUCATION - HIGHEST GRADUATED: | CITIZENSHIP: | Visa Type (J1, F1, etc.) Alien/Admission #: Expires: | TAX CREDIT CONFIRM# |
|---|---|---|---|---|
| 11/23/1976 | 2 Yr College [L] | U.S. CITIZEN [1] | | 0211B81D8Y |

| EMERGENCY CONTACT NAME | RELATIONSHIP | ADDRESS | CITY | STATE | ZIP | PHONE |
|---|---|---|---|---|---|---|
| Linda Ross | Mother | 4513 W. 115th Street #8 | Hawthorne | CA | | HOME: 310-676-0529  OTHER: 310-462-8808 |

## 3. PAYROLL DATA
TO BE COMPLETED BY MANAGER/EMPLOYMENT

| DATE OF HIRE (FIRST DAY WORKED) | COMPANY / COST CENTER (MUST BE TEN DIGITS) | MAIL LOCATION | REHIRE? | |
|---|---|---|---|---|
| 10/07/2005 | 3000008953 | LM-CA-8953 | ☐ Yes [110] | ☐ Within 30 days? [116]  ☐ Reinstate? [113] |

| JOB CODE | TITLE | STANDARD HOURS | CHECK IF: |
|---|---|---|---|
| SRGQ1 | In Store Banker 1 | 30 HOURS PER WEEK | ☐ Temp/Seasonal  ☐ MKE UNN |

| ANNUAL SALARY | HOURLY RATE | Check if pay is Commission and Draw only. | SHIFT PREMIUM | INCENTIVE PLAN OVERRIDE |
|---|---|---|---|---|
| ▮▮▮ OR | $ 12.000000 | ☐ | % | ☐ Approved by Comp. |

| SUPERVISOR FOR MANAGER SELF SERVICE (If different than the cost center manager) | ABA/RTN # | ACCOUNT# | TYPE |
|---|---|---|---|
| Name ___ Intranet ID or SSN ___ | -SPECIAL USE ONLY- | | |

## 4. FIRST PAYCHECK ADJUSTMENTS

| FOR EXEMPT AND 20-40 HOUR NON-EXEMPT: LIST THE HOURS WORKED BEFORE THE BEGINNING OF THE CURRENT PAY PERIOD. | CURRENT ADJUSTMENT | MID-WEEK HIRES: FOR NON-EXEMPT 20-40 HOUR EMPLOYEES WHO ARE HIRED MID-WEEK AND HAVE EXCEPTION TIME DURING THEIR FIRST WEEK: DO NOT REPORT ON TIME TRANSMITTAL. | +/- EXCEPTION HOURS |
|---|---|---|---|

## 5. SPECIAL INSTRUCTIONS
Send signing bonus or other special agreements to Compensation. Send relocation info to Relocation Dept.

COMPLETED BY:

| Debby Dreischmeyer | | 10/13/2005 | 858-720-7120 |
|---|---|---|---|
| PRINT MANAGER or HR NAME | MANAGER or HR SIGNATURE | DATE | PHONE |

Rev 11/2004 — SEND TO PAYROLL -- COPY TO PERSONNEL FILE — 10/13/05 12:18 PM