# Exh 2

April 18, 2006

To whom it may concern:

As I do appreciate the opportunity of being employed as a US Bank employee, I regretfully resign from my position as In-store Personal Banker. As of May 9, 2006 I will no longer be available for employment with US Bank.

Regretfully Yours,

Ann Ross

EXHIBIT PLT/DEFT. 10 for identification
WITNESS: A. Ross
DATE: 6-16-08
SHARON TRUJILLO, CSR 6120

USB-ROSS_001222