# Exh 3

# CALIFORNIA WEEKLY TIME SHEET

**usbank**

| INTRANET ID | EMPLOYEE NAME | COST CENTER |
|---|---|---|
| akross1 | Ann Ross | 8953 |

| WEEK ENDING DATE | | STANDARD HOURS |
|---|---|---|
| 4/08/2006 | This time sheet computes overtime based on California law. | 30.00 |

| WEEK | DAY/DATE | | BEGIN | LUNCH OUT | LUNCH IN | OTHER UNPAID BREAK OUT | OTHER UNPAID BREAK IN | END | DAILY TOTALS WORKED* | VAC | SICK | HOLIDAY | OTHER PAID | OT Calcs Daily over 8 hours (over 0 on Saturday if worked on all 7 days) | OT Calcs Daily over 12 hours on all 7 days)(over 8 on Saturday if worked on all 7 days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SUN | 4/2 | | | | | | | - | - | - | - | - | - | - |
| | MON | 4/3 | 9:30 AM | 1:35 PM | 2:20 PM | | | 5:50 PM | 7.6 | - | - | - | - | - | - |
| | TUE | 4/4 | 9:30 AM | 2:04 PM | 3:04 PM | | | 5:35 PM | 7.1 | - | - | - | - | - | - |
| | WED | 4/5 | 10:30 AM | 3:06 PM | 4:06 PM | | | 7:10 PM | 7.7 | - | - | - | - | - | - |
| | THU | 4/6 | 9:30 AM | 2:29 PM | 3:29 PM | | | 5:50 PM | 7.3 | - | - | - | - | - | - |
| | FRI | 4/7 | 8:30 AM | 1:15 PM | 2:42 PM | | | 5:30 PM | 7.6 | - | - | - | - | - | - |
| | SAT | 4/8 | | | | | | | - off | - | - | - | - off | - | - |
| | | | | | | | WEEKLY TOTALS: | | 37.3 | - | - | - | - | | |
| | | | | | | | DAILY/WEEKLY 1.5 OT: | | - | | | | | TOTAL: 37.3 | |
| | | | | | | | Daily 2x OT: | | - | | | | | | |

Comments:

I certify that the time recorded on this time record is accurate, and have reviewed the calculations for accuracy. I understand that it is a violation of company policy to overreport or underreport time worked. I understand that both failure to obtain advance approval from my manager to work overtime, and failure to record any time worked (approved or not), is a violation of company policy.

EMPLOYEE SIGNATURE   4-7-06 DATE         SUPERVISOR APPROVAL

** Greater than 20 minutes.

Maintain this time record in secure storage for three years.

This time sheet rounds daily time to the nearest tenth of an hour. Managers should contact their HR generalist if they believe the calculations do not properly reflect total hours worked.

Rev. 6/2005

USB-ROSS_000036

# CALIFORNIA WEEKLY TIME SHEET

**USBank**

| INTRANET ID | EMPLOYEE NAME | COST CENTER |
|---|---|---|
| akross1 | Ann Ross | 8953 |

| WEEK ENDING DATE | | STANDARD HOURS |
|---|---|---|
| 4/15/2006 | This time sheet computes overtime based on California law. | 30.00 |

| DAY/DATE | | BEGIN | LUNCH OUT | LUNCH IN | OTHER UNPAID BREAK** OUT | OTHER UNPAID BREAK** IN | END | DAILY TOTALS WORKED* | VAC | SICK | HOLIDAY | OTHER PAID | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | 4/9 | | | | | | | - | - | - | - | - | |
| MON | 4/10 | | | | | | | - | - | - | 6.0 | - | off |
| TUE | 4/11 | 9:30 AM | 2:53 PM | 4:36 PM | | | 4:38 PM | 7.1 | - | - | - | - | |
| WED | 4/12 | 10:28 AM | 2:28 PM | 3:28 PM | | | 7:06 PM | 6.9 | - | - | - | - | |
| THU | 4/13 | 10:26 AM | 1:25 PM | 2:25 PM | | | 5:55 PM | 6.5 | - | - | - | - | |
| FRI | 4/14 | 9:30 AM | 2:00 PM | 2:30 PM | | | 5:37 PM | 7.1 | - | - | - | - | |
| SAT | 4/15 | 9:30 AM | 2:00 PM | 2:30 PM | | | 4:30 PM | 6.5 | - | - | - | - | |

| | WEEKLY TOTALS: | 34.1 | - | - | 6.0 | - |
|---|---|---|---|---|---|---|
| | DAILY/WEEKLY 1.5 OT: | 0.1 | Daily 2x OT | | | |
| | | | | | TOTAL: | 40.1 |

