# Exh 4



|  | Ann Ross | Print This Advice | View a Different Paycheck |
|---|---|---|---|
|  | US Bank National Assoc | Net Pay: | $362.87 |
|  | 4000 W Broadway | Pay Period: | 05/01/2006 - 05/15/2006 |
|  | Robbinsdale, MN 55422 | Check Date: | 05/01/2006 |

| Employee ID: | 347537 | Pay Group: | Exception Hourly |
|---|---|---|---|
| Address: | 4935 W. 120th st. Apt 5 | Department: | 3000008953 - GARDENA VONS |
|  | Hawthorne, CA 90250 | Location Code: | LM-CA-8953 |
|  |  | Job Title: | In Store Banker 1 |

### Paycheck Summary

|  | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 484.80 | 398.09 | 34.46 | 87.47 | 362.87 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | 12.00 | 12.000000 | 144.00 |
| Vac Payout | 25.00 | 12.000000 | 300.00 |
| Lost Time | -2.10 | 12.000000 | -25.20 |
| Add StrTim | 5.50 | 12.000000 | 66.00 |
| Total: | 40.40 |  | 484.80 |

### Taxes

| Description | Amount |
|---|---|
| Fed MED/EE | 5.91 |
| Fed OASDI/EE | 25.29 |
| CA OASDI/EE | 3.26 |
| Total: | 34.46 |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| Health | 56.00 |
| tal | 13.25 |
| Vision | 5.82 |
| AD&D | 2.70 |
| 401(k) | 9.70 |
| Total: | 87.47 |

### After Tax Deductions

| Description | Amount |
|---|---|
| Total: |  |

### Employer-Paid Benefit Subsidy

| Description | Amount |
|---|---|
| Health | 135.50 |
| Dental | 11.75 |
| EE TermLif | 0.43 |
| LTD* | 0.76 |
| * Taxable |  |
| Total: | 148.44 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Check | 4932908 |  | ******** | 362.87 |