# Exh 5

**US Bank**
Five Star Service Guaranteed

Ann Ross

US Bank National Assoc
4000 W Broadway
Robbinsdale, MN 55422

Print This Advice

View a Different Paycheck

| | |
|---|---|
| Net Pay: | $797.36 |
| Pay Period: | 04/16/2006 - 04/30/2006 |
| Check Date: | 04/28/2006 |

| | | | |
|---|---|---|---|
| Employee ID: | 347537 | Pay Group: | Exception Hourly |
| Address: | 4935 W. 120th st. Apt 5 | Department: | 3000008953 - GARDENA VONS |
| | Hawthorne, CA 90250 | Location Code: | LM-CA-8953 |
| | | Job Title: | In Store Banker 1 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 989.40 | 892.60 | 94.48 | 97.56 | 797.36 |
| YTD | 7,085.49 | 6,327.70 | 604.65 | 961.31 | 5,519.53 |

### Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | 65.00 | 12.000000 | 780.00 | 5,928.00 |
| 4/8 Add StrTim | 7.30 | 12.000000 | 87.60 | 788.40 |
| 4/15 Overtime | 0.10 | 18.000000 | 1.80 | 14.40 |
| 4/15 Add StrTim | 10.00 | 12.000000 | 120.00 | 0.00 |
| Lost Time | | | | -32.40 |
| Sick Pay | | | | 144.00 |
| D-CstLylPY | | | | 75.00 |
| iusOT Q | | | | 0.09 |
| Vacation | | | | 24.00 |
| Holiday Py | | | | 144.00 |
| **Total:** | **82.40** | | **989.40** | **7,085.49** |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng S-5 | 9.47 | 26.42 |
| Fed MED/EE | 13.23 | 93.81 |
| Fed OASDI/EE | 56.56 | 401.10 |
| CA Withholdng S-2 | 7.92 | 31.56 |
| CA OASDI/EE | 7.30 | 51.76 |
| **Total:** | **94.48** | **604.65** |

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Health | 56.00 | 448.00 |
| Dental | 13.25 | 106.00 |
| Vision | 5.82 | 46.56 |
| AD&D | 2.70 | 21.60 |
| 401(k) | 19.79 | 141.71 |
| **Total:** | **97.56** | **763.87** |

### After Tax Deductions

| Description | Amount | YTD Amount |
|---|---|---|
| Direct Dep | | 197.44 |
| **Total:** | | **197.44** |

### Employer-Paid Benefit Subsidy

| Description | Amount | YTD Amount |
|---|---|---|
| Health | 135.50 | 1,084.00 |
| Dental | 11.75 | 94.00 |
| EE TermLif | 0.43 | 3.44 |
| LTD* | 0.76 | 6.08 |
| * Taxable | | |
| **Total:** | **148.44** | **1,187.52** |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Check | 4929730 | | ******** | 797.36 |