# Exh 6



May 17, 2006

Attn: John Murillo
In-Store District Manager

Dear John Murillo:

This letter is being composed based on our conversation, May 16, 2006, in which I explained to you that I had not yet received my last paycheck. On April 27, 2006, I received my paycheck for the pay period ending April 28, 2006.
The dates, in which I was paid for, are for the weeks April 9- 15,2006, in which I worked over 37 hrs. The week of April 16-22, 2006, in which I worked 40.10 hrs. Our time sheets were to be turned in either on Saturday or Mondays. For the week of April 9-15 my time sheet was turned in on April 17,2006. For the week of April 16-22, 2006 my time sheet was turned in on April 22, 2006.

The pay period I am concerned about, that I have not been compensated for is the week Of April 23-29, 2006. Unfortunately due to illness, I was unable to attend work April 24,25, 28,29, in which I was scheduled to work. However, on April 27, 2006 I returned to work beginning my day at 9:30am – 5:11pm. On that day I became ill again in which the doctor took me off work again. I was scheduled to return to work on May 1, 2006 and complete my assignment as Personal Banker for US Bank. According to my resignation letter my final scheduled day of work was May 2, 2006. I have received payment for May 1-2, 2006 and payment for vacation payout of 25 hrs out of the 60 hrs that were available to me. That payment was in the amount of $362.87 excluding healthcare expenses. I have not received payment for the week of April 23-29, 2006, as of May 17, 2006. Unfortunately I was unable to turn in my timesheet due to my illness. On Monday may 1,2006 I arrived at 9:30 am and was informed that due to my illness, I should rest, and that I would be compensated. I then turn in documented medical statements for dates April 24,25,28,29, 2006 in which I was unable to work. I am requesting immediate payment of the hours for these dates, April 24,25,27,28,29, 2006 including the remainder 35 hours of vacation.

Sincerely,

Ann Ross