# Exh 7

Case 3:07-cv-02951-SI    Document 138-8    Filed 08/29/2008    Page 1 of 3



Friday, May 19, 2006

Ann Ross
14402 Hawthorne Blvd., #152
Lawndale, CA 90260

[Exhibit stamp: EXHIBIT PLT 12, WITNESS: A. Ross, DATE: 6-16-08, SHARON TRUJILLO, CSR 6120]

Dear Ann:

I am writing this in response to your letter to John Murillo, DM regarding your final pay. I hope this letter explains how and what you have been paid for in order to eliminate any further misunderstandings about your final pay.

To start off, let me explain how we process pay at US Bank. You were paid on a salary basis with your standard hours (30 per week) paid each pay period with any "exception time" paid the following pay period. Exception time is any adjustment for a week in which you worked more or less than your standard hours, took vacation or used sick leave. For example, your paycheck on April 28, 2006, included your full pay for 30 hours per week for the period 4/16-4/30. It also included exception time for the weeks ending 4/7 and 4/14.

You are claiming that you were not paid for April 24, 25, 27, 28 and 29. All except for the 27th was sick time. On 4/28/06 you were paid for a total of 65 hours (which reflects your 30 hour per week status) with 7.30 additional straight time and .10 of OT. This check included payment of your regular wages for April 24, 25, 27, 28 and 29 even though you were out sick for all but one of those days. You were then paid on 5/1/06 for your final pay which included 6 hours for 5/1 and 6 hours for 5/2 and your accrued vacation. Any other adjustments from past weeks would have been on this pay check as well. Your paycheck should have shown minus 24 hours of regular pay to reflect the sick days on April 24, 25, 28 and 29 and a positive 24 hours of sick time for those days. That change would not have changed the amount of your pay, but would have only shifted the regular hours previously paid to your on 4/28 to sick pay. The minus 24 hours of regular and the plus 24 hours of sick would have canceled each other out. However, that adjustment was inadvertently not made. You were not docked for any pay for the sick days; therefore you are not missing any hours. It just does not show the 24 hours of sick time as sick time, it is shown as regular time (included in the 65 hours) on your 4/28 check. If your time card had not been not transmitted, you would have been docked on the 5/1 paycheck for the 24 hours.

You also claimed that you were not paid for your 60 hours of vacation. Although your pay advice showed 60 hours of vacation, that is the amount you are eligible to earn for the year, not the amount you had earned through your last day. Our policy makes clear that you only earn 1/12 of your annual allotment of vacation during each month that you are employed. Based on your grade and years of service, you were eligible to earn 60 hours for the year at a rate of 5 hour per month. Since you terminated in May, you earned 5/12 of your annual allotment or 25 hours. US Bank is required to pay you for your earned vacation only so you

- 1 -

HR 12/2005

USB-ROSS_001242



have been paid for all your vacation hours you have earned. You were paid for your 25 hours of earned vacation on your final paycheck.

Based on this information, you have been paid all the monies US Bank owes you. I hope this has cleared up the misunderstanding. Please feel free to contact me with any other questions.

Sincerely,

*Debby Dreischmeyer*

Debby Dreischmeyer
Human Resources
California In Stores
858-720-7120