# Exh 8



# New Employee Orientation





usbank
Five Star Service Guaranteed

EXHIBIT 2 for identification
WITNESS: T. Burkhart
DATE: 6-10-08
SHARON TRUJILLO, CSR 6120

USB-ROSS_001439



## How Payroll Computes a Paycheck

*Part-time 0-19 Hour Non-exempt Employees*

A paycheck for part-time non-exempt employees scheduled to work up to 19 hours per week is based on the actual time recorded on the time sheets for the payday. This is known as being paid in <u>arrears</u> – the employee is paid a week or so <u>after</u> the time has been worked. (Refer to the pay calendar on the Human Resources tab of USBnet to see which week ending dates flow into which paydays.)

*Non-exempt 20-40 Hour Employees*

A paycheck for a non-exempt employee scheduled to work 20 to 40 hours per week includes:

1) Standard semi-monthly hours for the pay period. (This is known as being paid <u>current</u> – the employee is paid in full on payday for assumed hours worked during the pay period.)

2) Exception time from weeks ending in the prior pay period. Exception time is the difference between the standard hours and the hours actually worked in a previous week. Exceptions are paid in <u>arrears</u> – usually the pay period <u>after</u> the time was reported. (Refer to the pay calendar on USBnet to see which exception weeks are reflected on which paydays.)

- *Standard Hours computation examples:*          (52 weeks/year, 24 pay periods/year)

    40 standard weekly hours x 52 / 24 = 86.67 semi-monthly hours

    30 standard weekly hours x 52 / 24 = 65.00 semi-monthly hours

- *Standard Hours conversion chart:*

| Weekly | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Semi-monthly | 43.33 | 45.50 | 47.67 | 49.83 | 52.00 | 54.17 | 56.33 | 58.50 | 60.67 | 62.83 | 65.00 |
| Weekly | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | |
| Semi-monthly | 67.17 | 69.33 | 71.50 | 73.67 | 75.83 | 78.00 | 80.17 | 82.33 | 84.50 | 86.67 | |

- *Pay example:*

    On March 15, a 30-hour employee is paid current for 65 hours of pay covering March 1-15. He/she is also paid for exception time from weeks ending February 21 and 28. If he/she worked 44.5 hours in week ending February 21, and 22 hours in week ending February 28, here is how his/her check is computed:

    ```
      65.0  standard semi-monthly hours (current)
    + 10.0  additional straight time from week ending February 21 (arrears)
    +  4.5  overtime hours from week ending February 21 (arrears)
    -  8.0  unpaid hours from week ending February 28 (arrears)
    = 71.5  hours on paycheck
    ```

*Exempt (Salaried) Employees*

Exempt employees' paychecks are computed based on their standard semi-monthly hours. This applies for exempt employees at all standard hours, including part-time exempt.

Exempt employees are not eligible for additional pay for working more than their standard hours, and are not eligible for overtime pay.

Pay for exempt employees is not reduced for failure to work a minimum number of hours during a shift. However, if an entire day is missed, and no vacation or sick pay is available, pay may be reduced. Examples may include unpaid FMLA leave or an unpaid personal absence.

HR1165B (3/2004)

USB-ROSS_001466

## Helpful Payroll Terms

**Exception Time:**
Exception time refers to: 1) vacation, sick, or other paid time off taken during a week; 2) variations in hours worked from your standard hours other than paid time off; 3) time cross-charged to another cost center; or 4) total hours worked in a week by non-exempt part-time hourly employees. For example, if you take a day off and report eight hours of vacation, those hours are exception time. Similarly, if your standard hours are 40 but you work 38.6, your exception time is negative 1.4 hours. Since non-exempt hourly part-time (0 to 19 regularly scheduled hours) employees must report all hours worked, all their time is considered exception time.

**Exempt, Non-exempt:**
The company classifies all jobs as either exempt or non-exempt in accordance with federal and state definitions. Exempt employees are those in administrative, managerial, or other positions who are paid a fixed salary and are not eligible for overtime pay. Non-exempt employees keep track of their time worked each week (usually on a time sheet). If their work time exceeds 40 hours in a week, overtime will be paid. If their work time is less then scheduled hours, they are paid for the actual number of hours worked. Both exempt and non-exempt employees report vacation, sick, and other time off. Overtime is time worked over 40 hours in a week, or as defined by state law.

**Lag Time:**
Lag time is the period of time (or delay) between when you worked or took vacation or sick hours and the payday in which the time is reflected in your paycheck.

**Paid Current (Auto-Pay):**
If an employee is "paid current or auto-paid," he or she is paid in full on each payday for base hours through that day. The first through the 15th of the month is paid the 15th; and 16th through the end of the month is paid at the end of the month. "Exception time," since it takes time to be reported and paid, usually appears on the next pay. (Refer to the exception time definition for more clarification.)

**Standard Hours or Scheduled Hours:**
This is the number of assigned weekly work hours maintained on the payroll system. If you are unsure of your standard hours, talk to your manager or HR representative. If your standard hours on a weekly basis are 40, then you are paid a base of 86.67 hours on a semi-monthly basis. The semi-monthly calculation is as follows: 40 hours X 52 weeks ÷ 24 pay periods = 86.67 hours per semi-monthly pay period. Another example is 30 hours X 52 weeks ÷ 24 pay periods = 65 hours per semi-monthly.



A5

*New Employee Orientation*



HR 1148D (6/2004)

USB-ROSS_001479