Exh 9





# U.S. Bank Policies and Programs

*Employee Handbook*

EXHIBIT PLT 3 for identification
WITNESS: T. Burkhart
DATE: 6-10-08
SHARON TRUJILLO, CSR 6120

USB-ROSS_000849

## Your Pay and Time Reporting

### Employee Status

An employee's status is defined as follows:

- **Full-Time:** Employees who are regularly scheduled to work 30 – 40 hours per week.

- **Regular Part-Time:** Employees who are regularly scheduled to work 20 – 29 hours per week, or a minimum of 1,000 hours in a calendar year.

- **Part-time:** Employees who are regularly scheduled to work less than 20 hours per week or less than 1,000 hours in a calendar year.

- **Temporary:** Employees who are brought into the organization with the intent that they will be employed only for a short period of time. These may include special assignments, on-call individuals or seasonal assignments. Generally, the employment relationship is less than 12 months and less than 1,000 hours in a calendar year.

- **Non-exempt/Exempt:** Legal classifications based on job responsibilities have been established under the federal Fair Labor Standards Act and applicable state laws. "Non-exempt" refers to an employee who is eligible for overtime. "Exempt" describes an employee who works in an "executive, administrative or professional capacity," "outside sales," or other exemptions as defined by the law, and thus is not eligible for overtime.

### Payroll and Time Reporting

Employees are paid twice a month — on the 15th and on the last day of the month. When a scheduled payday falls on a Saturday, Sunday, or holiday, you will be paid on the workday that precedes it.

### Pay Methods

Employees are paid by one of two methods: actual time reported or base salary plus/minus exception time. Generally, part-time non-exempt employees are paid based on actual time reported, while other employees are paid a base salary plus/minus exception time.

If you are paid based on actual time reported, two to three weeks of time is collected, and is generally paid on the payday for the following pay period. See your manager or supervisor for the current time reporting schedule.

If you are paid a base salary plus/minus exception time, you are paid a base salary each payday. Your base salary is your standard weekly hours times your rate of pay times 52 weeks divided by 24 pay periods. Any exception time from weeks ending during the pay period is reflected on the following payday. Exception time includes vacation or sick hours reported, and for non-exempt employees, includes pay for additional hours worked in excess of your weekly standard hours or a deduction for standard hours not worked.

USB-ROSS_000862

### Time Reporting

Regardless of the method by which you are paid, it is important that non-exempt employees report their time according to the procedures prescribed by their supervisor. In the absence of direction from your supervisor, the general method for reporting time is to record the exact times you start and end each work shift, including the meal period. From this record you can derive the total hours worked for each day, rounded to the nearest one-tenth of an hour.

It is a violation of company policy and federal and state wage and hour laws to over- or under-report your time worked, or to report time in a week other than the week in which it was worked.



### Work Schedule

The hours worked at your location may vary from department to department according to customer activity and work volume. Your manager or supervisor will explain your workweek and schedule to you and answer any specific questions.

### Overtime

If you are eligible for overtime, you will receive overtime pay at the rate of one and one-half times your regular rate for any time in excess of 40 hours that you work in a standard workweek (unless state law is more favorable to you). Although you will be paid for overtime you work, you should not work overtime unless it is approved in advance by your manager or supervisor. Absences such as sick days, excused absences, or vacation are not counted as hours worked in the calculation of overtime; however, holiday hours will count as hours worked for the purpose of calculating overtime.

### Deductions From Pay

It is important to understand that in the event you become indebted to U.S. Bank for any reason connected with your employment (i.e., not as a customer), the company may, as permitted by federal and state law, deduct the debt from any pay or other monies it owes to you. In the event you are overpaid, the Company may, at its discretion and as permitted by law, withdraw the overpayment from your direct deposit account, from subsequent paychecks, or may demand payment directly from you. If you receive payments that you are not due, you must report the overpayment to your manager and Payroll immediately.

11

HR1030D (3/2004)

Printed on recycled paper
with a minimum of
10% post-consumer waste.

USB-ROSS_000892