# Exh 10

# NEW HIRE INFORMATION
ALSO USE FOR REHIRES AND REINSTATEMENTS

REGION CODE: C14 REQUIRED

## 1. PERSONAL DATA

- NAME (LAST / FIRST / MIDDLE): Prasad / Maurita / Malini
- SOCIAL SECURITY NUMBER: 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
- ADDRESS: 4172 Sandra Circle, Pittsburg CA 94565
- HOME PHONE: 925-427-7969
- FROM THE TAX FORMS: FED W-4 — Filing Status: M, # Allowances: 8, Add'l Amount: 0
- STATE: CA — Filing Status: M, # Allowances: 1

## 2. SUPPLEMENTAL DATA

- GENDER: Female
- MARITAL STATUS: Married
- ETHNIC IDENTIFICATION: Am. Indian
- DATE OF BIRTH: 8/1/1984
- EDUCATION - HIGHEST GRADUATED: High School [F]
- CITIZENSHIP: U.S. Citizen [1]
- EMERGENCY CONTACT:
  - NAME: Chandra Prasad
  - RELATIONSHIP: Mother
  - CITY/STATE/ZIP: Pittsburg CA 94565
  - HOME: 925-427-7969
  - OTHER: 925-550-8167

## 3. PAYROLL DATA

- DATE OF HIRE (FIRST DAY WORKED): 12/15/2003
- COMPANY / COST CENTER: 300-0075035
- MAIL LOCATION: SF-CA5035
- JOB CODE: SRG01
- TITLE: Banker
- STANDARD HOURS: 40 HOURS PER WEEK
- ANNUAL SALARY OR HOURLY RATE: $12.00

## 4. FIRST PAYCHECK ADJUSTMENTS

## 5. SPECIAL INSTRUCTIONS

- COMPLETED BY: C. Armstrong / J. Armstrong
- DATE: 12/10/03
- PHONE: 410-368-1623

SEND TO PAYROLL - COPY TO PERSONNEL FILE
Rev 1/2003