Exh 11

Home > Self Service > Manager > Tasks > Termination Request Status          New Window

# Terminate Employee

Click Submit once you have entered the termination information.                    Help

## Employee Information

| | |
|---|---|
| **Name:** | Maurita Prasad |
| **SSN:** | 567855360 |
| **Employee Status:** | Active |
| **Cost Center:** | 3000075635 |
| **Mail Location:** | SF-CA-5635 |
| **Job Title:** | In Store Branch Assistant 1 |

## Termination Information

| | | | |
|---|---|---|---|
| *Reason for Termination: | I- Dishonesty or Fraud | | |
| *Last Date Worked: | 01/17/2005 | | |
| *Pay employee past the last date worked: | No | | |
| *Recommend Rehire: | See File | *Exit Check List: | Incomplete |
| Date Notice Given: | | | |
| *Employee owes tuition or relocation funds: | Unknown | Amount Owed: | |
| Comments: | New account opening procedures not followed resulting in a loss of nearly $16,000.00. | | |

## Non-Exempt Hours Information

Please enter the hours worked during the final week so the final paycheck can be computed. The final week is the week that includes the employee's last day worked and ends on Saturday. If this report is being prepared in advance, you may estimate the hours and contact Payroll through the U.S. Bank Employee Service Center at 1-800-806-7009 if the actual hours turn out to be different.

**Regular:** 8.10     **Overtime:** 0.00     **Sick:** 0.00

Reminder: Please submit any exception hours through the time reporting system for weeks prior to the final week.

## Notification Details

The following will be notified of this termination.

| | | |
|---|---|---|
| *Approving Manager ID: | JAHILT | Julie Hilt |
| HR Generalist ID: | SLRODDY | Sheryl Roddy |
| Termination Submitted By: | GHMAH | Grant Mah |

## Vacation/Floating Holiday Payout Information

Using the information below, Payroll will calculate the final vacation/floating holiday payout in accordance with the Vacation and Termination policies in the Employee Handbook. The Vacation Taken amount is updated each Wednesday for time reported for the previous week. The Floating Holiday amounts are separate from vacation and should be recorded as reported to the Manager.
Employee Handbook: Vacation and Termination Policy

| | | |
|---|---|---|
| **Vacation Taken per Payroll records:** | 0.00 | |
| If the Vacation Taken is incorrect enter the revised Vacation Taken: | | Box A |
| Floating Holiday Hours taken but not earned: | | Box B |

| Floating Holiday Hours earned but not taken: | Box C |
|---|---|

Recalculate

**Vacation/Floating Holiday Payout (Balance Due) Calculation**

**Total due to employee (due to company):**          $100.05

Note: The Vacation/Holiday calculation is an estimate pending Payroll review.

\* Required Field

Return to Search