# Exh 12

New Window | Customize Page

| Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation |

Burkhart,Tamara Lynn        EMP                                ID: 328686         TLBURKH Empl Rcd #: 0

**Work Location**                                                                Find | View All    First 1 of 1

| HR Status: | Inactive | Payroll Status: | Terminated | | |
| Effective Date: | 01/20/2005 | Sequence: | 0 | Job Indicator | Primary Job |
| Action / Reason: | Termination | | I- Excessive Absence/Tardiness | | |

| Last Start Date: | 07/13/2004 | Termination Date: | 01/22/2005 | Last Date Worked: | 01/22/200 |
| Company: | 300 XHR | US Bank National Assoc | | Region | C1 |
| Department: | 300000886 | CAMERON PARK SAFEWAY | | Estab ID: | 1629 |
| | | | Time System | Time Transmittal | |
| Location: | CF CA 8865 | Cameron Park Safeway | Reg Region: | | USA |
| City | Cameron Park | | State | CA | |

——— Manager Self Service ———                         ——— Financial Hierarchy ———

Supervisor ID

                                                      Level 3  CONSUMER BANKING

Manager ID   325156        Littlepage,Deborah E
                                                      Level 4  METROPOLITAN BKG

Replacement Manager
                                                      Level 5  IN-STORE & ON-SITE BRANC

HR Generalist  Olsen,Heather Lynne
                                                      Level 6  REGION 22 NORTHWEST IN-
                                                               STORES

Updated By   DELITTL                        On  01/24/2005 12:40:03PM  Level 7  N-CA--RENO-IN-STORES

Job Data        Employment Data    Earnings Distribution    Benefits Program Participation

Save | Return to Search | Previous in List | Next in List | Previous Job | Next tab | Refresh | Update/D

Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation