Exh 13

New Window | Customize Page |

| Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation |

| Elias,Nanette Renee | EMP | ID: 327622 | NRELIAS Empl Rcd #: 0 |

**Work Location**

Find | View All    First 1 of 1

| HR Status: | Inactive | Payroll Status: | Terminated | | |
| Effective Date: | 07/30/2005 | Sequence: | 0 | Job Indicator | Primary Job |
| Action / Reason: | Termination | | V- Other Employment | | |

| Last Start Date: | 06/21/2004 | Termination Date: | 07/29/2005 | Last Date Worked: | 07/29/200 |
| Company: | 300 | XHR | US Bank National Assoc | Region | C1 |
| Department: | 3000008428 | | BEN HOLT DRIVE SAFEWAY | Estab ID: | 1822 |
| | | | | Time System | Time Transmittal |
| Location: | SF-CA-8428 | | Ben Holt Drive Safeway | Reg Region: | USA |
| City | Stockton | | State | CA | |

— Manager Self Service —

| Supervisor ID | | Financial Hierarchy | |
| | | Level 3 | CONSUMER BANKING |
| Manager ID | 340656 | Prieto,Dolores Ann | Level 4 | METROPOLITAN BKG |
| Replacement Manager | | Level 5 | IN-STORE & ON-SITE BRANC |
| HR Generalist | Olsen,Heather Lynne | Level 6 | REGION 22 NORTHWEST IN-STORES |
| Updated By | MAROSAR | On | 08/16/2005  3:00:02PM | Level 7 | GREATER SACRAMENTO IN-STORES |

| Job Data | Employment Data | Earnings Distribution | Benefits Program Participation |

| Save | Return to Search | +Previous in List | +Next in List | Previous tab | Next tab | Refresh | Update/D

Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation