JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
ANGELA CORRIDAN (CA State Bar No. 257076)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com
michellefife@dwt.com
angelacorridan@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, DENNIS RAMOS, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT U.S. BANK'S MOTION FOR PARTIAL SUMMARY JUDGMENT (EIGHTH CAUSE OF ACTION)**<br><br>Date:  October 3, 2008<br>Time:  9:00 a.m.<br>Courtroom 10<br>Hon. Susan Illston |

ORDER

The Motion by Defendant U.S. Bank National Association for Partial Summary Judgment (Eighth Cause of Action) came on regularly for hearing in this Court on October 3, 2008, before the Honorable Susan Illston, United States District Court Judge.  Appearances of counsel are as set forth in the record.

Having considered all papers filed in support of and in opposition to the motion and having heard the arguments, of counsel, the Court finds as follows.  There is no "genuine issue as to any

material fact and the movant is entitled to judgment as a matter of law." Fed.R.Civ.P. 56(c); *Adickes v. S.H. Kress & Co.*, 398 U.S. 144, 157 (1970). In the Eighth Cause of Action in the Second Amended Complaint, the Plaintiffs assert a claim that the final paycheck was not paid in a timely manner, and seek waiting time penalties, or late payment penalties, under California and Oregon law on their own behalf and on behalf of a putative class. As to California Plaintiffs Maurita Prasad, Tamara Burkhart, and Nanette Renee Housken, their claims in the Eighth Cause of Action are barred by the one-year statute of limitations applicable to such claims. *McCoy v. Superior Court*, 157 Cal.App.4th 224 (2007). As to California Plaintiff Ann Ross, the undisputed evidence reflects that she received her final paycheck on her last day of employment. As to Oregon Plaintiffs Dennis Ramos and Kelly Smith, the Court finds the claim to have been abandoned.

Therefore, IT IS HEREBY ORDERED THAT:

Summary judgment of Plaintiffs' Eighth Cause of Action in its entirety, including both the named Plaintiffs' individual claims and the claims asserted on behalf of a putative class, is granted in favor of Defendant.

Dated: _____          _____
                                THE HONORABLE SUSAN ILLSTON
                                United States District Court Judge


Prepared by:
DAVIS WRIGHT TREMAINE LLP

By:  ___/s/ Judith Droz Keyes_____
        Judith Droz Keyes
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION