1   JOSE R. MATA, SBN 83724, OSB 80305
    E-Mail: JMata@wagelawyer.com
2   **BAILEY PINNEY, PC**
    1498 SE Tech Center Place, Suite 290
3   Vancouver, WA 98683
    Telephone: (360)567-2551; Fax: (360)567-3331
4
    BONNIE MAC FARLANE, SBN 161526
5   E-Mail:  BMacfarlane@wagelawyer.com
    **BAILEY PINNEY, PC**
6   720 Howe Street, Suite 113
    Sacramento, CA 95825
7   Telephone: (916)923-5537; Fax: (916)923-5587

8   SUSAN SIMMONS SEEMILLER SBN 150546
    E-Mail: SSeemiller@wagelawyer.com
9   **BAILEY PINNEY, PC**
    840 County Square Drive
10  Ventura, CA 93003
    Telephone: (805) 339-9090; Fax:  (805) 339-0090
11
    Attorneys for Plaintiffs Ann Ross, Dennis Ramos,
12  Maurtia Prasad, Tamara Burkhart, Nannette Houseken and Kelly Smith

13
                    **IN THE UNITED STATES DISTRICT COURT**
14
                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15

16

17  ANN ROSS, DENNIS RAMOS,                    Case No. C 07-02951 SI
    MAURTIA PRASAD, TAMARA
18  BURKHART, NANNETTE HOUSEKEN                **PLAINTIFFS' ADMINISTRATIVE**
    and KELLY SMITH, individually and on       **MOTION TO TAKE OFF CALENDAR**
19  behalf of all others similarly situated,   **OR IN THE ALTERNATIVE TO**
                                               **CONTINUE HEARING DATE OF**
20                  Plaintiffs,                **DEFENDANT'S MOTION FOR**
                                               **PARTIAL SUMMARY JUDGMENT**
21  vs.                                        **RE: CLAIM FOUR**

22  US BANK NATIONAL ASSOCIATION,
    dba US BANK,
23                  Defendant.                 No hearing scheduled on this
                                               Administrative Motion
24                                             Hon.  Susan Illston

25  **TO DEFENDANT AND THEIR ATTORNEYS OF RECORD:**

26          PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rules 6-3 and 7-11, Plaintiff Kelly

27  Smith, through her counsel, hereby moves this Court to remove Defendant's Motion for Partial

28

---

Plaintiffs' Administrative Motion to Take Off Calendar on in the Alternative to Continue Hearing Date
of Defendant's Motion for Partial Summary Judgment Re: Claim Four - Case No. C 07-02951 SI

1  Summary Judgment Re: Claim Four from the Court's calendar and postpone briefing on Defendant's

2  motion pending a decision on Plaintiff's Motion to Sever and Transfer Plaintiff Kelly's Claim or,

3  alternatively, to postpone the hearing date and briefing until after a decision on the motion to sever and

4  transfer.  Plaintiff requests that if the Court grants a continuance of the hearing date, that the date be

5  determined at the Case Management Conference scheduled for October 3, 2008.

6  **I.    PLAINTIFF'S REASONS FOR THE CONTINUANCE**

7  Plaintiffs have motions pending before this Court for hearing on October 3, 2008.  These

8  motions seek to sever and transfer the cases for Dennis Ramos and Kelly Smith.  Defendant seeks

9  partial summary judgment against Plaintiff Smith's collective and class claims.  Defendant has set that

10  motion to also be heard on October 3, 2008.

11  Defendant asks for judgment on Smith's class and collective claims based on the Oregon

12  District Court's decision in *McElmurry and Mrazek v. US Bank National Association*, No. 04-642-HA

13  (2008).  Whether the Court should apply issue preclusion in this case is a complicated question that

14  will occupy considerable Court time.  To maximize judicial efficiency, Defendant's motion should be

15  heard by the same Court that hears Smith's case.  It is unhelpful to bifurcate Plaintiff Smith's case.

16  This Court should first decide whether to sever and transfer the case and allow the motion to be heard

17  by the U.S. District Court of Oregon if this Court grants Plaintiffs' Motion to Sever and Transfer.

18  **II.    PLAINTIFF'S EFFORTS TO OBTAIN STIPULATION**

19  On September 2, 2008, Plaintiff's counsel, Jose Mata, contacted Defendant's counsel, Judith

20  Droz Keyes, by email and asked her to stipulate to this motion.  On September 3, 2008, Ms. Keyes

21  responded that Defendant would not stipulate to this motion because Defendant believes that the Court

22  should not grant Plaintiff's Motion to Sever and Transfer and that – in any event – the Court should

23  hear Defendant's summary judgment motion first.

24  **III.    SUBSTANTIAL HARM OR PREJUDICE**

25  If the Court grants Plaintiff's Motion to Sever and Transfer, Defendant's motion for summary

26  judgment can be dealt with most efficiently by the Oregon District Court.

27  **IV.    PREVIOUS TIME MODIFICATIONS AND EFFECT OF THIS MODIFICATION ON**

28

---

1    **SCHEDULE OF CASE**

2         This is the first setting for Defendant's motion for partial summary judgment.  The effect of

3    modifying the schedule will be that whichever District Court hears the case will also hear the motion.

4         For all the foregoing reasons, Plaintiff respectfully requests that the hearing date of Defendant's

5    Motion for Partial Summary Judgment Re: Claim Four be removed from the Court's calendar or be

6    continued.

7

8    Dated: September 4, 2008         Bailey Pinney, PC

9

10

11   By _____/s/_____
     Jose R. Mata
     Of Attorneys for Plaintiffs Ann Ross, Dennis Ramos,

12   Maurtia Prasad, Tamara Burkhart, Nannette Houseken
     and Kelly Smith

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Plaintiffs' Administrative Motion to Take Off Calendar on in the Alternative to Continue Hearing Date
of Defendant's Motion for Partial Summary Judgment Re: Claim Four - Case No. C 07-02951 SI

3