JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916)923-5537; Fax: (916)923-5587

SUSAN SIMMONS SEEMILLER SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ann Ross, Dennis Ramos,
Maurtia Prasad, Tamara Burkhart, Nannette Houseken
and Kelly Smith

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURTIA PRASAD, TAMARA BURKHART, NANNETTE HOUSEKEN and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, dba US BANK,<br>Defendant. | Case No. C 07-02951 SI<br><br>**DECLARATION OF JOSE R. MATA IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO TAKE OFF CALENDAR OR IN THE ALTERNATIVE TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CLAIM FOUR**<br><br>No hearing date set on administrative motion<br><br>Hon. Susan Illston |

I, Jose R. Mata, do hereby declare:

1. I am one of the counsel of record for Plaintiff Kelly Smith. I am a member in good

---

Declaration of Jose R. Mata in Support of Plaintiff's Administrative Motion to Take Off Calendar or in the Alternative to Continue Hearing Date of Defendant's Motion for Partial Summary Judgment Re: Claim Four- Case No. C 07-02951 SI

1

standing of the State Bar of California and am admitted to practice before the United States District Court for the Northern District of California. I submit this declaration pursuant to Civil L. R. 6-3 and 7-11and in support of Plaintiff's motion.

2. On September 2, 2008, I contacted Defendant's counsel to seek a stipulation to take off calendar or to continue the hearing date on Defendant's Motion for Partial Summary Judgment.

3. On September 3, 2008, Defendant's counsel contacted me and told me that Defendant would not agree to stipulate to Plaintiff's motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 4, 2008     By     /s/
                                    Jose R. Mata
                                    Attorneys for Plaintiffs Ann Ross, Dennis Ramos,
                                    Maurtia Prasad, Tamara Burkhart, Nannette
                                    Houseken and Kelly Smith

Declaration of Jose R. Mata in Support of Plaintiff's Administrative Motion to Take Off Calendar or in the Alternative to Continue Hearing Date of Defendant's Motion for Partial Summary Judgment Re: Claim Four- Case No. C 07-02951 SI

2