# Exh 2

1  **Bailey, Pinney PC**
   Shelby Clark, Cal. Bar No. 203606
2  1498 SE Tech Center Place, Suite 290
   Vancouver, Washington 98683
3  Telephone: (360) 567-2551, Fax: (360) 567-3331
   SClark@wagelawyer.com
4
   **Bonnie Mac Farlane,** Cal. Bar No. 161526
5  720 Howe Avenue, Suite 113
   Sacramento, CA 95825
6  Telephone: (800) 230-5528, Fax: (800) 230-5866
   BMacFarlane@wagelawyer.com
7
   Attorneys for Plaintiffs
8                                    IN THE UNITED STATES DISTRICT COURT

9                                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | **Maurita Prasad, Dennis Ramos, Ann**       | Case No. C 07-01485 SI
   | **Ross, and Kelly Smith,** individually and on |
11 | behalf of all others similarly situated,      | NOTICE OF VOLUNTARY DISMISSAL

12 |                **Plaintiffs,**

13 | vs.

14 | **US Bank National Association,** dba US
   | Bank,
15 |
   |                **Defendant.**
16

17

18         NOTICE IF HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), Plaintiff voluntarily

19 dismisses the above-captioned action without prejudice.

20 DATED: March 15, 2007

21

22                                              /s/
                                                _____
23                                              Shelby Clark, Cal. Bar No. 203606
                                                Attorneys for Plaintiff

24

25

26

27

28

---

Notice of Voluntary Dismissal – Case No. C 07-01485 SI
1