# Exh 4

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| KERI MCELMURRY; et al., | No. 06-36105 |
| | D.C. No. CV-04-00642-DJH |
| Plaintiffs - Appellants, | |
| v. | **JUDGMENT** |
| US BANK NATIONAL ASSOCIATION, and its afiliates and subsidiaries, | |
| Defendant - Appellee. | |

Appeal from the United States District Court for the District of Oregon (Portland).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction.**

Filed and entered 12/26/07