Exh 5

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**FOR THE COUNTY OF MULTNOMAH**

| | | |
|---|---|---|
| JAMES TATE, individually and on behalf of all<br>　　similarly situated,<br>　　　　**Plaintiff,**<br>　　　　v.<br><br>US BANK NATIONAL ASSOCIATION,<br>　　dba U.S. Bank,<br>　　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 0607-07188<br>**SUMMONS** |

**TO:**　　**US BANK NATIONAL ASSOCIATION**

　　**IN THE NAME OF THE STATE OF OREGON:** You are hereby required to appear and defend the complaint filed against you in the above-entitled cause within 30 days from the date of service of this summons on you; and if you fail to appear and defend, the plaintiff will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT:**
**READ THESE PAPERS CAREFULLY**

　　You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

　　**If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.**

DAVID A. SCHUCK, OSB 99356
Bailey Pinney and Associates LLC
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683 (360) 567-2551

**STATE OF OREGON, County of Washington** ) ss

　　I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

DAVID A. SCHUCK, OSB 99356
Of Attorneys for Plaintiff

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:** You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

DAVID A. SCHUCK, OSB 99356
Of Attorney for Plaintiff

Bailey Pinney & Associates LLC
14989 SE Tech Center Place, Suite 290
Vancouver, WA 98683 Tele: (360) 567-2551

7/10

**CIRCUIT COURT OF OREGON**

**COUNTY OF MULTNOMAH**

| | |
|---|---|
| **JAMES TATE**, individually, and on behalf of all other persons similarly situated, | No. 0607 - 07188 |
| **Plaintiff,** | **CLASS ACTION ALLEGATION COMPLAINT** (Wage Claim, State Overtime Claim, Penalties) |
| vs. | **JURY TRIAL DEMANDED** |
| **US BANK NATIONAL ASSOCIATION,** **dba Us Bank** | **NOT SUBJECT TO MANDATORY ARBITRATION.** |
| **Defendant.** | **THE AGGREGATE OF CLAIMS DOES NOT EXCEED 5 MILLION DOLLARS** |

## I.    PRELIMINARY STATEMENT

1.

This is an action to recover overtime wages and penalty wages for all current and former employees of Defendant, **US Bank National Association** (hereafter, "US Bank") who worked or work as a Sales and Service Managers (hereafter "SSMs") for US Bank in Oregon.

2.

US Bank classified employees in the job position Sales and Service Managers ("SSM's") as exempt employees.  In so doing, US bank failed pay for all hours worked in excess of 40 hours per week by its Oregon SSM employees.

3.

US Bank allowed, suffered and permitted Plaintiff and other similarly situated SSM

Page 1 -  Class Action Allegation Complaint (Wage Claim, Overtime, Penalty Wages.)

1  class members to perform work in excess of 40 per week, for which it did not compensate
2  them at the rate of 1-1/2 times their earning rate for all hours worked as required.  In so doing,
3  US Bank is liable for the unpaid overtime wages and civil penalty wages pursuant to ORS
4  653.261(1), OAR 839-020-0030.

5                                          4.

6         US Bank failed to pay Plaintiff and other employees whose employment has ended, all
7  earned wages when required by ORS 652.140, entitling Plaintiff and all other similarly
8  situated former employees in the class to penalty wages pursuant to ORS 652.150.

9                    **II.    JURISDICTION AND VENUE**
10                                         5.

11        The aggregate total of the claims pled herein do not exceed five million dollars.
12                                         6.

13        US Bank, at all material times herein, was doing business as "US Bank National
14  Association" in the State of Oregon.

15                         **III.    PARTIES**
16                                         7.

17        At all material times, Plaintiff and all others similarly situated are current and past
18  employees of US Bank, in the State of Oregon within the past two years, and are subject to
19  Oregon wage and hour provisions.

20                  **IV.    COMMON ALLEGATIONS**
21                                         8.

