1  JUDITH DROZ KEYES (CA State Bar No. 66408)
   STUART W. MILLER (CA State Bar No. 127766)
2  MICHELLE D. FIFE (CA State Bar No. 240554)
   ANGELA CORRIDAN (CA State Bar No. 257076)
3  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
4  San Francisco, California  94111-6533
   Telephone:     (415) 276-6500
5  Facsimile:      (415) 276-6599
   jkeyes@dwt.com
6  stuartmiller@dwt.com
   michellefife@dwt.com
7  angelacorridan@dwt.com

8  Attorneys for Defendant
   U.S. BANK NATIONAL ASSOCIATION
9

10                         UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13  ANN ROSS, MAURITA PRASAD, TAMARA ) Case No. C 07-2951 SI
    BURKHART, NANETTE RENEE HOUSKEN, )
14  DENNIS RAMOS, and KELLY SMITH,    )
    individually and on behalf of all others similarly ) **[PROPOSED] ORDER GRANTING IN**
15  situated,                         ) **PART AND DENYING IN PART**
                                      ) **PLAINTIFFS' MOTION TO SEVER,**
16              Plaintiffs,           ) **AND DENYING PLAINTIFF'S MOTION**
                                      ) **TO TRANSFER, THE CLAIMS OF**
17       v.                           ) **PLAINTIFF SMITH**
                                      )
18  U.S. BANK NATIONAL ASSOCIATION, DBA )
    U.S. BANK,                        ) Date:  October 3, 2008
19                                    ) Time:  9:00 a.m.
                Defendant.            ) Courtroom 10
20                                    ) Hon. Susan Illston
                                      )
21  _____)

(DAVIS WRIGHT TREMAINE LLP — left margin)

1

[PROPOSED] ORDER                                                   DWT 11721180v1 0023784-000227
Case No. C 07-2951 SI

ORDER

Plaintiffs' Motion to Sever and Transfer the Claims of Plaintiff Smith ("Plaintiffs' Motion") came on regularly for hearing in this Court on October 3, 2008, before the Honorable Susan Illston, United States District Court Judge.  Appearances of counsel are as set forth in the record.

The Court finds that the claim of Plaintiff Kelly Smith in the Fifth Cause of Action ("lost time claim") challenges the same U.S. Bank payroll practice that California Plaintiffs Ann Ross and Tamara Burkhart challenge in that cause of action; that Smith's lost time claim and the claims asserted by those California Plaintiffs present common questions of fact and law; and that severing Smith's lost time claim therefore will not facilitate judicial economy or avoid prejudice.   The Court further finds that transferring to the District of Oregon Smith's lost time claim and Smith's claim in the Fourth Cause of Action that she was misclassified when she held the position of Sales and Service Manager, would not be in the interest of justice; that it would be as convenient for the parties and witnesses to litigate Smith's claims in California as in Oregon; and that Plaintiffs' choice of forum should be given no weight because Plaintiffs have engaged in forum shopping.

The Court having considered all papers filed in support of and in opposition to Plaintiffs' Motion and having heard the arguments of counsel, and being satisfied that good cause has been shown,

IT IS HEREBY ORDERED THAT:

Plaintiffs' Unopposed Motion to Sever the Fourth Cause of Action is granted.

Plaintiffs' Motion to Sever Plaintiff Smith's claim in the Fifth Cause of Action is denied.

Plaintiffs' Motion to Transfer the Fourth and Plaintiff Smith's claim in the Fifth Causes of Action is denied.

Dated: _____        _____
                              THE HONORABLE SUSAN ILLSTON
                              United States District Court Judge

[PROPOSED] ORDER  
Case No. C 07-2951 SI

DWT 11721180v1 0023784-000227

1  Prepared by:

2  DAVIS WRIGHT TREMAINE LLP
   By: ____*/s/ Judith Droz Keyes*____

3        Judith Droz Keyes
   Attorneys for Defendant
4  U.S. BANK NATIONAL ASSOCIATION

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP