JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
ANGELA CORRIDAN (CA State Bar No. 257076)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com
michellefife@dwt.com
angelacorridan@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, DENNIS RAMOS, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>　　　　　Defendant. | Case No. C 07-2951 SI<br><br>**DEFENDANT'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO TAKE OFF CALENDAR OR IN THE ALTERNATIVE TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CLAIM FOUR**<br><br>No hearing scheduled on Plaintiffs' Administrative Motion<br><br>Hon. Susan Illston |

Confronted with an incontestable motion asserting that the collective action and class claims in Plaintiffs' Fourth Cause of Action are issue precluded, Plaintiffs seek to avoid or delay a ruling on that motion by asking the Court to take off calendar Defendant's pending Motion for Partial Summary Judgment (Fourth Cause of Action – Collective Action and Class Claims)

1

1 ("Defendant's Motion") set for hearing on October 3, 2008 at 9:00 a.m.  Alternatively, Plaintiffs seek to postpone the hearing date and briefing on Defendant's Motion until after the Court issues a ruling regarding Plaintiffs' pending Motion to Sever and Transfer the Claims of Plaintiff Smith to the District of Oregon.

However, the Court should consider all of the pending motions concurrently, as detailed in Defendant's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment (Fourth Cause of Action – Collective Action and Class Claims), Dckt. 133 ("Defendant's Memorandum").  Deferring consideration of Defendant's Motion would further reward Plaintiffs' forum shopping.  In the February 13, 2008, Stay Order, this Court recognized that Plaintiffs were forum shopping.  *See* Stay Order, Dckt. 73.  ("Defendant argues vehemently that plaintiffs are engaged in forum shopping by pursuing this action, and all indications are that this is true").

Plaintiffs mistakenly assert that the Court should defer or avoid addressing Defendant's Motion because issue preclusion "is a complicated question that will occupy considerable Court time."  On the contrary, issue preclusion here is uncomplicated and indisputable.  As set forth in Defendant's Memorandum, the Sales and Service Manager ("SSM") misclassification collective/class action asserted in the Second Amended Complaint is the exact collective claim fully litigated and rejected by the Oregon District Court in *McElmurry and Mrazek v. U.S. Bank National Association*, Case No. 04-CV-00642.  Plaintiff's Administrative Motion does not contend otherwise.  Plaintiffs are plainly "issue precluded" from bringing a class claim that has already been rejected, and there is no justification to delay that determination or have the issue decided in Oregon.  Plaintiffs acknowledge in their Second Amended Complaint, ¶ 46(A) that, "The forum is convenient to the parties, class members, and potential witnesses."

Granting Defendant's Motion and dismissing the collective action and class claims in the Fourth Cause of Action is not only consistent with this Court's jurisdiction, but will also exclude from the case issues not properly before any court because they are precluded.  In addition, a ruling on the motion will inform the Court's decision regarding the propriety of transfer, not supplant it.

DAVIS WRIGHT TREMAINE LLP

2

1    Accordingly, Plaintiffs' administrative motion to take off calendar or, in the alternative, to
2 continue the hearing date of Defendant's Motion for Partial Summary Judgment (Fourth Cause of
3 Action – Collective Action and Class Claims) should be denied.

4 DATED:  September 5, 2008

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP


By:     */s/ Stuart W. Miller*
             Stuart W. Miller

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION