JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
ANGELA CORRIDAN (CA State Bar No. 257076)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com
michellefife@dwt.com
angelacorridan@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, DENNIS RAMOS, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>　　　　Defendant. | Case No. C 07-2951 SI<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO TAKE OFF CALENDAR OR IN THE ALTERNATIVE TO CONTINUE HEARING DATE OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CLAIM FOUR**<br><br>No hearing scheduled on Plaintiffs' Administrative Motion<br><br>Hon. Susan Illston |

1

[PROPOSED] ORDER
Case No. C 07-2951 SI

DWT 11754980v1 0023784-000227

## ORDER

The Court having considered all papers filed in support of and in opposition to Plaintiffs' Administrative Motion to Take Off Calendar or in the Alternative to Continue Hearing Date of Defendant's Motion for Partial Summary Judgment Re Claim Four, and being satisfied that Plaintiffs have failed to show good cause to delay resolving Defendant's Motion,

IT IS HEREBY ORDERED THAT:

Plaintiffs' Administrative Motion is denied.

Dated: _____          _____
                                THE HONORABLE SUSAN ILLSTON
                                United States District Court Judge

Prepared by:

DAVIS WRIGHT TREMAINE LLP

By: ___*/s/ Stuart W. Miller*___
       Stuart W. Miller
Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

[PROPOSED] ORDER
Case No. C 07-2951 SI

DWT 11754980v1 0023784-000227