JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
ANGELA CORRIDAN (CA State Bar No. 257076)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111-6533
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com
michellefife@dwt.com
angelacorridan@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, DENNIS RAMOS, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>    Defendant. | Case No. C 07-2951 SI<br><br>**DECLARATION OF JUDITH DROZ KEYES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO PARTIALLY AND TEMPORARILY LIFT THE STAY AND TO SEVER AND TRANSFER THE CLAIMS OF PLAINTIFF RAMOS TO THE DISTRICT OF OREGON**<br><br>Date:  October 3, 2008<br>Time:  9:00 a.m.<br>Courtroom 10<br>Hon. Susan Illston |

**<u>DECLARATION OF JUDITH DROZ KEYES</u>**

I, Judith Droz Keyes, declare as follows:

    1.    I am a partner in the law firm of Davis Wright Tremaine LLP, counsel to Defendant U.S. Bank National Association ("U.S. Bank") in this action.  I make this Declaration in support of the Opposition of U.S. Bank to Plaintiffs' Motion to Partially and Temporarily Lift the Stay and to Sever and Transfer the Claims of Plaintiff Ramos to the District of Oregon.  I make this Declaration on the basis of my personal knowledge and, if called upon, I could testify truthfully

1  and competently to the facts set forth herein.

2  2. On March 14, 2007, Plaintiffs' counsel, Bailey Pinney, filed *Maurita Prasad,*
3  *Dennis Ramos, Ann Ross, and Kelly Smith, individually and on behalf of all others similarly*
4  *situated v. U.S. Bank National Association*, *dba US Bank*, in the Northern District of California,
5  Case No. C 071485 ("Federal Complaint"), on behalf of Plaintiffs Ross, Prasad, Smith and Ramos,
6  and those similarly situated.  A true and correct copy of the Federal Complaint is attached hereto
7  as Exhibit 1.

8  3. The Federal Complaint asserted a rounding claim virtually identical to the claim
9  Plaintiff Ramos has asserted in the Second Amended Complaint in this case.

10  4. The Federal Complaint was assigned to this Court.

11  5. On March 15, 2007, Bailey Pinney PC filed a Notice of Voluntary Dismissal of the
12  Federal Complaint ("Notice").  A true and correct copy of the Notice is attached hereto as Exhibit
13  2.

14  6. On April 6, 2007, Bailey Pinney PC filed *Ann Ross, Dennis Ramos, Maurita*
15  *Prasad, and Kelly Smith, individually and on behalf of all others similarly situated v. US Bank*
16  *National Association, dba US Bank*, Case No. RG07319452, in Alameda County Superior Court.
17  This complaint asserted virtually the same claims as were asserted in the Federal Complaint,
18  although in a different order.  A true and correct copy of the Complaint in Case No. RG07319452
19  is attached hereto as Exhibit 3.

20  7. On April 26, 2007, Bailey Pinney PC filed a first amended complaint in Case No.
21  RG07319452.  A true and correct copy of the First Amended Complaint in Case No. RG07319452
22  is attached hereto as Exhibit 4.

23  I declare under the penalty of perjury under the laws of the United States that the foregoing
24  is true and correct.

25  DATED this 9th day of September, 2008, at San Francisco, California.

26

27  */s/ Judith Droz Keyes*
Judith Droz Keyes

28

2

DECLARATION OF JUDITH DROZ KEYES IN
SUPPORT OF DEFENDANT'S OPPOSITION
Case No. C 07-2951 SI

DWT 11719346v1 0023784-000227