# Exh 2

**Bailey, Pinney PC**
Shelby Clark, Cal. Bar No. 203606
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551, Fax: (360) 567-3331
SClark@wagelawyer.com

**Bonnie Mac Farlane,** Cal. Bar No. 161526
720 Howe Avenue, Suite 113
Sacramento, CA 95825
Telephone: (800) 230-5528, Fax: (800) 230-5866
BMacFarlane@wagelawyer.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maurita Prasad, Dennis Ramos, Ann Ross, and Kelly Smith, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>US Bank National Association, dba US Bank,<br><br>Defendant. | Case No. C 07-01485 SI<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IF HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: March 15, 2007

/s/
_____
Shelby Clark, Cal. Bar No. 203606
Attorneys for Plaintiff