# Exh 9

RECEIVED
JAN 0 8 2008
DAVIS WRIGHT TREMAINE

IN THE COURT OF APPEALS FOR THE STATE OF OREGON

| | |
|---|---|
| ALICIA RIVERA AND KATHERINA POTTER, individually, and on behalf of all persons similarly situated, | No. CA |
| Plaintiffs-Appellants | Trial Court No. 0305-05045 |
| v. | NOTICE OF APPEAL |
| US BANK NATIONAL ASSOCIATION, dba US Bank | |
| Defendant-Respondent. | |

1.

Plaintiffs, Alicia Rivera and Katherina Potter, individually, and on behalf of all persons similarly situated, hereby give notice of appeal from the General Judgment and Money Award entered in Multnomah County Circuit Court of Oregon, Case No. 0305-05045, on January 11, 2008, by the Honorable Richard Baldwin.

2.

The adverse party to this appeal is: US Bank National Association.

3.

The names, bar numbers, addresses, and telephone numbers of the attorneys for the parties are:

James Dana Pinney, OSB #75308
Jacqueline L. Koch, OSB #87278
Bailey Pinney & Associates, LLC
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
(360) 567-2551

Page 1 -   NOTICE OF APPEAL

BAILEY PINNEY & ASSOCIATES LLC
Attorneys at Law
1498 SE Tech Center Place, Suite 290 • Vancouver, Washington 98683
(360) 567-2551 • Fax (360) 567-3331

297

| | |
|---|---|
| 1 | Attorneys for Appellants |
| 2 | Carol Bernick, OSB #89409 |
| | Davis Wright Tremaine |
| 3 | 1300 SW Fifth Ave., Suite 2300 |
| | Portland, OR 97201 |
| 4 | (503) 241-2300 |
| | Attorney for Respondent |
| 5 | |
| 6 | 4. |
| 7 | Appellant designates the entire record and all exhibits, all testimony, and all |
| 8 | arguments and motions requested. |
| 9 | 5. |
| 10 | Attached to this Notice of Appeal is a copy of the Notice of Entry of Judgment, |
| 11 | showing that it was entered on January 11, 2008. |
| 12 | 6. |
| 13 | This appeal is timely and otherwise procedurally proper before the Court of Appeals |
| 14 | under ORS 19.255 because the Notice of Appeal is being filed by certified mail on February 4, |
| 15 | 2008, which is within 30 days of January 11, 2008. |
| 16 | 7. |
| 17 | I certify that I served a copy of this Notice of Appeal by mailing the Notice of Appeal |
| 18 | via certified mail in a sealed envelope to: |
| 19 | Carol Bernick |
| | Davis Wright Tremaine |
| 20 | 1300 SW Fifth Ave., Suite 2300 |
| | Portland, Oregon 97201 |
| 21 | Attorney for Respondent |
| 22 | Multnomah County Court Administrator |
| | 1021 SW 4th Avenue |
| 23 | Portland, Oregon 97204 |
| 24 | Court Transcription Coordinator |
| | Multnomah County Circuit Court of Oregon |
| 25 | 1021 SW 4th Avenue |
| | Portland, Oregon 97204 |
| 26 | |

Page 2 -   NOTICE OF APPEAL

BAILEY PINNEY & ASSOCIATES LLC
Attorneys at Law
1498 SE Tech Center Place, Suite 290 · Vancouver, Washington 98683
(360) 567-2551 · Fax (360) 567-3331

8.

I further certify that the original of the Notice of Appeal was filed via certified mail on February 4, 2008 on:

State Court Administrator
Court of Appeals
Case Records Division
Supreme Court Building
1163 State Street
Salem, OR 97310

DATED:  February 4, 2008

J. DANA PINNEY, OSB 75308
Of Attorneys for Plaintiffs-Appellants

Page 3 -    NOTICE OF APPEAL