Exh 11

RECEIVED

APR 2 1 2008

DAVIS WRIGHT TREMAINE

1

2

3

4              IN THE COURT OF APPEALS FOR THE STATE OF OREGON

5

6     BRAD BELKNAP AND LORRAINE BRULC,
       individually and on behalf of all persons
       similarly situated,                                    Multnomah County Circuit Court No.
7                                                             0301-00042
                            Plaintiffs-Appellants
8                                                             NOTICE OF APPEAL
              v.
9
       U.S. BANK NATIONAL ASSOCIATION, dba
10     US Bank
11                     Defendant-Respondent.

12

13                                          1.

14          Plaintiffs hereby give notice of appeal from the judgment entered in this case on

15     March 24, 2008, by Judge Stephen K. Bushong and the General Judgment and Money Award,

16     entered January 31, 2008, by Judge Ronald E. Cinniger, in the Multnomah County Circuit

       Court.

17

18                                          2.

19          The parties to this appeal are:

       **Appellants**                              **Respondent**
20
       Brad Belknap                                U.S. Bank National Association
21
       Lorraine Brulc
22

23                                          3.

24          The names, bar numbers, addresses, and telephone numbers of the attorneys for the
       parties are:
25
              James Dana Pinney
              OSB No. 75308
26            Jacqueline L. Koch

Page 1 -        NOTICE OF APPEAL

```
1    OSB No. 87278
     Bailey Pinney & Associates, LLC
2    1498 SE Tech Center Place, Suite 290
     Vancouver, Washington 98683
3    Attorneys for Appellants

4    Carol Bernick
     OSB No.  89409
5    Christopher McCracken
     OSB No. 89400
6    Timothy Volpert
     OSB No.  81407
7    Davis Wright Tremaine
     1300 SW Fifth Ave., Suite 2300
8    Portland, OR 97201
     Attorneys for Respondent
9
```

10                                      4.

11        Appellants designate the record in its entirety, including the trial court file, all

12   exhibits, and the record of oral proceedings.

13                                      5.

14        This appeal is timely and otherwise proper before the Court of Appeals under

15   ORS 19.255 because the Notice of Appeal is being filed by certified mail on April 18,

16   2008, which is within 30 days of March 24, 2008, the entry of the Judgment

17   Notwithstanding the Verdict.

18                                      6.

19        Attached to this notice of appeal is a copy of the judgments being appealed.

20   Also attached are copies of any other materials pertinent to determining appellate

21   jurisdiction.

22                                      7.

23        I certify that on April 18, 2008, I served a copy by certified mail of this Notice

24   of Appeal on:

```
25    Carol Bernick
      Christopher McCracken
26    Timothy Volpert
```

Page 2 -        NOTICE OF APPEAL

1  Davis Wright Tremaine
   1300 SW Fifth Ave., Suite 2300
2  Portland, OR 97201
   Attorneys for Respondent
3
   Multnomah County Court Administrator
4  1021 SW 4th Avenue
   Portland, OR 97204
5

6  Court Transcription Coordinator
   Multnomah County Court
7  1021 SW 4th Avenue
   Portland, OR  97204
8

9                              8.

10    I further certify that on April 18, 2008, I filed the original of this Notice of

11  Appeal with the State Court Administration via certified mail at this address:

12
    State Court Administrator
13  Court of Appeals
    Supreme Court Building
14  1163 State Street
    Salem, OR  97301-2563
15

16                              DATED:  April 18, 2008.

17

18

19                              J. DANA PINNEY, OSB 75308
                                Attorney for Plaintiffs-Appellants
20

21

22

23

24

25

26

Page 3 -        NOTICE OF APPEAL