JOSE R. MATA, SBN 83724, OSB 803057
Email: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE, SBN 161526
Email: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916)923-5537; Fax: (916)923-5587

SUSAN SIMMONS SEEMILLER SBN 150546
Email: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax:  (805) 339-0090

KRISTOPHER P. BADAME, SBN 210349
Email: kbadame@mullenbadame.com
GRANT R. MULLEN, SBN 109686
Email: gmullen@mullenbadame.com
**MULLEN & BADAME, LLP**
25950 Acero, Suite 370
Mission Viejo, CA  92691
Telephone: (949) 462-7171; Fax (949) 462-7172

Attorneys for Plaintiffs Ross, Ramos, Smith,
Prasad, Burkhart and Housken

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, TAMARA BURKHART, NANETTE HOUSKEN, and KELLY SMITH, individually and on behalf of all others similarly situated,,<br><br>    Plaintiffs,<br>vs.<br><br>US BANK NATIONAL ASSOCIATION, dba US Bank,<br>    Defendant. | Case No. C 07-02951 SI<br><br>**PLAINITFF'S NOTICE OF ASSOCIATION OF COUNSEL**<br><br><br>Hon.  Susan Illston |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

Case 3:07-cv-02951-SI   Document 151   Filed 09/12/2008   Page 2 of 2

**PLEASE TAKE NOTICE** that Plaintiffs hereby notifies Defendant and the Court that current Plaintiffs' counsel , Bailey Pinney, PC, is associating Kristopher P. Badame, SBN 210349 and Grant R. Mullen, SBN 109686 of the law firm of Mullen & Badame, LLP, 25950 Acero, Suite 370 Mission Viejo, CA  92691, Telephone: (949) 462-7171; Fax (949) 462-7172 as additional attorneys of record in the above entitled case along with the current Plaintiffs' counsel.

Plaintiffs request that Kristopher P. Badame, Kbadame@mullenbadame.com and Grant R. Mullen, Gmullen@mullenbadame.com, be added to the docket and e-mail notifications.

Dated: September 12, 2008         Bailey Pinney, PC

By _____/s/_____
Jose R. Mata
Attorneys for Plaintiffs Ross, Ramos, Smith, Prasad, Burkhart and Housken

Plainitff's Notice of Association of Counsel - Case No. C 07-02951 SI
2