JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360) 567-2551; Fax: (360) 567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916) 923-5537; Fax: (916) 923-5587

SUSAN SIMMONS SEEMILLER, SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad,
Smith, Housken, and Burkhart

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, dba US BANK,<br><br>Defendant. | Case No. C 07-02951 SI<br><br>**DECLARATION OF PLAINTIFF KELLY SMITH IN OPPOSITION TO DEFENDANT'S MOTIOON FOR PARTIAL SUMMARY JUDGMENT REGARDING THE 4TH CLAIM FOR RELIEF**<br><br>Date: October 3, 2008<br>Time: 9:00 a.m.<br>Ctrm: 10<br><br>Hon. Susan Illston |

I, **KELLY SMITH**, declare as follows:

1. I am one of the Plaintiffs in this case. I declare the following based on my personal knowledge.

---

Declaration of Kelly Smith in Opposition to Partial Summary Judgment -
1                                                                                                      Case No. C 07-02951 SI

2. I was employed by defendant US Bank from about 1997 to about 2006. As part of my employment for US Bank, I was employed as a sales and service manager, to be best of my recollection, from approximately June, 2004 to August, 2005.

3. I did not participate as a plaintiff or in any way control the litigation in *McElmurray and Mrazek v. U.S. Bank National Association*, United States District of Oregon Case No. 04-CV-00642. I did not authorize any of the plaintiffs in the *McElmurray* case to act on my behalf regarding any sales and service manager claims. In bringing my sales and service manager claims, I am not acting on behalf of any of the plaintiffs in the *McElmurray* case.

I declare under penalty of perjury that the foregoing is true and correct

Dated: September ___, 2008

By _____
Kelly Smith

1    2.    I was employed by defendant US Bank from about 1997 to about 2006. As part of my employment for US Bank, I was employed as a sales and service manager, to the best of my recollection, from approximately June, 2004 to August, 2005.

4    3.    I did not participate as a plaintiff or in any way control the litigation in *McElmurry and Mrazek v. U.S. Bank National Association*, United States District of Oregon Case No. 04-CV-00642. I did not authorize any of the plaintiffs in the *McElmurry* case to act on my behalf regarding any sales and service manager claims. In bringing my sales and service manager claims, I am not acting on behalf of any of the plaintiffs in the *McElmurry* case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 10, 2008

By _____Kdmin_____
       Kelly Smith