JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360) 567-2551; Fax: (360) 567-3331

BONNIE MAC FARLANE, SBN 161526
E-Mail: BMacfarlane@wagelawyer.com
**BAILEY PINNEY, PC**
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916) 923-5537; Fax: (916) 923-5587

SUSAN SIMMONS SEEMILLER, SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad,
Smith, Housken, and Burkhart

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, and KELLY SMITH**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**US BANK NATIONAL ASSOCIATION,** dba US BANK,<br>Defendant. | Case No. C 07-02951 SI<br><br>**DECLARATION OF DAVID A. SCHUCK IN OPPOSING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE FOURTH CAUSE OF ACTION**<br><br>Date: October 3, 2008<br>Time: 9:00 a.m.<br>Ctrm: 10<br><br>Hon. Susan Illston |

I, **DAVID A. SCHUCK**, declare as follows:

1. I am a member of the bar in the states of Oregon and Washington. I was one of the attorneys for the plaintiffs in the case of *McElmurry v. U.S. Bank NA*, U. S. District of Oregon case no. CV-04-642-HU ("*McElmurry* case").

2. The following documents attached to this declaration are true and accurate copies:

| Exhibit | Document |
|---|---|
| A. | FINDINGS OF FACT AND CONCLUSIONS OF LAW, Chief U.S. District Judge Ancer Haggerty, *McElmurry* case, February 11, 2008. |
| B. | Findings and Recommendation, Hon. Dennis James Hubel, U.S. Magistrate Judge, *McElmurry* case, recommending denial of collective certification, dated October 3, 2006. |

I declare under penalty of perjury that the foregoing is true and correct

Dated: September 12, 2008        Bailey Pinney, PC

By _____
David A. Schuck