1  JOSE R. MATA, SBN 83724, OSB 80305
   E-Mail: JMata@wagelawyer.com
2  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: (360) 567-2551; Fax: (360) 567-3331
4
   BONNIE MAC FARLANE, SBN 161526
5  E-Mail: BMacfarlane@wagelawyer.com
   **BAILEY PINNEY, PC**
6  720 Howe Street, Suite 113
   Sacramento, CA 95825
7  Telephone: (916) 923-5537; Fax: (916) 923-5587

8  SUSAN SIMMONS SEEMILLER, SBN 150546
   E-Mail: SSeemiller@wagelawyer.com
9  **BAILEY PINNEY, PC**
   840 County Square Drive
10 Ventura, CA 93003
   Telephone: (805) 339-9090; Fax: (805) 339-0090
11
   KRISTOPHER P. BADAME, SBN 210349
12 Email: kbadame@mullenbadame.com
   GRANT R. MULLEN, SBN 109686
13 Email: gmullen@mullenbadame.com
   **MULLEN & BADAME, LLP**
14 25950 Acero, Suite 370
   Mission Viejo, CA  92691
15 Telephone: (949) 462-7171; Fax (949) 462-7172

16 Attorneys for Plaintiffs Ross, Ramos, Prasad,
   Smith, Housken, and Burkhart

17

18                **IN THE UNITED STATES DISTRICT COURT**

19                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| **ANN ROSS**, **DENNIS RAMOS**, **MAURITA PRASAD, and KELLY SMITH**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>**US BANK NATIONAL ASSOCIATION**, dba US BANK,<br><br>                    Defendant. | Case No. C 07-02951 SI<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE FOURTH CAUSE OF ACTION**<br><br>Date:   October 3, 2008<br>Time:  9:00 a.m.<br>Ctrm:  10<br><br>Hon.  Susan Illston |

Defendant has moved for partial summary judgment as to the class/collective claims in Plaintiff's Fourth Cause of Action. Having considered Defendant's motion for partial summary judgment as to the class/collective claims in Plaintiffs' Fourth Cause of Action, and having considered the other pertinent documents in the record, the Court rules as follows:

IT IS ORDERED that Defendant's motion for partial summary judgment on the class/collective claims in Plaintiffs' Fourth Cause of Action is DENIED.

Dated: _____

_____
THE HONORABLE SUSAN B. ILLSTON
Unite States District Court Judge