1  JOSE R. MATA, SBN 83724, OSB 80305
   E-Mail: JMata@wagelawyer.com
2  **BAILEY PINNEY, PC**
   1498 SE Tech Center Place, Suite 290
3  Vancouver, WA 98683
   Telephone: (360) 567-2551; Fax: (360) 567-3331
4
   BONNIE MAC FARLANE, SBN 161526
5  E-Mail: BMacfarlane@wagelawyer.com
   **BAILEY PINNEY, PC**
6  720 Howe Street, Suite 113
   Sacramento, CA 95825
7  Telephone: (916) 923-5537; Fax: (916) 923-5587

8  SUSAN SIMMONS SEEMILLER, SBN 150546
   E-Mail: SSeemiller@wagelawyer.com
9  **BAILEY PINNEY, PC**
   840 County Square Drive
10 Ventura, CA 93003
   Telephone: (805) 339-9090; Fax: (805) 339-0090
11
   KRISTOPHER P. BADAME, SBN 210349
12 Email: kbadame@mullenbadame.com
   GRANT R. MULLEN, SBN 109686
13 Email: gmullen@mullenbadame.com
   **MULLEN & BADAME, LLP**
14 25950 Acero, Suite 370
   Mission Viejo, CA 92691
15 Telephone: (949) 462-7171; Fax (949) 462-7172

16 Attorneys for Plaintiffs Ross, Ramos, Prasad,
   Smith, Housken, and Burkhart

17

18                **IN THE UNITED STATES DISTRICT COURT**

19                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

20

21 | **ANN ROSS**, **DENNIS RAMOS**, **MAURITA PRASAD, TAMARA BURKHART, NANNETTE HOUSKEN and KELLY SMITH**, individually and on behalf of all others similarly situated, | Case No. C 07-02951 SI |
|---|---|
| | **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING THE PLAINTIFFS' EIGHTH CAUSE OF ACTION** |
| Plaintiffs, | |
| vs. | |
| **US BANK NATIONAL ASSOCIATION**, dba US BANK, | Date: October 3, 2008
Time: 9:00 a.m.
Ctrm: 10 |
| Defendant. | |
| | Hon. Susan Illston |

[Proposed] Order Denying in part and Granting in part Deft's Motion - Case No. C 07-02951 SI
1

1
2   Having considered Defendant's Motion for Partial Summary Judgment Regarding the Plaintiffs'
3   Eighth Cause of Action, and having considered the other pertinent documents in the record, the Court
4   rules as follows:
5    IT IS HEREBY ORDERED that the motion is GRANTED as to the stand-alone waiting time claims
6   of Plaintiffs Smith and Ramos.  Nothing herein precludes Plaintiffs Smith and Ramos from attempting
7   to prove that either Smith or Ramos is owed wages based on the other causes of action in the Second
8   Amended Complaint and to seek a derivative late pay penalty based on the owed wages.  Nothing
9   herein precludes US Bank from controverting and opposing any attempt by Plaintiffs Smith and
10  Ramos to obtain a derivative late pay penalty.
11  IT IS FURTHER ORDERED that US Bank's motion is DENIED as to Plaintiffs Prasad, Burkhart, and
12  Housken.
13  Defendant's above motion as to Plaintiff Ann Ross is addressed by separate order entered pursuant to
14  the stipulated motion and proposed order (Document 152) of the parties.
15
16
17
18  Dated: _____        _____
                                    THE HONORABLE SUSAN B. ILLSTON
19                                  Unite States District Court Judge
20
21
22
23
24
25
26
27
28