[COUNSEL LISTED ON NEXT PAGE]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, DENNIS RAMOS, MAURITA PRASAD, TAMARA BURKHART, NANETTE RENEE HOUSKEN, and KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA DEFENDANT,<br><br>Defendant. | Case No. C 07-2951 SI<br><br>**PARTIES' STIPULATION AND PROPOSED ORDER REGARDING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE THE EIGHTH CAUSE OF ACTION AND PLAINTIFF ROSS**<br><br>Date: October 3, 2008<br>Time: 9:00 a.m.<br>Department: 10<br><br>Hon. Susan Illston |

JUDITH DROZ KEYES (CA State Bar No. 66408)
STUART W. MILLER (CA State Bar No. 127766)
MICHELLE D. FIFE (CA State Bar No. 240554)
ANGELA CORRIDAN (CA State Bar No. 257076)
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:　(415) 276-6500
Facsimile:　(415) 276-6599
jkeyes@dwt.com
stuartmiller@dwt.com
michellefife@dwt.com
angelacorridan@dwt.com

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION


JOSE R. MATA (CA State Bar No. 83724, OSB 80305)
E-Mail: JMata@wagelawyer.com
BAILEY PINNEY, PC
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

BONNIE MAC FARLANE (CA State Bar No. 161526)
E-Mail: BMacfarlane@wagelawyer.com
BAILEY PINNEY, PC
720 Howe Street, Suite 113
Sacramento, CA 95825
Telephone: (916) 923-5537; Fax: (916) 923-5587

SUSAN SIMMONS SEEMILLER (CA State Bar No. 150546)
E-Mail: SSeemiller@wagelawyer.com
BAILEY PINNEY, PC
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

Attorneys for Plaintiffs Ross, Ramos, Prasad, Burkhart, Housken and Smith

1. Defendant has moved for partial summary judgment to dismiss Plaintiffs' Eighth Cause of Action, as pled in the Second Amended Complaint. In the Eighth Cause of Action, Plaintiffs seek so-called "waiting time" penalties, including penalties under California Labor Code Section 203. Defendant's motion does not address Plaintiffs' claims for waiting time penalties as a measure of damages should they prevail on their other causes of action, but rather seeks partial summary judgment as to a stand-alone claim, both as to the Plaintiffs and the class the Plaintiffs assert. A "stand-alone" claim is one that is based on an allegation that Defendant failed to pay the Plaintiffs' final paycheck within the time allowed by law and is not merely derivative of other causes of action in the Second Amended Complaint.

2. The parties have conferred in an attempt to resolve the above motion with respect to Plaintiff Ann Ross.

3. The parties stipulate that Defendant U.S. Bank National Association paid Plaintiff Ross a final paycheck within the time allowed by California Labor Code Sections 201 to 203 and that therefore Plaintiff Ross is not entitled to a stand-alone waiting time penalty under Section 203.

4. Plaintiff Ross does not agree that her final paycheck included all wages that she may be owed under the other causes of action. The parties further stipulate that Plaintiff Ross retains the right to attempt to prove, and Defendant retains the right to contest, that Ross is entitled to a derivative Section 203 penalty as a measure of damages if she prevails on other causes of action that entitle her to additional wages.

5. The parties further stipulate that Plaintiff Ross lacks standing to be a class representative for any class of former employees asserting a stand alone waiting time penalty claim, as defined above.

////
////
////
////
////

1

PARTIES' STIPULATION AND PROPOSED ORDER REGARDING DEFENDANT'S MOTION
Case No. C 07-2951 SI

1  ////

2      6.    The parties stipulate that the Court should grant Defendant's motion for partial
3  summary judgment for Plaintiff Ross's claim under the Eighth Cause of Action as stated below.

4

5  DATED this 12th day of September 2008.

                                      BAILEY PINNEY, PC

                                      By:   */s/ Jose R. Mata*
                                                 Jose R. Mata

                                      Attorneys for Plaintiffs
                                      ROSS, RAMOS, PRASAD, BURKHART,
                                      HOUSKEN, and SMITH

                                      DAVIS WRIGHT TREMAINE LLP

                                      By:   */s/ Judith Droz Keyes*
                                                 Judith Droz Keyes

                                      Attorneys for Defendant
                                      U.S. BANK NATIONAL ASSOCIATION

ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that Defendant's motion for partial summary judgment on Plaintiffs' Eighth Cause of Action as to Plaintiff Ann Ross is granted as follows:

1. The Court finds that Plaintiff Ross was paid her final paycheck within the time allowed by California Labor Code Sections 201 to 203 and therefore, she does not have a stand-alone waiting-time penalty claim. The Court therefore dismisses the Eighth Cause of Action in the Second Amended Complaint as to Plaintiff Ross.

2. Nothing in this Order affects any right Plaintiff Ross may have to assert, or any right Defendant has to contest, either that Ross's final paycheck did not include all wages due to her under other causes of action in the Second Amended Complaint or that as a remedy she is entitled to seek a derivative California Labor Code Section 203 penalty.

3. The Court finds that Plaintiff Ross lacks standing to be a class representative for any class of former employees asserting a claim under the Eighth Cause of Action in the Second Amended Complaint, that is, a stand-alone waiting time penalty claim.

4. This Order does not affect the other named plaintiffs or putative class members. The remainder of Defendant's motion for partial summary judgment on Plaintiffs' Eighth Cause of Action shall be addressed by a separate order.

Dated: September ___, 2008    By  _____
                                   Susan Illson
                                   UNITED STATES DISTRICT JUDGE