IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, *et al.*, | No. C 07-2951 SI |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION TO COMPEL** |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, *et al.*, | |
| Defendants.                                / | |

Plaintiffs have filed a motion to compel seeking the names, addresses and telephone numbers of putative class members. Plaintiffs contend that they need this information in order to prepare their motion for class certification. Defendants oppose the motion, arguing that the request is premature and violates the privacy rights of putative class members. Defendants also argue that the motion is unjustified because, under the holding in *Brinkley v. Public Storage, Inc.*, 167 Cal. App. 4th 1278 (2008), plaintiffs' motion for class certification is unlikely to be granted.

The Court has discretion to compel the discovery plaintiffs seek. *See Hatch v. Reliance Ins. Co.*, 758 F.2d 409, 416 (9th Cir. 1985). Under the circumstances of this case, the Court finds that plaintiffs are not entitled to the discovery at issue. Accordingly, the Court DENIES plaintiffs' motion. (Docket No. 173).

**IT IS SO ORDERED.**

Dated: December 29, 2008

SUSAN ILLSTON
United States District Judge