JOSE R. MATA, SBN 83724, OSB 80305
E-Mail: JMata@wagelawyer.com
**BAILEY PINNEY, PC**
1498 SE Tech Center Place, Suite 290
Vancouver, WA 98683
Telephone: (360)567-2551; Fax: (360)567-3331

SUSAN SIMMONS SEEMILLER SBN 150546
E-Mail: SSeemiller@wagelawyer.com
**BAILEY PINNEY, PC**
840 County Square Drive
Ventura, CA 93003
Telephone: (805) 339-9090; Fax: (805) 339-0090

KRISTOPHER P. BADAME, SBN 210349
Email: kbadame@mullenbadame.com
GRANT R. MULLEN, SBN 109686
Email: gmullen@mullenbadame.com
**MULLEN & BADAME, LLP**
25950 Acero, Suite 370
Mission Viejo, CA 92691
Telephone: (949) 462-7171; Fax: (949) 462-7172

Attorneys for Plaintiffs Ann Ross, Maurita Prasad,
Tamara Burkhart and Nanette Housken

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART, NANETTE HOUSKEN individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>US Bank National Association, dba US Bank, and DOES One through TWENTY-FIVE inclusive,<br><br>Defendant. | Case No. C 07-02951 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND CLASS CERTIFICATION MOTION DEADLINES AND TO POSTPONE HEARING AND FURTHER CASE MANAGEMENT DATE**<br><br>Date:     June 26, 2009<br>Time:     9:00 AM<br>Ctrm:    10<br><br>Hon.  Susan Illston |

Having reviewed Plaintiffs' unopposed motion to extend the class certification hearing

deadlines and to move the date for the oral argument on the class certification motion and for the

1  further case management conference; and having further reviewed the Declaration of Jose R. Mata in
2  support of that motion,
3      IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED, and that the deadlines and
4  dates are moved as follows:

6  **Activity**                                          **Current Date**    **New Date**

7  Deadline for Plaintiffs to file

8  their motion for class certification:      5/1/2009            6/1/2009

9  Defendant's opposition:                     5/22/2009          6/22/2009

10 Plaintiffs' reply:                                6/5/2009            7/5/2009

11 Oral argument (9:00 A.M.):              6/26/2009          8/14/2009

12 Case Mgmt Conf. (~~2:30 P.M.~~):      6/26/2009          8/14/2009
                    3:00 pm

15 Dated: _____

   THE HONORABLE SUSAN B. ILLSTON
16 Unite States District Court Judge