UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART, and NANETTE RENEE HOUSKEN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, DBA U.S. BANK,<br><br>　　　　　Defendant. | Case No. C 07-2951 SI<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE<br><br>Date: ~~August 14, 2009~~  Sept. 18, 2009<br>Time: 3:00 p.m.<br>Courtroom 10<br>Hon. Susan Illston |

　　　The Court having considered all of the papers filed herewith and being satisfied that good cause has been shown,

IT IS HEREBY ORDERED, that the August 14, 2009, Case Management Conference is vacated.

IT IS FURTHER ORDERED that the parties shall appear for a Case Management Conference on September 18, 2009, at 3:00 p.m.

Dated: August＿＿＿5,＿＿＿ 2009

IT IS SO ORDERED

_Susan Illston_
Judge Susan Illston

DAVIS WRIGHT TREMAINE LLP

---

1

[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESCEHDULE AUGUST 15, 2008 CASE MANAGEMENT CONFERENCE

DWT 13175219v2 0085659-000002