| | |
|---|---|
| 1 | RICHARD J. SAHATJIAN (SBN 252442) |
|  | rsahatjian@buckleysandler.com |
| 2 | BUCKLEYSANDLER LLP |
|  | 1801 Century Park East, Suite 2240 |
| 3 | Los Angeles, CA 90067 |
|  | Telephone: (424) 203-1000 |
| 4 | Facsimile: (424) 203-1019 |
| 5 | BENJAMIN B. KLUBES (admitted *pro hac vice*) |
|  | bklubes@buckleysandler.com |
| 6 | BUCKLEYSANDLER LLP |
|  | 1250 24th Street, NW, Suite 700 |
| 7 | Washington, DC 20037 |
|  | Telephone: (202) 349-8000 |
| 8 | Facsimile: (202) 349-8080 |
| 9 | *Attorneys for Defendant* |
|  | *RBS Financial Products Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER, and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated, | Case No. 3:07-CV-04496-SI |
|  | CLASS ACTION |
| Plaintiffs, | Hon. Susan Illston |
| v. | **RBS FINANCIAL PRODUCTS INC.'S REQUEST FOR PERMISSION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER** |
| Paul Financial, LLC, Luminent Mortgage Capital, Inc., HSBC Bank USA, N.A., As Trustee of Luminent Mortgage Trust 2006-2, RBS Financial Products, Inc., and DOES 2 through 10 inclusive, | |
| Defendants. | |

REQUEST FOR PERMISSION TO APPEAR AT CMC BY TELEPHONE AND [PROPOSED] ORDER
*Jordan et al. v. Paul Financial et al.*, No. 3:07-CV-04496-SI

Defendant RBS Financial Products Inc. ("RBS") hereby submits this request for permission from the Court for lead counsel Benjamin B. Klubes to appear at the parties' Case Management Conference ("CMC"), currently scheduled for April 9, 2010 at 3:00 p.m., by telephone rather than in person, with good cause shown as follows:

1. RBS's lead counsel, Benjamin B. Klubes, is a resident of Washington, DC.
2. It would be unduly burdensome and costly for RBS's counsel to travel from Washington, DC, to San Francisco, California, for the CMC.
3. The telephonic appearance of RBS's lead counsel will not prejudice any party and will not hamper the efficient running of the CMC.
4. Therefore, RBS respectfully requests leave to allow its lead counsel to appear at the CMC via telephone.

Dated: March 31, 2010                     Respectfully submitted,

**BUCKLEYSANDLER LLP**

By: /s/ Richard J. Sahatjian
RICHARD J. SAHATJIAN (SBN 252442)
-and-
BENJAMIN B. KLUBES (admitted *pro hac vice*)

*Attorneys for Defendant*
*RBS Financial Products, Inc.*

**IT IS SO ORDERED.**

Attorney Benjamin B. Klubes may appear at the parties' April 9, 2010 Case Management Conference by telephone.

Date: _____    _____
Hon. Susan Illston
United States District Judge
Northern District of California

- 2 -
REQUEST FOR PERMISSION TO APPEAR AT CMC BY TELEPHONE AND [PROPOSED] ORDER
*Jordan et al. v. Paul Financial et al.*, No. 3:07-CV-04496-SI