1  Kevin T. Barnes, Esq. (#138477)
   Gregg Lander, Esq. (#194018)
2  LAW OFFICES OF KEVIN T. BARNES
   5670 Wilshire Boulevard, Suite 1460
3  Los Angeles, CA 90036-5627
   Tel.: (323) 549-9100 / Fax: (323) 549-0101
4  Email: Barnes@kbarnes.com

5  Attorneys for Plaintiffs ANN ROSS, MAURITA PRASAD,
   TAMARA BURKHART and NANETTE HOUSKEN,
6  individually and on behalf of all others similarly situated

7

8                   UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART and NANETTE HOUSKEN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> US BANK NATIONAL ASSOCIATION, dba US Bank, and Does One through Twenty-five, inclusive, <br><br> Defendant. | Case No.: C 07-02951 SI <br> Honorable Susan Illston <br> Courtroom 10 <br><br> **Case Management Conference** <br> Date:   April 9, 2010 <br> Time:   3:00 p.m. <br><br> **CLASS ACTION** <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE IN LIGHT OF RECENT SETTLEMENT; [PROPOSED] ORDER <br><br> Action Filed: April 9, 2007 |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED that the parties in this matter have discussed the following matters, have reached a Stipulation, and seek Court approval thereof.

There is currently on the Court's calendar a Case Management Conference set for April 9, 2010 at 3:00 p.m. The parties, through their counsel, propose to continue this hearing and the briefing thereon because on March 30, 2010, this case was mediated before Michael Loeb, Esq., settled at mediation (subject to Court approval) and a Settlement Agreement was entered into. To that end, the parties seek Court approval of their stipulation that said CMC be continued out thirty to sixty days, to allow the parties time to finalize all documents relevant to the Preliminary

///

- 1 -
STIPULATION AND ORDER

Approval hearing, which will be filed within thirty (30) days.

Dated: March 31, 2010

LAW OFFICES OF KEVIN T. BARNES

By: /s/ Kevin T. Barnes
Kevin T. Barnes, Esq.
Gregg Lander, Esq.
Attorneys for Plaintiffs

Dated: March 31, 2010

DAVIS WRIGHT TREMAINE LLP

By: /s/ Judith D. Keyes
Judith Droz Keyes, Esq.
Stuart W. Miller, Esq.
Attorneys for Defendant
U.S. Bank National Association

///

///

///

**STIPULATION AND ORDER**

Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5627
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Attorneys for Plaintiffs ANN ROSS, MAURITA PRASAD,
TAMARA BURKHART and NANETTE HOUSKEN,
individually and on behalf of all others similarly situated

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN ROSS, MAURITA PRASAD, TAMARA BURKHART and NANETTE HOUSKEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, dba US Bank, and Does One through Twenty-five, inclusive,<br><br>Defendant. | Case No.: C 07-02951 SI<br>Honorable Susan Illston<br>Courtroom 10<br><br>**Case Management Conference**<br>Date: April 9, 2010<br>Time: 3:00 p.m.<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE IN LIGHT OF RECENT SETTLEMENT**<br><br>Action Filed: April 9, 2007 |

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby continues the Case Management Conference set for April 9, 2010, to __5/7/10__, 2010.

**IT IS SO ORDERED.**

DATED: _____     By: _____
                                Susan Illston
                                United States District Judge

- 1 -
**ORDER**