OT Calcs:
- Daily, over 8 hours (over 0 on Saturday if worked on all 7 days)
- Daily, over 12 hours (over 8 on Saturday if worked on all 7 days)

Comments:

I certify that the time recorded on this time record is accurate, and have reviewed the calculations for accuracy. I understand that it is a violation of company policy to overreport or underreport time worked. I understand that both failure to obtain advance approval from my manager to work overtime, and failure to record any time worked (approved or not), is a violation of company policy.

_____  4/15/06
EMPLOYEE SIGNATURE    DATE

_____
SUPERVISOR APPROVAL

Maintain this time record in secure storage for three years.

** Greater than 20 minutes.

This time sheet rounds daily time to the nearest tenth of an hour. Managers should contact their HR generalist if they believe the calculations do not properly reflect total hours worked.

Rev. 6/2005

USB-ROSS_000038

# CALIFORNIA WEEKLY TIME SHEET

**USbank**

| INTRANET ID | EMPLOYEE NAME | COST CENTER |
|---|---|---|
| akross1 | Ann Ross | 8953 |

| WEEK ENDING DATE | | STANDARD HOURS |
|---|---|---|
| 4/22/2006 | This time sheet computes overtime based on California law. | 30.00 |

| DAY/DATE | | BEGIN | LUNCH OUT | LUNCH IN | OTHER UNPAID BREAK** OUT | OTHER UNPAID BREAK** IN | END | WORKED* | VAC | SICK | HOLIDAY | OTHER PAID | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | 4/16 | | | | | | | - | - | - | - | - | |
| MON | 4/17 | 9:30 AM | 12:33 PM | 1:33 PM | | | 4:00 PM | 5.5 | - | - | - | - | |
| TUE | 4/18 | 9:30 AM | 12:00 PM | 1:00 PM | | | 5:39 PM | 7.2 | - | - | - | - | |
| WED | 4/19 | 10:30 AM | 12:00 PM | 12:48 PM | | | 7:05 PM | 7.8 | - | - | - | - | |
| THU | 4/20 | 9:30 AM | 12:05 PM | 1:05 PM | | | 5:40 PM | 7.2 | - | - | - | - | off |
| FRI | 4/21 | | | | | | | - | - | - | - | - | |
| SAT | 4/22 | 9:30 AM | 10:40 AM | 11:30 AM | | | 4:00 PM | 5.7 | - | - | - | - | off |
| | | | | | WEEKLY TOTALS: | | | 33.4 | - | - | - | - | TOTAL: 33.4 |
| | | | | | DAILY/WEEKLY 1.5 OT: | | | - | | | Daily 2x OT | - | |

**OT Calcs**
- Daily: over 8 hours (over 8 on Saturday if worked on all 7 days)
- Daily: over 12 hours (over 8 on Saturday if worked on all 7 days)

Comments:

I certify that the time recorded on this time record is accurate, and have reviewed the calculations for accuracy. I understand that it is a violation of company policy to overreport or underreport time worked. I understand that both failure to obtain advance approval from my manager to work overtime, and failure to record any time worked (approved or not), is a violation of company policy.

_____    4-22-06
EMPLOYEE SIGNATURE           DATE

_____
SUPERVISOR APPROVAL

** Greater than 20 minutes.

Maintain this time record in secure storage for three years.

This time sheet rounds daily time to the nearest tenth of an hour. Managers should contact their HR generalist if they believe the calculations do not properly reflect total hours worked.

Rev. 6/2005

USB-ROSS_000040

Jul. 19. 2006 12:56PM                                                                                    No. 4359   P. 5

# CALIFORNIA WEEKLY TIME SHEET

**PAYNET ID:** AKROSS
**EMPLOYEE NAME:** Ann Ross
**COST CENTER:** 0008953
**WEEK ENDING DATE:** 4/29/2006
**STANDARD HOURS:** 30.00

This time sheet computes overtime based on California law.