22        Common questions of fact and law exist as to all SSM class members and
23  predominate over any questions that affect only individual SSM class members.  The conduct
24  at issue in this case affected Plaintiff and all purported SSM class members.
25                                         9.

26        Based on information and belief, the members of the class exceeds 30 members, and

Page 2 -  Class Action Allegation Complaint (Wage Claim, Overtime, Penalty Wages.)

BAILEY PINNEY & ASSOCIATES LLC
Attorneys at Law
1498 SE Tech Center Place, Suite 290 • Vancouver, Washington  98683
(360) 567-2551 • Fax (360) 567-3331

1    that number will increase depending upon employee turnover.

2                                    10.

3        US Bank classified employees in the job position Sales and Service Managers

4    ("SSM's") as exempt employees.  In so doing, US bank failed pay for all hours worked in

5    excess of 40 hours per week.

6                                    11.

7        US Bank allowed, suffered and permitted Plaintiff and other similarly situated SSM

8    class members to perform work in excess of 40 per week, for which it did not compensate

9    them at the rate of 1-1/2 times their earning rate for all hours worked as required.

10                                   12.

11       US Bank failed to pay Plaintiff and other employees whose employment has ended, all

12   earned wages when required by ORS 652.140.

13   ## V.    CATEGORIES OF CLAIMS

14                                   13.
                              (Overtime Claims)
15
16       Within the two years prior to the filing of this complaint, US Bank allowed, suffered

17   and permitted Plaintiff and all similarly situated SSM's to perform work in excess of 40 hours

18   per week, for which they were not paid at 1 ½ times their regular hourly rate.  As a result,

19   Plaintiff and similarly situated SSM's are entitled to unpaid overtime wages for the two years

20   prior to the filing of the date of filing of this lawsuit plus 30 days of penalty wages for each

21   pay period overtime wages were not paid when due.

22                                   14.
                    (Late Payment of Wages upon Termination)
23
         Within the three years prior to the filing of this complaint, Defendant willfully failed
24
     to pay all wages to Plaintiff, and other former employees, upon termination of their
25
     employment, when those wages are due, as required by ORS 652.140, which entitles Plaintiff,
26
     and other former employees to penalty wages as provided by  ORS 652.150.

Page 3 -  Class Action Allegation Complaint (Wage Claim, Overtime, Penalty Wages.)

BAILEY PINNEY & ASSOCIATES LLC
Attorneys at Law
1498 SE Tech Center Place, Suite 290 • Vancouver, Washington  98683
(360) 567-2551 • Fax (360) 567-3331

## VI.    CLASS ALLEGATION RELATING TO RULE 32 CLASS

### DEFINITION OF CLASS

#### 15.

Plaintiff seek class certification as follows, pursuant to ORCP 32.

#### 16.
#### (Overtime Class)

For Plaintiff and all similarly situated SSM class members who worked for US Bank, within two years prior to the filing of this complaint, and were not paid at 1 ½ times their regular hourly rate for all hours worked in excess of 40 hours per week.

#### 17.
#### (Late Payment Class)

For Plaintiff and all similarly situated SSM class members whose employment with the US Bank ended within three years prior to the filing of this action and who did not receive all wages when due as required by ORS 652.140.

### ORCP 32H NOTICE
#### 18.

On or about May 26, 2006, Plaintiff, on behalf of themselves and all current and former US Bank SSM employees, pursuant to ORCP 32H, gave a pre-litigation notice to US Bank and demanded that US Bank immediately cure its failure to pay wages as required by Oregon law, and pay all amounts due within 30 days after notice.

#### 19.

Despite Plaintiff' request that US Bank cure, US Bank has failed and refused to cure its unlawful conduct, and has failed and refused to pay Plaintiff and all similarly situated SSM class members, all unpaid wages and penalty wages due, and those wages and penalty wages remain due and unpaid.

///

Page 4 -  Class Action Allegation Complaint (Wage Claim, Overtime, Penalty Wages.)

**NUMEROSITY**

20.