| DAY/DATE | | BEGIN | LUNCH OUT | LUNCH IN | OTHER UNPAID BREAK OUT | OTHER UNPAID BREAK IN | END | WORKED* | VAC | SICK | HOLIDAY | OTHER PAID | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | 4/23 | | | | | | | - | - | - | - | - | |
| MON | 4/24 | | | | | | | - | - | 6.0 | - | - | called out sick |
| TUE | 4/25 | | | | | | | - | - | 6.0 | - | - | called out sick |
| WED | 4/26 | | | | | | | - | - | - | - | - | |
| THU | 4/27 | 9:33 AM | 1:20 PM | 4:05 PM | | | 5:10 PM | 4.9 | - | - | - | - | |
| FRI | 4/28 | | | | | | | - | - | 6.0 | - | - | called out sick |
| SAT | 4/29 | | | | | | | - | - | 6.0 | - | - | called out sick |

**WEEKLY TOTALS:** 4.9   24.0   **TOTAL:** 28.9

**DAILY/WEEKLY 1.5 OT:** -     **Daily 2x OT:** -

**Comments:** Employee refused to sign because she thought she was not paid more [illegible]

I certify that the time recorded on this time record is accurate, and have reviewed the calculations for accuracy. I understand that it is a violation of company policy to overreport or underreport time worked. I understand that both failure to obtain advance approval from my manager (to work overtime, and failure to record any time worked (approved or not), is a violation of company policy.

**EMPLOYEE SIGNATURE**                                          **DATE**

Last day of work is at brand was Thursday – she did not sign @ she refused to sign.

**SUPERVISOR APPROVAL** [signature] 4/27/06

Maintain this time record in secure storage for three years.

** Greater than 20 minutes.

### OT Calcs
- Daily, over 8 hours (over 0 on Saturday if worked on all 7 days)
- Daily, over 12 hours (over 8 on Saturday, if worked on all 7 days)

This time sheet rounds daily time to the nearest tenth of an hour. Managers should contact their HR generalist if they believe the calculations do not properly reflect total hours worked.

Rev. 6/2005

USB-ROSS_001241

# CALIFORNIA WEEKLY TIME SHEET

**US Bank**

| INTRANET ID | EMPLOYEE NAME | COST CENTER |
|---|---|---|
| AKROSS | Ann Ross | 0008953 |

| WEEK ENDING DATE | | STANDARD HOURS |
|---|---|---|
| 5/06/2006 | This time sheet computes overtime based on California law. | 30.00 |

| DAY/DATE | | BEGIN | LUNCH OUT | LUNCH IN | OTHER UNPAID BREAK OUT | OTHER UNPAID BREAK IN | END | DAILY TOTALS WORKED | VAC | SICK | HOLIDAY | OTHER PAID | COMMENTS | OT Calcs Daily, over 8 hours (over 0 on Saturday if worked on all 7 days) | OT Calcs Daily, over 12 hours (over 8 on Saturday if worked on all 7 days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN | 4/30 | | | | | | | - | - | - | - | - | | - | - |
| MON | 5/1 | | | | | | | - | - | - | - | 6.0 | Branch & HR decided to payout employee since 5/2 | Ⓡ | Ⓡ |
| TUE | 5/2 | | | | | | | - | - | - | - | 6.0 | Branch & HR decided to payout employee since 5/2 | | Ⓡ |
| WED | 5/3 | | | | | | | - | - | - | - | - | | - | - |
| THU | 5/4 | | | | | | | - | - | - | - | - | | - | - |
| FRI | 5/5 | | | | | | | - | - | - | - | - | | - | - |
| SAT | 5/6 | | | | | | | - | - | - | - | - | | - | - |
| WEEKLY TOTALS: | | | | | | | | - | - | - | - | 12.0 | TOTAL: 12.0 | | |

DAILY/WEEKLY 1.5 OT: [ - ]   Daily 2x OT: [ - ]

**Comments:** 5/2 was last day H branch and HR decided to payout employee because he kept calling in sick b/c [?]

I certify that the time recorded on this time record is accurate, and have reviewed the calculations for accuracy. I understand that it is a violation of company policy to overreport or underreport time worked. I understand that both failure to obtain advance approval from my manager to work overtime, and failure to record any time worked (approved or not) is a violation of company policy.

EMPLOYEE SIGNATURE _____ DATE _____

SUPERVISOR APPROVAL _[signature]_

Maintain this time record in secure storage for three years.

** Greater than 20 minutes

This time sheet rounds daily time to the nearest tenth of an hour. Managers should contact their HR generalist if they believe the calculations do not properly reflect total hours worked.

Rev. 6/2005