Based on information and belief, the members of the State wage and hour class exceeds 30 persons. This number may increase, depending upon the turnover rate for employees over the last three years.

**QUESTIONS OF LAW AND FACT**

21.

Common questions of fact and law exists as to all class and subclass members and predominate over any questions that affect only individual SSM class members. The conduct at issue in this case affected all current and former US Bank SSM employees in the State of Oregon. Common questions include:

a    Whether Plaintiff and SSM class members are subject to Oregon State wage and hour statutes.

b    Whether US Bank suffered and permitted Plaintiff and SSM class members to work over 40 hours per week.

c    Whether US Bank failed to pay Plaintiff and SSM class members at the overtime rate of 1 ½ for all hours worked over 40 per week.

d    Whether US Bank was required under Oregon State's wage and hour statutes to pay all SSM's 1 1/2 times their regular hourly rate for all hours worked in excess of 40 hours per week.

e    Whether SSM's fit into any exemptions under Oregon State's wage and hour statutes from overtime requirements.

f    Whether US Bank failed to pay Plaintiff and similarly situated SSM class members all wages after termination of their employment when those wages were due.

g    Which remedies are available for the violations of State wage and hour laws.

Page 5 - Class Action Allegation Complaint (Wage Claim, Overtime, Penalty Wages.)

**TYPICALITY**
22.

The claims of the named Plaintiff are typical of the claims of the members of the wage and hour class in that:

a.      Plaintiff is a member of each class.

b.      Plaintiff's claims stem from the same practice or course of conduct that forms the basis of the class.

c.      Plaintiff's claims are based upon the same legal and remedial theories as those of the class and involve similar factual circumstances. (See ¶21).

d.      There is no antagonism between the interests of the named Plaintiff and absent SSM class members.

e.      The injuries which Plaintiff suffered are similar to the injuries which SSM class members have suffered.

**REPRESENTATION BY PLAINTIFF**
23.

The named Plaintiff will fairly and adequately represent the class in that:

a.      There is no conflict between their claims and those of other class and subclass members.

b.      Plaintiff has retained counsel who are skilled and experienced in wage and hour cases and in class actions and who will vigorously prosecute this litigation.

c.      Plaintiff's claims are typical of the claims of SSM class members. (See ¶ 21-22).

24.

Certification of Plaintiff's claims pursuant to ORCP 32 is appropriate because:

a.      Common questions of law or fact predominate over questions affecting only

Page 6 - Class Action Allegation Complaint (Wage Claim, Overtime, Penalty Wages.)

BAILEY PINNEY & ASSOCIATES LLC
Attorneys at Law
1498 SE Tech Center Place, Suite 290 • Vancouver, Washington 98683
(360) 567-2551 • Fax (360) 567-3331

1     individual members.  (See ¶¶21-22).

2    b.     The forum is convenient to the parties, class members, and potential witnesses;

3     the class is specifically identifiable to facilitate provision of adequate notice;

4     and there will be no significant problems managing this case as a class action.

5    c.     A class action is superior to other available methods for the fair and efficient

6     adjudication of this controversy because individual class members have

7     minimal interest in controlling the prosecution of separate actions.

8                **VI.    CLAIMS FOR RELIEF**

9                 **CLAIM FOR RELIEF**

10     (State Overtime Claim; 653.261; 653.055; OAR 839-020-0030; Civil Penalty)

                           25.

11     Plaintiff re-alleges all previous paragraphs as though fully alleged herein.

12                           26.

13     Within the two years prior to the date of filing of this complaint, US Bank allowed,

14 suffered and permitted Plaintiff and SSM class members to work in excess of 40 hours per

15 week.

16                           27.

17     US Bank was required to pay Plaintiff and SSM class members, 1 ½ times their

18 regular pay for all hours worked in excess of 40 hours per week.

19                           28.

20     During the course of Plaintiff's employment and within two years preceding the filing

21 of the complaint herein, Plaintiff and similarly situated SSM class member worked hours in

22 excess of 40 hours per week for which they were not compensate at 1 ½ times their regular

23 hourly rate for all hours worked.

24 ///

25 ///

26

**BAILEY PINNEY & ASSOCIATES LLC**
Attorneys at Law
1498 SE Tech Center Place, Suite 290 • Vancouver, Washington  98683
(360) 567-2551 • Fax (360) 567-3331

29.

US Bank's behavior in failing to pay Plaintiff and SSM class members for all hours worked in excess of 40 hours per week was willful, and there remain due and unpaid overtime wages in amounts to be determined.

30.

Plaintiff, on their own behalf, and on behalf of the SSM class members seek as damages, of unpaid overtime wages in amounts to be determined, plus civil penalty wages pursuant to ORS 653.055(1)(b) and ORS 652.150, plus costs, disbursements and attorney fees pursuant to ORS 653.055(4) and ORS 652.200(2).

**CLAIM FOR RELIEF**
(ORS 652.140 Late Payment, Penalty Wages)

31.

Plaintiff re-alleges all previous paragraphs as though fully alleged herein.

32.

Plaintiff and those members of the SSM class whose employment with US Bank ended within the three years prior to the filing of this action.

33.

At the time Plaintiff and late pay SSM class members' employment ended, US Bank failed to pay Plaintiff and late pay SSM class members, all wages, including overtime wages, when due, as required by ORS 652.140.

34.

US Bank's failure to pay Plaintiff and late pay SSM class members' wages when due was willful, and continued for a period of time to be determined after discovery is complete.

35.

Because of US Bank's willful failure to immediately make payment of Plaintiff's and late pay SSM class members' wages when due, Plaintiff and late pay SSM class members are

Page 8 - Class Action Allegation Complaint (Wage Claim, Overtime, Penalty Wages.)

BAILEY PINNEY & ASSOCIATES LLC
Attorneys at Law
1498 SE Tech Center Place, Suite 290 • Vancouver, Washington 98683
(360) 567-2551 • Fax (360) 567-3331

1  due penalty wages under ORS 652.150, for the continuation of Plaintiff's and late pay SSM

2  class members' wages for up to 30 days, in amounts to be determined after discovery.

3                                          36.

4       Plaintiff have been required to bring this action on their behalf and on behalf of late

5  pay SSM class members, to recover penalty wages as provided by ORS 652.150.

6                                          37.

7       Because of US Bank's failure to pay Plaintiff's and late pay SSM class members' all

8  their wages within 48 hours after those wages were due and payable, Plaintiff and late pay

9  SSM class members are entitled to recover costs, disbursements, and reasonable attorney fees,

10  pursuant to ORS 652.200(2).

11                                         38.

12      Plaintiff seek as damages for himself and all late pay SSM class members whose

13  employment ended within three years prior to the filing of this action and who were not paid

14  all wages when required by ORS 652.140, penalty wages pursuant to ORS 652.150, plus

15  costs, disbursements and attorney fees, pursuant to ORS 652.200(2).

16  **PRAYER FOR RELIEF**

17      **WHEREFORE;** Plaintiff and members of each class request the Court award such

18  damages, in total less than five million dollars, as set forth above for overtime wages and

19  penalties; award Plaintiff's attorney fees, costs and expenses of suit; order US Bank to pay

20  prejudgment and post judgment interest on all amounts due to Plaintiff as a result of this

21  action; and order such further or alternative relief in favor of Plaintiff and all class members

22  as the Court deems appropriate.

23                              DATED: July 10, 2006

24

25                              _____
                                JAMES DANA PINNEY, OSB 75308
26                              A. E. BAILEY, OSB 87157
                                Of Attorneys for Plaintiff

Page 9 -  Class Action Allegation Complaint (Wage Claim, Overtime, Penalty Wages.)

BAILEY PINNEY & ASSOCIATES LLC
Attorneys at Law
1498 SE Tech Center Place, Suite 290 • Vancouver, Washington  98683
(360) 567-2551 • Fax (360) 567-3331